**Case No. 22-1858**

**UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

AMORY INVESTMENTS LLC, *et al.*,

*Plaintiffs - Appellants*,

v.

UTRECHT-AMERICA HOLDINGS, INC., *et al.*,

*Defendants - Appellees*.

Appeal from the United States District Court
For the Northern District of Illinois, No. 1:16-cv-08637
The Honorable Thomas M. Durkin, Judge Presiding.

**SUPPLEMENTAL APPENDIX OF DEFENDANTS-APPELLEES**

David J. Doyle
Jill C. Anderson
Matthew T. Connelly
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6000

*Attorneys for Defendants-Appellees*

**TABLE OF CONTENTS FOR SUPPLEMENTAL APPENDIX**

Memorandum Opinion and Order Granting Rabobank's First Motion to Dismiss (ECF No. 4729) ........ SA1

Exhibit 1 (ECF No. 4876-1)[1] ........ SA7

Exhibit 2 (ECF No. 4876-2)........ SA10

Exhibit 3 (ECF No. 4876-3)........ SA13

Exhibit 4 (ECF No. 4876-8)........ SA16

Exhibit 5 (ECF No. 4876-9)........ SA24

Exhibit 6 (ECF No. 4876-10)........ SA28

Exhibit 7 (ECF No. 4876-11)........ SA52

Exhibit 8 (ECF No. 4876-12)........ SA56

Exhibit 9 (ECF No. 4876-13)........ SA58

Exhibit 10 (ECF No. 4876-14)........ SA83

Exhibit 11 (ECF No. 4372-5)........ SA86

Exhibit 12 (ECF No. 4372-7)........ SA88

Exhibit 13 (ECF No. 4372-8)........ SA90

Exhibit 14 (ECF No. 4372-9)........ SA99

Exhibit 15 (ECF No. 4372-10)........ SA101

Exhibit 16 (ECF No. 4372-11)........ SA104

Exhibit 17 (ECF No. 4372-12)........ SA131

Exhibit 18 (ECF No. 4372-2)........ SA134

Exhibit 19 (ECF No. 4372-3)........ SA137

[1] Because Exhibits 1-25 listed in this table of contents were filed under seal with the U.S. District Court for the Northern District of Illinois, they do not bear CM/ECF headers.

Exhibit 20 (ECF No. 4372-4)........................................................................................ SA140

Exhibit 21 (ECF No. 4876-4)........................................................................................ SA143

Exhibit 22 (ECF No. 4876-5)........................................................................................ SA147

Exhibit 23 (ECF No. 4372-1)........................................................................................ SA150

Exhibit 24 (ECF No. 4372-13)...................................................................................... SA154

Exhibit 25 (ECF No. 4876-7)........................................................................................ SA157

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2022, the Appellees' Supplemental Appendix was filed with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: October 21, 2022

/s/ *David J. Doyle*
*Attorney for Defendants-Appellees*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 16 C 8637<br><br>Judge Thomas M. Durkin |

**MEMORANDUM OPINION AND ORDER**

Plaintiffs[1] allege that Rabobank[2] conspired with defendant companies in the poultry industry to limit the supply of chicken meat in violation of the Sherman Act § 1. Rabobank has moved to dismiss for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). R. 4369. That motion is granted.

Several years ago, the Court held that the class plaintiffs plausibly alleged a conspiracy in the poultry production industry to limit supply in order to increase the price of chicken. *See* R. 541 (*In re Broiler Chicken Antitrust Litig.*, 290 F. Supp. 3d 772 (N.D. Ill. 2017)). Shortly thereafter, the Court held that the class plaintiffs had

---

[1] According to the Direct Action Plaintiffs' consolidated complaint, the following plaintiffs have sued Rabobank: Sysco Corporation; US Foods, Inc.; EMA Foods Co., LLC; L. Hart, Inc.; R&D Marketing, LLC; Timber Lake Foods, Inc.; Campbell Soup Company, and related entities; Target Corporation; McLane Company, Inc. and related entities; Kinexo, Inc.; John Soules Foods, Inc. and John Soules Acquisitions LLC; and Red Bird Farms Distribution Company. *See* R. 4243 at 3-52. The three classes and more than 100 other Direct Action Plaintiffs have not.

[2] By "Rabobank," Plaintiffs mean: Utrecht-America Holdings, Inc., a Delaware corporation headquartered in New York, NY, which is the American subsidiary of the Dutch cooperative banks Cooperative Rabobank U.A. and Rabobank International Holding, B.V., and the subsidiaries Rabo AgriFinance LLC, a Delaware limited liability company headquartered in Saint Louis, MO; Rabobank USA Financial Corporation, a Delaware corporation headquartered in New York, NY; and Utrecht-America Finance Co., a Delaware company headquartered in New York, NY. *See* R. 4243 at 121-22 (¶ 240).

also plausibly alleged that industry analyst, Agri Stats, acted as a co-conspirator by being a conduit of information and communication among chicken producers. *See* R. 1943 (*In re Broiler Chicken Antitrust Litig.*, 2019 WL 1003111 (N.D. Ill. Feb. 28, 2019)). Plaintiffs allege that Rabobank played a similar role.

In denying the motion to dismiss the claims against Agri Stats, the Court found that "[i]t is at least plausible (if not likely) that a person who facilitates a conspiracy knows about the conspiracy and engages in the facilitation knowing of its consequences." *Id.* at *2. Plaintiffs would argue that this finding applies equally to Rabobank.

It is not surprising, and Rabobank does not dispute that it had frequent communications across the industry. It is apparently the largest or one of the largest lenders to chicken producers. Indeed, Plaintiffs have discovered emails in which a Rabobank director states that he has relayed communications between defendants Perdue and Pilgrim's Pride. *See* R. 4372-5; R. 4372-6; R. 4372-7. These emails raise the specter of Rabobank serving as a communications conduit akin to Agri Stats.

Rule 12(b)(6), however, does not permit Plaintiffs to chase ghosts. The mere possibility that the subject matter of Rabobank's communications was the alleged conspiracy to reduce supply is insufficient to state a claim. See *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) ("The plausibility standard is not akin to a probability requirement, but it asks for more than a sheer possibility that a defendant has acted unlawfully. Where a complaint pleads facts that are merely consistent with a defendant's liability, it stops short of the line between possibility and plausibility of

entitlement to relief."). The emails are entirely ambiguous as to the subject matter of the communications they reference. Without knowing this information, Plaintiffs are asking the Court to infer that Rabobank knew about and communicated with Defendants about the alleged conspiracy from the unsurprising and unsuspicious fact that Rabobank communicated with Defendants. There are too many inferences in that chain of reasoning for it to retain plausibility.

Plaintiffs' allegations against Agri Stats were much more concrete. Plaintiffs alleged that Agri Stats "reports are so detailed that the ostensible anonymity of the information is breached, and Defendants were able to use the reports to communicate their Broiler production intentions, thereby conspiring to fix Broiler prices." *In re Broiler Chicken*, 2019 WL 1003111, at *1. And since Agri Stats produced the reports, the Court found it plausible that Agri Stats knew the reports were being used to facilitate conspiracy. There is no similar factual basis regarding Rabobank's communications with Defendants from which the Court can infer that those communications concerned the alleged supply reduction conspiracy.

The rest of the allegations are even less compelling. Plaintiffs emphasize that Rabobank campaigned for the industry to reduce production in order to increase prices. *See* R. 4243 at 189-92 (¶¶ 576-86). You don't need to be John Maynard Keynes to recognize this truism, and simply repeating it without a plausible claim of helping the producers to coordinate production decreases does not an antitrust violation make. Encouraging lower production by itself is simply not enough to plausibly establish liability. *See Kleen Prods. LLC v. Int'l Paper*, 276 F. Supp. 3d 811, 841 (N.D.

Ill. 2017) ("[T]here is a trade-off between price and volume. If firms want to raise prices, they have to produce less, sell less, and thereby say 'no' to customers. It should not be a mark of conspiracy to say what is true, already known by the audience, and articulated by countless third-party analysts, academicians, and jurists alike.").

Plaintiffs also make much of the fact that Rabobank communicated with Agri Stats about the need for production cuts. *See* R. 4243 at 189-90 (¶¶ 577-80). But again, these communications merely establish that Rabobank had a significant interest in the industry. None of these communications show that Rabobank was involved in coordinating production cuts among the producers.

Plaintiffs allegations are all the more insufficient when viewed in the context of the complaint as a whole. Plaintiffs dedicate only 13 of 1,514 paragraphs to Rabobank's conduct. The 425-page complaint provides great detail about the supply of chicken during the relevant time period and the activities of the defendant chicken producers and Agri Stats. The most compelling allegations against Rabobank are based on three emails, which, as discussed, are ambiguous at best. Such sparce allegations can sometimes be sufficient to state a claim in the right circumstances and when they permit the necessary inferences. But it is simply not plausible that Rabobank participated in an extensive conspiracy and left so little evidence of its participation.

Therefore, Rabobank's motion is granted, and Rabobank is dismissed without prejudice. If Plaintiffs discover facts plausibly implicating Rabobank in the

conspiracy, Plaintiffs may amend their complaint. In anticipation of that possibility, the Court addresses several of Rabobank's arguments.

First, the Court rejects Rabobank's argument that "service providers" should not face antitrust liability for colluding with their clients. *See* R. 4372 at 14 (quoting *Gulf States Reorganization Grp., Inc. v. Nucor Corp.*, 822 F. Supp. 2d 1201, 1219 n.18 (N.D. Ala. 2011)). If allegations plausibly demonstrate that a banker, lender, accountant, lawyer, or other service provider facilitated an unlawful conspiracy among their clients, the Court does not perceive any precedential danger in holding that person accountable for their conduct. The force of the allegations controls the analysis, not the title of the potential defendant.

Next, Rabobank argues that Plaintiffs sued the wrong entities and should have sued an entity called Coöperatieve Rabobank, U.A., New York Branch. *See* R. 4372 at 3 n.1; *id.* at 12. In support of this argument, Rabobank cites a Seventh Circuit holding that a "complaint based on a theory of collective responsibility must be dismissed." R. 4372 at 12 (quoting *Bank of Am., N.A. v. Knight*, 725 F.3d 815, 818 (7th Cir. 2013)). But the claims are plausibly understood as alleging agency among the Rabobank entities, not merely collective liability. Similarly, to the extent Rabobank is correct that Plaintiffs failed to sue the correct entity, that argument would not necessarily undermine the plausibly of the allegations against the other related entities.

Lastly, the Court notes Rabobank's argument that Plaintiffs must have "nothing to say" because they "used just two-thirds of the pages this Court allows for

response briefs." *See* R. 4536 at 2. This argument runs contrary to the opinions of great thinkers and writers throughout history who believed that brevity and silence have greater persuasive power, including Blaise Pascal's apology, "I would have written a shorter letter, but I did not have the time." More presently relevant to the parties, the Court suggests that condemnation of a concise brief is not generally a winning argument to make to a Court with many hundreds of pages of motions and briefs to read each week, many in this case alone.

Nevertheless, Rabobank's motion to dismiss [4369] is granted. The claims against Rabobank are dismissed without prejudice.

ENTERED:

Thomas M Durkin

Honorable Thomas M. Durkin
United States District Judge

Dated: June 1, 2021

# Exhibit 1
# (ECF No. 4876-1)

**From:** Perdue, Jim [Jim.Perdue@Perdue.com]
**Sent:** 2/25/2011 12:58:30 PM
**To:** Weststrate, AC (Adriaan) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=WeststrateA]
**Subject:** RE: Omtron in Ukraine

Adriaan:
I really appreciate you, David and Micki attending the meeting. Our board members really enjoyed listening to all of your views. They all commented the next morning and "carried on" the discussion you all started. I also appreciate your confidence in our TEAM. We are just finishing our plan and I think you will be impressed with the effort to reduce costs/enhance margins. This certainly is not the easiest industry to operate in, but the challenge is what makes it fun!

jim

-----Original Message-----
From: Weststrate, AC (Adriaan) [mailto:Adriaan.Weststrate@rabobank.com]
Sent: Wednesday, February 23, 2011 6:05 PM
To: Burza, Eileen; Perdue, Jim; Roberts, Mike
Cc: Nelson, DC (David) (FAR); Donegan, M (Micki)
Subject: FW: Omtron in Ukraine

Eileen, Jim and Mike,

Thank you again so much for inviting Micki, David and myself to join you and the Board last night. I hope David's presentation was helpful and that we stirred up some conversation. Thank you again for giving us your trust to be your financial partner. You can count on us to help you in any way possible to get through this down cycle, including preaching the gospel to other poultry companies.

Below is some information about Omtron which David received from one of our research specialists in the Netherlands.

With best personal regards,
Adriaan

> Adriaan C. Weststrate
> Managing Director

> Manager Wholesale Banking Eastern Region
> Global Co-Head Animal Protein
> Rabobank International
> 1180 Peachtree St
> Suite 2200
> Atlanta, Georgia 30309
> tel: 404 870 8006 cell: 404 229 8910 fax: 404 870 8025
> adriaan.weststrate@rabobank.com
www.rabobank.com

----- Original Message -----
From: Mulder, N (Nan-Dirk)
To: Nelson, DC (David) (FAR); Vernooij, A (Albert)
Sent: Wed Feb 23 15:59:09 2011
Subject: Re: Omtron in Ukraine

Hi Dave

Yes, I know them. I met the MD some time ago.

The key person behind Omtron Ltd is Oleh Bakhmatyuk an Ukrainian entrepeneur. The biggest company is the Omtron holding is Avangard. This company is the equivalent of Mironivsky in the egg sector. They are also fully integrated including own breeding and layer farms, hatcheries, feed supply and packaging and processing plants.

Avangard has done last year an IPO at London Stock Exchange and raised USD 200 million for a 21 pct stake in the company. They use this now for a very significant expansion from 4.4 billion eggs to 7 billion eggs which requires new investments in packaging facilities, houses and breeding farms. Avangard holds now a market share of 43 pct in Ukraine shell egg production. EBITDA Margins are more than 40 pct; Avangards aims to export almost 50 pct of their supply (now less than 25 pct), mainly to the Middle East, Africa and Asia, but I see also midterm opportunities for export to the EU. Avangard has also an egg processing business unit (Improvo) which operate reasonable independent. This company has a 60 pct market share in the Ukrainian market and is also export driven. The company has also here big plans to grow

(from less than 1 billion eggs to 3 billion eggs processing capacity) and considers now to conduct an SPO of about 10 pct shares. So, again a very interesting and fast growing company which belongs now to the largest and fastest growing ones in Europe.

Regards

Nan-Dirk

---

This email (including any attachments to it) is confidential, legally privileged, subject to copyright and is sent for the personal attention of the intended recipient only. If you have received this email in error, please advise us immediately and delete it. You are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Although we have taken reasonable precautions to ensure no viruses are present in this email, we cannot accept responsibility for any loss or damage arising from the viruses in this email or attachments. We exclude any liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided in this email or its attachments, unless that information is subsequently confirmed in writing. If this email contains an offer, that should be considered as an invitation to treat.

---

# Exhibit 2
# (ECF No. 4876-2)

**From:** Weststrate, AC (Adriaan) [/O=RABOBANKINTERNATIONAL/OU=AMERICA/CN=RECIPIENTS/CN=WESTSTRATEA]
**Sent:** 2/24/2011 11:57:14 PM
**To:** 'Bill Lovette' [Bill.Lovette@pilgrims.com]
**CC:** Donegan, M (Micki) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=DoneganM]
**Subject:** RE: Pilgrim's Pride

Bill,

Would love to. Let me and Micki invite you for a good dinner in Atlanta! Just let me know when you are in town. Hope you are enjoying your new position. You definitely have joined a great group of people with plenty of ideas!! We have some ideas too and would love to run some by you. I think we will see some "shake-up" in the industry this year unless we suddenly get some price increases in BSBM and corn comes down. Both are unfortunately unlikely so we are left with the old "production cuts" gospel!!

Best regards,
Adriaan

> Adriaan C. Weststrate
>  Managing Director

> Manager Wholesale Banking Eastern Region
> Global Co-Head Animal Protein
> Rabobank International
> 1180 Peachtree St
> Suite 2200
> Atlanta, Georgia 30309
> tel: 404 870 8006  cell: 404 229 8910 fax: 404 870 8025
> adriaan.weststrate@rabobank.com
www.rabobank.com

-----Original Message-----
From: Bill Lovette [mailto:Bill.Lovette@pilgrims.com]
Sent: Thursday, February 24, 2011 6:33 PM
To: Weststrate, AC (Adriaan)
Subject: Re: Pilgrim's Pride

Adriaan,
Thank you for the invitation. Unfortunately, I will be at our West Virginia complex as we are out looking at our operations. If you want to meet another time, we can. I am in the ATL area frequently.
Regards,

Bill

Sent from my iPhone

On Feb 24, 2011, at 5:14 PM, "Weststrate, AC (Adriaan)" <Adriaan.Weststrate@rabobank.com<mailto:Adriaan.Weststrate@rabobank.com>> wrote:

Bill,

I probably had the wrong email address!

Regards,
Adriaan

> Adriaan C. Weststrate
>  Managing Director

> Manager Wholesale Banking Eastern Region
> Global Co-Head Animal Protein
> Rabobank International
> 1180 Peachtree St
> Suite 2200
> Atlanta, Georgia 30309
> tel: 404 870 8006  cell: 404 229 8910 fax: 404 870 8025
> <mailto:adriaan.weststrate@rabobank.com>
adriaan.weststrate@rabobank.com<mailto:adriaan.weststrate@rabobank.com>
<http://www.rabobank.com> www.rabobank.com<http://www.rabobank.com>

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

---

From: Weststrate, AC (Adriaan)
Sent: Thursday, February 24, 2011 5:08 PM
To: 'dennis.roerty@jbssa.com<mailto:dennis.roerty@jbssa.com>'; 'jana.owens@jbssa.com<mailto:jana.owens@jbssa.com>'; 'bill.lovette@pilgrimspride.com<mailto:bill.lovette@pilgrimspride.com>'; 'Don.jackson@jbssa.com<mailto:Don.jackson@jbssa.com>'; 'Andre.nogueira@jbssa.com<mailto:Andre.nogueira@jbssa.com>'
Cc: Greven, A (Anne); Corum, B (Bert); Perkins, D (Deborah); Donegan, M (Micki); Alsdorf, K (Kirsten)
Subject: Pilgrim's Pride

Jana, Don, Bill, Dennis and Andre,

Anne, Bert, Debbie and I are scheduled to meet with Andre and Dennis on March 3 around noon to discuss financing issues related to JBS USA. Since it has been a while since we sat down to discuss Pilgrim' s Pride, Micki Donegan and myself would like to see whether we could invite you for dinner that night or a meeting early on March 4 to strictly discuss Pilgrim' s Pride and the developments in the poultry (and grain) industries in general. Micki could be in Greeley by about 7:00PM on March 3. Anne, if you have time, we would love for you to join us.

With best regards,
Adriaan

> Adriaan C. Weststrate
> Managing Director

> Manager Wholesale Banking Eastern Region
> Global Co-Head Animal Protein
> Rabobank International
> 1180 Peachtree St
> Suite 2200
> Atlanta, Georgia 30309
> tel: 404 870 8006 cell: 404 229 8910 fax: 404 870 8025
> <mailto:adriaan.weststrate@rabobank.com> adriaan.weststrate@rabobank.com<mailto:adriaan.weststrate@rabobank.com>
<http://www.rabobank.com> www.rabobank.com<http://www.rabobank.com>

---

This email (including any attachments to it) is confidential, legally privileged, subject to copyright and is sent for the personal attention of the intended recipient only. If you have received this email in error, please advise us immediately and delete it. You are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Although we have taken reasonable precautions to ensure no viruses are present in this email, we cannot accept responsibility for any loss or damage arising from the viruses in this email or attachments. We exclude any liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided in this email or its attachments, unless that information is subsequently confirmed in writing. If this email contains an offer, that should be considered as an invitation to treat.

---

# Exhibit 3
# (ECF No. 4876-3)

**From:** Nelson, DC (David) (FAR) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NELSONDC]
**Sent:** 10/11/2011 7:50:25 PM
**To:** Weststrate, AC (Adriaan) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=WeststrateA]
**Subject:** Re: weights/SAFM

Adriaan:
We heard that about the weights last week in DC. It isn't in USDA's #s yet but good to hear about Agristats.
I started pulling together the charts for the chicken piece we talked about last week this morning. I hope to have a rough draft to you some time tomorrow.
Dave

---

**From:** Weststrate, AC (Adriaan)
**Sent:** Tuesday, October 11, 2011 03:46 PM
**To:** Nelson, DC (David) (FAR); Donegan, M (Micki); Gilbert, S (Stephen) (Atlanta); Fobert, K (Kimberley)
**Subject:** RE: weights/SAFM

David,
It is coming down though! AgriStats numbers indicate that about 2mln less birds in the big bird category were placed over the past 9 weeks. Tyson has brought weights down at 5 out of 11 plants planned. The other 6 will be by about January or February. Not that easy to simply bring weights down but it is happening. I am planning of sending a very "stern" message to all poultry companies and attach the email Luke sent this morning.
Adriaan

Sent with Good (www.good.com)

-----Original Message-----
**From:** Nelson, DC (David) (FAR)
**Sent:** Tuesday, October 11, 2011 11:42 AM Eastern Standard Time
**To:** Weststrate, AC (Adriaan); Donegan, M (Micki); Gilbert, S (Stephen) (Atlanta); Fobert, K (Kimberley)
**Subject:** weights/SAFM

Chicken team:
I was just catching up with Christina McGlone who sent me this weight breakdown. Still too much big bird deboning.
Also, did you know SAFM was hosting a meeting for investors in New Orleans with dinner Wednesday night and presnentations on Thursday. Fyi
Dave

---

**From:** Christina McGlone [mailto:christina.mcglone@db.com]
**Sent:** Tuesday, October 11, 2011 10:18 AM
**To:** Nelson, DC (David) (FAR)
**Subject:** RE: NCC slides

Christina McGlone-Hahn

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

NA Equity Research - Agribusiness and Protein
Deutsche Bank Securities Inc.
One Pickwick Plaza, Mailstop GRN03--0100
Greenwich, CT 06830-5551
Tel (203) 863-2283
christina.mcglone@db.com

---

**From:** Nelson, DC (David) (FAR) [mailto:David.C.Nelson@rabobank.com]
**Sent:** Tuesday, October 11, 2011 11:15 AM
**To:** Christina McGlone
**Subject:** NCC slides

David C Nelson
Global Strategist FAR
Managing Director

**Rabobank International**
Food & Agribusiness Research and Advisory
123 North Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 408-8210
(312) 408-8540 Fax
(312) 623-5448 Mobile
David.C.Nelson@rabobank.com

---

This email (including any attachments to it) is confidential, legally privileged, subject to copyright and is sent for the personal attention of the intended recipient only. If you have received this email in error, please advise us immediately and delete it. You are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Although we have taken reasonable precautions to ensure no viruses are present in this email, we cannot accept responsibility for any loss or damage arising from the viruses in this email or attachments. We exclude any liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided in this email or its attachments, unless that information is subsequently confirmed in writing.

---

This communication may contain confidential and/or privileged information. If you are not the intended recipient (or have received this communication in error) please notify the sender immediately and destroy this communication. Any unauthorized copying, disclosure or distribution of the material in this communication is strictly forbidden.

Deutsche Bank does not render legal or tax advice, and the information contained in this communication should not be regarded as such.

# Exhibit 4
# (ECF No. 4876-8)

**From:** Sue Trudell [strudell@emianalytics.com]
**Sent:** 3/14/2011 1:39:09 PM
**To:** Weststrate, AC (Adriaan) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=WeststrateA]; Donegan, M (Micki) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=DoneganM]; Nelson, DC (David) (FAR) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NelsonDC]; Gilbert, S (Stephen) (Atlanta) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GilbertST]
**Subject:** broiler comments week ended 3-11-11

Week ended 3-11-11

After weeks of talking about possible cutbacks, we are seeing some declines in average liveweights and lower slaughter in some weight classes and regions. However—there are also reports of a winter viral disease problem in some of these same areas. Infectious Laryngotracheitis (LT) is a virus that occurs in chickens in most countries, and winter outbreaks are not uncommon in parts of the US. Outbreaks here are generally mild but do tend to reduce livability, and reduce growth rates and finished liveweights. Close analysis of production data for the last few weeks does show a drop in livability in some areas and sizes of chickens, lower average liveweights, reduced egg production in breeder birds, and reduced hatchability. Usually the disease abates when weather warms.

So—is the mild drop in production related to LT, or intentional cutbacks? I believe some producers are scaling back due to high costs and losses, but I also conclude that part of the decline is disease-related. Whatever portion of the drop that is due to LT may worsen over the next few weeks, but as the weather warms it should decline.

For markets, a general summary statement would be fully steady to higher for nearly all items, with sources often commenting on tight supplies. Even wings have tightened up. The start of Lent is reflected in more retail chicken featuring, and ads for the upcoming week show a range of b/s breast, tenders, whole birds, and dark meat parts. Foodservice also shows some changes, with more national advertising visible for bone-in chicken as well as chicken sandwiches.

| **Whole Broilers** | Current Week Ended 3/11/11 | Prior Week Ended 3/4/11 | Change |
|---|---|---|---|
| USDA Wednesday Georgia Dock | **86.00** | **85.75** | **0.3** |
| UB Cutting Stock WOG, 3 lbs. up (Friday price) | **83.00** | **78.00** | **5.0** |
| UB 8 Piece Cutup, 2.25 lbs. up (Friday price) | **91.00** | **87.00** | **4.0** |
| UB Plant Grade 2.5 lbs. up (Friday price) | **79.00** | **75.00** | **4.0** |
| EMI Whole Birds > 3 lbs. (weekly wtd avg) | **80.31** | **78.58** | **1.7** |
| EMI WOGs, 2.5 to 4 lbs. (weekly wtd avg) | **78.00** | **77.36** | **0.6** |

Whole birds markets were generally higher over the last week. Comments from buyers and sellers indicate that business for most whole bird sizes will be brisk for the next several weeks, with both foodservice and retail demand contributing, and supplies of some sizes are limited in areas.

The main market report for small chickens (Georgia Dock) was up a quarter-cent in the last week and is expected to continue to trend seasonally higher. Seasonal demand increases in foodservice needs are a major element, but high feed costs flowing through cost-plus sales are also a factor.

Short term direction for whole birds—the small sizes (Georgia Dock) market will see seasonal increases for the next 2 months (although possibly not every week). Other sizes are expected to trend up seasonally.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| **Breast Meat/Tenders** | Current Week Ended 3/11/11 | Current Week Ended 3/4/11 | Change |
|---|---|---|---|
| UB Jumbo B/S Breast (Friday price) | **142.00** | **134.00** | 8.0 |
| UB Midsize B/S Breast (Friday price) | **157.00** | **149.00** | 8.0 |
| UB Sized B/S Breast, 4.25 lbs. & down (Friday price) | **185.00** | **177.00** | 8.0 |
| USDA NE B/S Breast Meat (weekly wtd avg) | **130.31** | **121.69** | 8.6 |
| EMI B/S Breast, Unsized (weekly wtd avg) | **124.43** | **116.36** | 8.1 |
| EMI B/S Breast, Unsized, Small (weekly wtd avg) | **132.51** | **126.02** | 6.5 |
| UB Tenders (Friday price) | **144.00** | **134.00** | 10.0 |
| UB Tenders, Sized (Friday price) | **212.00** | **202.00** | 10.0 |
| USDA NE Tenders (weekly wtd avg) | **132.85** | **123.76** | 9.1 |
| EMI Tenders (weekly wtd avg) | **135.85** | **128.24** | 7.6 |
| EMI Tenders, Sized (weekly wtd avg) | **190.02** | **184.72** | 5.3 |

White meat markets were uniformly higher over the last week. "Average" seasonal movement would point to steady increases from now through Memorial Day, but the recent increases are more than the typical seasonal rise and may be due in part to restrained supplies. Plus, market sources are discussing the impact of higher production costs plus the impact of reduced supplies for beef & pork and associated high prices. We expect to see a continued focus on chicken at retail, and more-than-typical featuring of white meat items in foodservice channels.

Short term direction for b/s breast meat—going forward, look for seasonal increases, and we'd expect to see EMI unsized b/s breast meat approaching $1.40 by late March.

For tenders, supplies are generally described as adequate for moderate demand. Foodservice pull hasn't been a big driver as yet, but the small spread from tenders to breast meat makes tenders a good substitute for some further processing applications. Short term direction for tenders—Likely to follow breast meat higher, but it appears to be more spread related than demand related so far.

| **Dark Meat** | Current Week Ended 3/11/11 | Current Week Ended 3/4/11 | Change |
|---|---|---|---|
| UB Leg Quarters, Bulk (Friday price) | **43.00** | **40.00** | 3.0 |
| UB Leg Quarters, Bulk, Gulf, Frozen (Friday price) | **46.00** | **43.00** | 3.0 |
| UB Thighs (Friday price) | **57.00** | **54.00** | 3.0 |
| UB Drums (Friday price) | **48.00** | **46.00** | 2.0 |
| UB B/S Thigh Meat (Friday price) | **116.00** | **113.00** | 3.0 |
| USDA NE Leg Quarters (weekly wtd avg) | **40.88** | **38.94** | 1.9 |
| USDA B/S Thigh Meat (weekly wtd avg) | **115.05** | **110.25** | 4.8 |
| EMI Leg Quarters, Fresh (weekly wtd avg) | **41.31** | **39.92** | 1.4 |
| EMI Leg Quarters, Frozen (weekly wtd avg) | **37.38** | **39.18** | -1.8 |
| EMI B/S Thigh Meat, Fresh (weekly wtd avg) | **107.45** | **105.60** | 1.9 |

In the dark meat arena, leg quarters and other dark meat parts are steady to firm in response to increasing export demand. Exporters continue to report increased inquiry from some markets due to higher beef and pork prices, with Mexico and Caribbean destinations often mentioned. For Russia, we had not expected huge shipments to start right out of the gate in 2011, as heavy shipments in late 2010 haven't fully cleared marketing channels. That being said, at this

point a number of buyers are acting on their 1st quarter permits and contracting for March and April delivery is frequently reported in the low to mid 40's delivered to port.

Short term direction—Fresh and frozen LQ markets *may* see occasional limited downside, most likely in spotty discounts but not necessarily declines in the core market reports. Generally continuing to edge higher in the coming weeks. Drums and thighs have recently seen more inquiry for retail featuring as well as export, and we expect continued small increases in the short run.

For b/s thigh meat, markets have increased in the last several weeks with seasonal buying. "Average" seasonal factors would imply a small drop in March, but I don't think we'll see that this year. Short term direction for b/s thigh meat—ups and downs from one week to the next, with the base undertone making small increases

| **Wings** | Current Week Ended 3/11/11 | Current Week Ended 3/4/11 | Change |
|---|---|---|---|
| UB Wings (Friday price) | 86.00 | 86.00 | 0.0 |
| UB Wings, Jumbo (Friday price) | 69.00 | 65.00 | 4.0 |
| USDA NE Wings (weekly wtd avg) | 80.15 | 79.46 | 0.7 |
| EMI Whole Wings (weekly wtd avg) | 72.72 | 71.23 | 1.5 |
| EMI Whole Wings, Jumbo (weekly wtd avg) | 65.44 | 63.47 | 2.0 |
| EMI Drumette/Midjoint, Jumbo (weekly wtd avg) | 90.27 | 92.79 | -2.5 |
| EMI Drumette/Midjoint, Regular (weekly wtd avg) | 96.32 | 104.41 | -8.1 |

In wings, markets were mixed in the last week with EMI prices down and most others up. Reports from our market contacts indicate the lower price levels are attracting interest from buyers, both for near-term needs and for future promotional buying. Recent contracting may take the EMI invoiced markets and USDA NE lower before they settle, and we estimate several weeks before there is a firm floor established. For EMI whole fresh wings, low 70's are being discussed for some June contracts, and around $1.00 for drummette/midjoint wings. Jumbo product in both whole wings and drummette/midjoint are looking significantly lower than non-jumbo wing products.

Short term direction—Lower for all sizes and styles of wings reported by EMI (and possibly USDA at times), likely at least another 5 cents lower in the next two weeks. A few sources tell us they have advance bookings in the 80-cent area for non-jumbo whole wings in March, but others think it will be closer to 75 before significant business is booked.

*Sue Trudell*
Vice President

***Express Markets, Inc. Analytics***
6510 Mutual Drive, Suite 300
Fort Wayne, IN 46825

Phone: 260-407-2733
Cell: 260-414-3356
Fax: 260-407-2734
strudell@expressmarketsinc.com

*CONFIDENTIALITY NOTICE: The information contained in this email (and any attachments) is privileged and confidential and protected from disclosure. Unauthorized distribution or use is strictly prohibited. Data, projections, and other information are based on sources considered to be reliable. Express Markets Inc. makes no representations or warranties as to the usefulness of the data or information, and specifically disclaims any and all liability for any damages resulting upon the reliance of the data or information.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Rabo_0000092313

| **Breast Meat/Tenders** | Current Week Ended 3/11/11 | Current Week Ended 3/4/11 | Change |
|---|---|---|---|
| UB Jumbo B/S Breast (Friday price) | 142.00 | 134.00 | 8.0 |
| UB Midsize B/S Breast (Friday price) | 157.00 | 149.00 | 8.0 |
| UB Sized B/S Breast, 4.25 lbs. & down (Friday price) | 185.00 | 177.00 | 8.0 |
| USDA NE B/S Breast Meat (weekly wtd avg) | 130.31 | 121.69 | 8.6 |
| EMI B/S Breast, Unsized (weekly wtd avg) | 124.43 | 116.36 | 8.1 |
| EMI B/S Breast, Unsized, Small (weekly wtd avg) | 132.51 | 126.02 | 6.5 |
| UB Tenders (Friday price) | 144.00 | 134.00 | 10.0 |
| UB Tenders, Sized (Friday price) | 212.00 | 202.00 | 10.0 |
| USDA NE Tenders (weekly wtd avg) | 132.85 | 123.76 | 9.1 |
| EMI Tenders (weekly wtd avg) | 135.85 | 128.24 | 7.6 |
| EMI Tenders, Sized (weekly wtd avg) | 190.02 | 184.72 | 5.3 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Dark Meat | Current Week Ended 3/11/11 | Current Week Ended 3/4/11 | Change |
|---|---|---|---|
| UB Leg Quarters, Bulk (Friday price) | 43.00 | 40.00 | 3.0 |
| UB Leg Quarters, Bulk, Gulf, Frozen (Friday price) | 46.00 | 43.00 | 3.0 |
| UB Thighs (Friday price) | 57.00 | 54.00 | 3.0 |
| UB Drums (Friday price) | 48.00 | 46.00 | 2.0 |
| UB B/S Thigh Meat (Friday price) | 116.00 | 113.00 | 3.0 |
| USDA NE Leg Quarters (weekly wtd avg) | 40.88 | 38.94 | 1.9 |
| USDA B/S Thigh Meat (weekly wtd avg) | 115.05 | 110.25 | 4.8 |
| EMI Leg Quarters, Fresh (weekly wtd avg) | 41.31 | 39.92 | 1.4 |
| EMI Leg Quarters, Frozen (weekly wtd avg) | 37.38 | 39.18 | -1.8 |
| EMI B/S Thigh Meat, Fresh (weekly wtd avg) | 107.45 | 105.60 | 1.9 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| **Wings** | Current Week Ended 3/11/11 | Current Week Ended 3/4/11 | Change |
|---|---|---|---|
| UB Wings (Friday price) | 86.00 | 86.00 | 0.0 |
| UB Wings, Jumbo (Friday price) | 69.00 | 65.00 | 4.0 |
| USDA NE Wings (weekly wtd avg) | 80.15 | 79.46 | 0.7 |
| EMI Whole Wings (weekly wtd avg) | 72.72 | 71.23 | 1.5 |
| EMI Whole Wings, Jumbo (weekly wtd avg) | 65.44 | 63.47 | 2.0 |
| EMI Drumette/Midjoint, Jumbo (weekly wtd avg) | 90.27 | 92.79 | -2.5 |
| EMI Drumette/Midjoint, Regular (weekly wtd avg) | 96.32 | 104.41 | -8.1 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| **Whole Broilers** | Current Week Ended 3/11/11 | Prior Week Ended 3/4/11 | Change |
|---|---|---|---|
| USDA Wednesday Georgia Dock | 86.00 | 85.75 | 0.3 |
| UB Cutting Stock WOG, 3 lbs. up (Friday price) | 83.00 | 78.00 | 5.0 |
| UB 8 Piece Cutup, 2.25 lbs. up (Friday price) | 91.00 | 87.00 | 4.0 |
| UB Plant Grade 2.5 lbs. up (Friday price) | 79.00 | 75.00 | 4.0 |
| EMI Whole Birds > 3 lbs. (weekly wtd avg) | 80.31 | 78.58 | 1.7 |
| EMI WOGs, 2.5 to 4 lbs. (weekly wtd avg) | 78.00 | 77.36 | 0.6 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Exhibit 5
# (ECF No. 4876-9)

**From:** Weststrate, AC (Adriaan) [/O=RABOBANKINTERNATIONAL/OU=AMERICA/CN=RECIPIENTS/CN=WESTSTRATEA]
**Sent:** 11/4/2011 9:23:25 PM
**To:** Weststrate, AC (Adriaan) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=WeststrateA]; Fitzgerald, W (William) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FitzgeraldW]; Harrison, S (Spencer) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HarriosnS]; Staal, A (Arthur) [/O=RABOBANKINTERNATIONAL/OU=EUrope/cn=Recipients/cn=StaalA1]; Sieswerda, E (Edwin) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Edwin.Sieswerda]; Bijman, A (Arjan) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Arjan.Bijman]
**CC:** Boumeester, GV (Gilles) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Gilles.Boumeester]; Reece, IS (Ian) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=ReeceI]; Blom, A (Andre) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=AndreB]; Battjes, G (Geerten) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Geerten.Battjes]; Gillhaus, A (Ab) [/O=RABOBANKINTERNATIONAL/OU=EUrope/cn=Recipients/cn=gillhausa]; Weijden van der, APM (Tom) [/O=RABOBANKINTERNATIONAL/OU=EUrope/cn=Recipients/cn=WeijdenAPM]; Donegan, M (Micki) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=DoneganM]; Gilbert, S (Stephen) (Atlanta) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GilbertST]; English, K (Kimberly) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=EnglishK]; Bucklin, RS (Robert) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=BucklinR]; Read, N (Neil) [/O=RABOBANKINTERNATIONAL/OU=EUrope/cn=Recipients/cn=readne]; Cuppen, TJAM (Tanja) [/O=RABOBANKINTERNATIONAL/OU=EUrope/cn=Recipients/cn=CuppenTJAM]; Zonneveld, P (Peter) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Peter.Zonneveld]; Hedel van, FAH (Fred) [/O=RABOBANKINTERNATIONAL/OU=EUrope/cn=Recipients/cn=HedelFAH]; Laat de, J (Jan) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LaatJ1]; Hyland, BA (Barbara) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=HylandB]; Carlton Malo, K (Kristin) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=CarltonMaloK]; Chewpa, A (Andrew) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=ChewpaA]; Kloosterman, AM (Lex) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lex.Kloosterman]; Nelson, DC (David) (FAR) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NelsonDC]; Chandler, L (Luke) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Luke.Chandler]
**Subject:** RE: US Poultry Industry

Dear all,

We continue to make progress in the production cutbacks in the US Poultry Industry. Please note that this is the seasonal lowest quarter for the industry so cutbacks are not fully translating into higher pricing but preventing prices from falling further. We still have to wait until mid-to late Q1,2012 for real improvement to show up in the numbers. Fortunately, corn is staying around $6.50/bu.

Have a great weekend. I will be in South America next week with David Nelson and will sent the next update on November 18.

Best regards,
Adriaan

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

***• Chick placements were down 7.7% from year-ago during the week ending October 29th; placements are down 7.2% from last year over the past six weeks.***
***• The number of broilers slaughtered over the past six weeks is down 6.6% from year-ago; during that same time period, RTC broiler production is down 5.5% from year-ago, the largest year-over-year decline in the six-week total since May 2009.***
***• Wing prices continue to escalate and moved into the low-$1.20s in the Northeast this past week. Prices are expected to peak at around $1.40/lb or higher ahead of the Super Bowl.***

Often the discussion around broiler meat supplies centers around production, which is logical as it is the most important factor in determining domestic supplies, but exports and an ever-increasing population both have a subtle but important role in determining supplies as well. Broiler meat supplies declined in 2009 behind the first calendar year production decline in more than three decades, but a lesser known fact is that it was the third straight year per capita broiler meat supplies had fallen thanks to slower growth in the industry, burgeoning exports during 2007 and 2008, and a larger population in the US. Per capita supplies rebounded sharply last year behind a 4% production increase and sluggish exports and are projected to increase slightly again this year, but at 97.0 pounds (RTC basis), per capita broiler meat supplies are still well off of their 2006 high of 102.6 pounds. Smaller production volumes, flat to slightly larger exports, and an increasing population in 2012 are expected to take **per capita supplies to 92.5 pounds next year, the lowest since 2001**.

Broiler egg sets and chick placements have been pared back significantly, both on a seasonal basis and relative to year-ago levels, but year-over-year declines appear to be stabilizing at around 7%-8%. There were 186 million broiler eggs placed in incubators in USDA's 19-state commercial hatchery program during the week ending October 29th, down 7.4% from the same week last year. Over the past six weeks, egg sets are down 7.6% from the same time period last year. Chick placements totaled 153 million for the week, down 7.7% from last year. Placements are down 7.2% from year-ago over the past six weeks.
Smaller chick counts working their way through the supply chain have turned into increasingly robust year-over-year declines in slaughter. There were 153 million broilers slaughtered during the week ending October 29th, which was down 7.4% from last year. Slaughter is down 6.6% from year-ago over the past six weeks, the largest decline in the six-week total since May 2009. Broiler liveweights at slaughter averaged 5.74 pounds for the week, up only 0.2% from year-ago. Weights are averaging only 1.0% heavier than year-ago over the past six weeks, and during that same time period, **RTC broiler production is down 5.5% from last year.**

Increasingly tight supplies **have supported white meat prices, preventing them from falling off a table this fall as is typically the case,** but by the same token, tighter supplies haven't translated into an early rally either. Boneless skinless chicken breasts in the Northeast are still hovering right around $1.20/lb while tenders are at a slight premium in the mid-$1.20s. Retailers have been a little more willing to feature these items in recent weeks, but promotion efforts have hardly been aggressive. Foodservice demand can be described as anything from mediocre to uninspiring. **Rapidly declining product availability, however, should give prices a lift in the very near future and both b/s chicken breasts and tenders are likely to be in the low-$1.30s by year's end.**

With best regards,

Adriaan, Micki, Steve and David

**Adriaan C. Weststrate**
Managing Director Wholesale Clients Eastern Region
Global Co-Head Animal Protein
1180 Peachtree Street, Suite 2200
Atlanta, Georgia 30309
USA
adriaan.weststrate@rabobank.com
(404) 870-8006 (work)
(404) 229-8910 (cell)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Exhibit 6
# (ECF No. 4876-10)

**From:** Weststrate, AC (Adriaan) [/O=RABOBANKINTERNATIONAL/OU=AMERICA/CN=RECIPIENTS/CN=WESTSTRATEA]
**Sent:** 8/24/2012 10:08:35 PM
**To:** Blom, A (Andre) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=AndreB]; Reece, IS (Ian) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=ReeceI]; Fitzgerald, W (William) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FitzgeraldW]; Harrison, S (Spencer) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HarriosnS]; Staal, A (Arthur) [/O=RABOBANKINTERNATIONAL/OU=EUrope/cn=Recipients/cn=StaalA1]; Toom den, J (Jose) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jose.den.Toom]; Vos de, GJ (Gijs) [/O=RABOBANKINTERNATIONAL/OU=Backbone/cn=Recipients/cn=1935E1383AD847478D7CEC3815DA80B5]; Vollebregt, WLA (Walter) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Walter.Vollebregt]; Weulen Kranenberg, R (Ruurd) NYC [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KranenbergR1]; Boumeester, GV (Gilles) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Gilles.Boumeester]; Lorenzutti, AE (Adrian) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Adrian.Lorenzutti]; Weijden van der, APM (Tom) [/O=RABOBANKINTERNATIONAL/OU=EUrope/cn=Recipients/cn=WeijdenAPM]; Bucklin, RS (Robert) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=BucklinR]
**CC:** Donegan, M (Micki) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=DoneganM]; Gilbert, S (Stephen) (Atlanta) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GilbertST]; English, K (Kimberly) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=EnglishK]
**Subject:** FW: PW12-33 Weekly Poultry Outlook - 08/24/2012
**Attachments:** PW12-33.pdf

**Importance:** High

Dear all,

Next weekend I will email everyone the 18th Update to our US Poultry Industry Analysis, which update will discuss in detail the scenario that we think will unfold in the next 6-9 months. I just wanted to share the attached Informa Weekly Poultry Outlook of today, which outlook confirms our detailed discussions with our clients and with EMI. Production is under control with more reductions to come. Pricing is strengthening across the bird (BSBM, wings, leg quarters) and depending on location near corn (thereby substantially reducing basis), the current pricing still provides for a positive margin for most of our customers. While Q4 will still see a bit of competition from beef and pork products, the substantial reduction in supplies of both beef and pork starting in Q1, 2013 will drive prices of poultry products substantially higher by February / March, 2013. We feel more comfortable that corn will max out at about 8:50/bu board price. Overall, we became a lot more comfortable this week that our clients will be able to deal with the impact of the drought with the possibility that we might see some of the best poultry markets next year summer and fall assuming we get a "normal" crop in 2013/14. The "critical" months for the poultry industry will be the 4 months of October – January. We are confident that all our clients have the necessary liquidity during that period.

Have a great weekend.
Adriaan

**Adriaan C. Weststrate**
Managing Director Wholesale Clients Eastern Region
Global Co-Head Animal Protein
1180 Peachtree Street, Suite 2200
Atlanta, Georgia 30309

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

USA
adriaan.weststrate@rabobank.com
(404) 870-8006 (work)
(404) 229-8910 (cell)

---

**From:** Battum van, S (Saskia)
**Sent:** Friday, August 24, 2012 5:29 PM
**To:** l.nl.utrecht.sparks users
**Subject:** FW: PW12-33 Weekly Poultry Outlook - 08/24/2012

-------------------------------------------
**From:** Informa@informaecon.com[SMTP:REPORTS@REPORTS.INFORMAECON.COM]
**Sent:** Friday, August 24, 2012 11:27:37 PM
**To:** Battum van, S (Saskia)
**Subject:** PW12-33 Weekly Poultry Outlook - 08/24/2012
**Auto forwarded by a Rule**

**REPORT PORTAL**
**The Informa Economics Report Portal has been updated with the latest Weekly Poultry report. Today's file is attached; however, you can also use the included link to the Reports portal to view the latest report as well as an archive of our reports. Your login will give you access to the reports you currently subscribe to immediately as they are loaded our portal. Click on the following link to access the report.**

**Direct Link: Use this direct link to view the most recent Weekly Poultry report.**

**Bookmark the portal: http://www.informaecon.com/reports to view the portal anytime.**

**Username/Password:**
**Username: The Informa Report Portal utilizes the email address with which you currently receive the reports via email in addition to a password we have assigned for your contact information. There is a "Forgot Password" link to have your password emailed to the registered email address.**

**If you do not receive your reports via your distinct email address, but rather a more generic address for your company .. (ie.. *InformaReports@YourCompany.com* rather than *john.doe@YourCompany.com*), please use that email address for login.**

**Please check your latest emailed report "To:" field to be sure.**

**If you have any questions, please contact Rosamary Posey: rosamary.posey@informaecon.com**

**Upcoming Events:**
**In addition to your report today, we have added the information below showing the current list of conferences, workshops, schools, and multi-client studies Informa will host over the next several months. Please take time to look over the list below and possibly, you will find something of interest.**

This copyrighted material is intended for the use of clients of Informa Economics, Inc., only and may not be reproduced or electronically transmitted to other companies or individuals, whole or in part, without the prior written permission of Informa Economics, Inc. The information contained herein is believed to be reliable and the views expressed within this document reflect judgments at this time and are subject to change without notice. Informa Economics, Inc., does not guarantee that the information contained herein is accurate or complete and it should not be relied upon as such.

If you have difficulty opening the file attached to this message or if you do not wish to receive this information in the future from Informa Economics, Inc., please e-mail your request to:

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

changerequest@informaecon.com.

SA31

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Rabo_0000119776


# Weekly Poultry Outlook

**IADI Training Sessions: Futures & Options**

**Fogelman Executive Conference Center - Memphis, TN – September 25 – 27, 2012**

**Brochures with online registration available at Informa's website: http://www.informaecon.com**

- ***Broiler egg sets totaled 192 million during the week ending August 18th, down 0.6% from last year and representing the smallest weekly total since last November.***

- ***The broiler-type hatching flock slipped to 50.6 million hens on August 1st, down from a high of 52.9 million a couple months earlier. The breeding flock is expected to drop below 50.0 million this fall for the first time since 1996.***

- ***Leg quarter prices in the Northeast rallied to more than 51 cents/lb this past week, their highest point in two months.***

## Broiler Overview and Comments

The broiler-type hatching flock slipped to 50.6 million hens on August 1st from a high of 52.9 million hens from a few months earlier. That's 5.6% smaller than last year at the same time, and the breeding flock is expected to keep shrinking this fall to less than 50.0 million hens for the first time since 1996. Informa currently projects that the breeding flock will be exactly 5.0% smaller in 2012 compared to 2011, but actual production isn't expected to be down nearly as much from last year thanks to productivity gains. Integrators have primarily culled lesser-performing hens, which has resulted in sharp increases in egg production per hen and hatchability. So far this year, broiler-type laying hens have produced an average of 131 eggs, up 2.6% from last year, and Informa is projecting a 2.5% increase overall this year in egg production per hen. The breeding flock is expected to shrink an additional 2.2% next year, but Informa doesn't see the kind of productivity spike witnessed in 2012 happening two years in a row. Broiler-type egg production per hen in 2013 is forecast to decline 0.3% next year but remain very high by historical standards.

775 Ridge Lake Boulevard, Suite 400 ~ Memphis, Tennessee 38120-9403 ~ Phone 901.202.4600
http://www.informaecon.com

© by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Broiler Production and Supplies

There were fewer than 192 million broiler eggs placed in incubators in USDA's 19-state commercial hatchery program during the week ending August 18th, which represented the smallest weekly total since November of last year. It was also down 0.6% from the same week in 2011. Over the past six weeks, however, broiler egg sets are virtually identical to the number of eggs placed in incubators during the same time period last year. Chick placements totaled more than 162 million for the week, up 0.9% from last year; however, placements are still down 0.1% from year-ago over the past six weeks.

According to USDA's latest *Chickens and Eggs* report, the broiler-type hatching flock fell to 50.6 million hens on August, down from a peak of 52.9 million hens a couple of months back and compares to 53.6 million last year. Given the current state of feed input costs and the amount of margin compression the US broiler industry is expected to experience this fall, Informa believes it's all but certain layer inventories drop below 50.0 million this fall. The breeding flock hasn't been below that threshold since 1996.

## USDA Chicks Hatched and Chick Placements

**Placements, Million Head**

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-14 | 164.4 | 163.2 | -0.8% |
| Jul-21 | 162.8 | 163.9 | 0.7% |
| Jul-28 | 162.9 | 161.2 | -1.1% |
| Aug-4 | 164.1 | 163.7 | -0.2% |
| Aug-11 | 162.3 | 162.3 | 0.0% |
| Aug-18 | 161.0 | 162.5 | 0.9% |
| Aug-25 | 162.9 | **162.4** | **-0.3%** |
| Sep-1 | 160.9 | **160.5** | **-0.3%** |
| Sep-8 | 160.2 | **159.3** | **-0.6%** |
| Sep-15 | 160.8 | **159.4** | **-0.9%** |
| Sep-22 | 157.9 | **156.2** | **-1.1%** |
| Sep-29 | 154.4 | **153.4** | **-0.6%** |

**Monthly Chicks Hatched, Million Head**

| | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2011/12** | 768 | 759 | 720 | 716 | 702 | 758 | 752 | 705 | 764 | 748 | 778 | 756 |
| **2012/13** | **763** | **758** | **727** | **723** | **696** | **756** | **740** | **657** | **752** | **724** | **749** | **733** |
| **5 Yr Avg.** | 796 | 793 | 753 | 751 | 723 | 786 | 783 | 719 | 794 | 771 | 799 | 778 |

© by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Average Live Weights

**Live Weights, Pounds**

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-14 | 5.78 | 5.56 | -3.8% |
| Jul-21 | 5.66 | 5.67 | 0.2% |
| Jul-28 | 5.72 | 5.60 | -2.1% |
| Aug-4 | 5.62 | 5.75 | 2.3% |
| Aug-11 | 5.63 | 5.64 | 0.2% |
| Aug-18 | 5.67 | 5.63 | -0.7% |
| Aug-25 | 5.63 | **5.58** | **-0.9%** |
| Sep-1 | 5.64 | **5.60** | **-0.8%** |
| Sep-8 | 5.73 | **5.70** | **-0.6%** |
| Sep-15 | 5.87 | **5.84** | **-0.5%** |
| Sep-22 | 5.80 | **5.76** | **-0.6%** |
| Sep-29 | 5.87 | **5.83** | **-0.7%** |

**Monthly Average Live Weights, Pounds**

| | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2011/12** | 5.77 | 5.78 | 5.87 | 5.88 | 5.82 | 5.78 | 5.84 | 5.83 | 5.81 | 5.83 | 5.83 | 5.86 |
| **2012/13** | **5.73** | **5.73** | **5.83** | **5.89** | **5.88** | **5.84** | **5.80** | **5.76** | **5.77** | **5.79** | **5.82** | **5.78** |
| **5 Yr Avg.** | 5.58 | 5.57 | 5.68 | 5.74 | 5.72 | 5.69 | 5.69 | 5.66 | 5.66 | 5.69 | 5.71 | 5.68 |

# RTC Broiler Production

**Production, Million Pounds**

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-14 | 693 | 655 | -5.5% |
| Jul-21 | 682 | 678 | -0.6% |
| Jul-28 | 683 | 663 | -2.9% |
| Aug-4 | 669 | 671 | 0.3% |
| Aug-11 | 659 | 664 | 0.6% |
| Aug-18 | 676 | 670 | -0.8% |
| Aug-25 | 664 | 642 | **-3.3%** |
| Sep-1 | 683 | 662 | **-3.1%** |
| Sep-8 | 608 | 598 | **-1.6%** |
| Sep-15 | 702 | 692 | **-1.5%** |
| Sep-22 | 697 | 686 | **-1.6%** |
| Sep-29 | 689 | 678 | **-1.5%** |

**Monthly RTC Broiler Production, Million Pounds**

| | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2011/12** | 3,031 | 3,330 | 3,180 | 3,097 | 2,907 | 2,856 | 3,092 | 2,954 | 3,044 | 2,994 | 3,278 | 3,105 |
| **2012/13** | **3,236** | **3,148** | **2,792** | **3,495** | **2,906** | **2,825** | **3,129** | **2,638** | **2,820** | **3,039** | **3,014** | **2,867** |
| **5 Yr Avg.** | 3,093 | 3,161 | 3,106 | 3,198 | 2,901 | 2,965 | 3,032 | 2,835 | 3,099 | 3,040 | 3,121 | 3,131 |

© by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Whole Broilers

The Georgia Dock market strengthened further this past week with both the Monday final weighted average price and the Wednesday spot price establishing new record highs of more than 94 cents/lb and 95 cents/lb, respectively. Informa believes the Georgia Dock market is nearing a plateau and will move sideways the next few weeks before slowly backing off by mid to late September. Steady declines into the fall time period are expected to bring the Georgia Dock to a low of only around 92-93 cents/lb, which would be up about 3-4 cents from last year at the same time.

Larger-weight whole birds, represented by the 12-city composite price, were stronger again this past week and rallied to more than 85 cents/lb. It was accompanied by an increase in the Chicago market than 80 cents/lb and in the New York market to more than 85 cents/lb. This was an expected rally, and the 12-city whole broiler market is expected to level off over the next couple of weeks before dipping back to around 80 cents/lb or a little lower by October. Overall this year, the 12-city whole broiler market is projected to average slightly more than 84 cents/lb, which would represent a nearly 7% increase from last year and set a new record on an average annual basis, eclipsing 2010 at 83 cents/lb.

### USDA Monday Georgia Dock Weighted Average

*Weekly Prices*

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-20 | 85.87 | 93.92 | 9.4% |
| Jul-27 | 86.02 | 93.88 | 9.1% |
| Aug-3 | 86.12 | 93.81 | 8.9% |
| Aug-10 | 86.20 | 93.85 | 8.9% |
| Aug-17 | 86.85 | 94.06 | 8.3% |
| Aug-24 | 87.05 | 94.26 | 8.3% |
| Aug-31 | 87.02 | **94.18** | **8.2%** |
| Sep-7 | 86.87 | **93.92** | **8.1%** |
| Sep-14 | 87.17 | **94.15** | **8.0%** |
| Sep-21 | 87.14 | **93.91** | **7.8%** |
| Sep-28 | 86.59 | **93.78** | **8.3%** |
| Oct-5 | 87.12 | **93.56** | **7.4%** |

### Monthly Cash Prices and Informa Fundamental Forecast

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2011/12** | 86.6 | 86.9 | 87.4 | 88.1 | 89.0 | 89.6 | 90.3 | 91.8 | 92.2 | 93.1 | 93.6 | 93.9 |
| **2012/13** | **94.0** | **93.9** | **93.1** | **92.4** | **92.1** | **92.2** | **92.6** | **93.5** | **94.0** | **94.8** | **95.5** | **95.7** |
| **5 Yr Avg.** | 85.4 | 85.2 | 84.2 | 83.5 | 83.5 | 83.8 | 84.3 | 85.0 | 85.4 | 86.4 | 87.5 | 88.2 |

### Seasonal Price Index Forecast

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2012/13** | **94.3** | **94.1** | **93.0** | **92.0** | **91.7** | **88.8** | **89.5** | **90.2** | **90.6** | **91.9** | **93.4** | **94.3** |
| | **-0.2** | **-0.2** | **0.2** | **0.4** | **0.4** | **3.4** | **3.1** | **3.3** | **3.5** | **2.9** | **2.1** | **1.4** |
| | *Informa Fundamental Forecast Minus Seasonal Price Index Forecast* | | | | | | | | | | | |

© by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rabo_000119780

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

PW12-33
24-Aug-12

# USDA Wednesday Georgia Dock

26-Week History
5-year Average
Year Ago
Monthly Forecast
Weekly Forecast
96
94
92
90
88
86
84
82
3/2/12
4/2/12
5/2/12
6/2/12
7/2/12
8/2/12
9/2/12
10/2/12
11/2/12
12/2/12
1/2/13
2/2/13

**Weekly Prices**

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-20 | 87.50 | 94.75 | 8.3% |
| Jul-27 | 87.50 | 94.75 | 8.3% |
| Aug-3 | 87.75 | 94.75 | 8.0% |
| Aug-10 | 88.00 | 94.75 | 7.7% |
| Aug-17 | 88.25 | 95.00 | 7.6% |
| Aug-24 | 88.50 | 95.25 | 7.6% |
| Aug-31 | 88.75 | 95.25 | 7.3% |
| Sep-7 | 89.00 | 95.25 | 7.0% |
| Sep-14 | 89.00 | 95.25 | 7.0% |
| Sep-21 | 89.00 | 95.00 | 6.7% |
| Sep-28 | 89.00 | 94.75 | 6.5% |
| Oct-5 | 89.00 | 94.50 | 6.2% |

**Monthly Cash Prices and Informa Fundamental Forecast**

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011/12 | 88.3 | 89.0 | 89.0 | 89.3 | 89.9 | 90.4 | 91.3 | 93.0 | 93.3 | 94.2 | 94.5 | 94.8 |
| 2012/13 | 95.0 | 95.1 | 94.0 | 92.9 | 92.9 | 93.1 | 93.5 | 94.6 | 95.1 | 95.9 | 96.5 | 96.9 |
| 5 Yr Avg. | 86.5 | 86.3 | 85.1 | 84.3 | 84.2 | 84.6 | 85.2 | 86.0 | 86.5 | 87.6 | 88.6 | 89.4 |

**Seasonal Price Index Forecast**

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012/13 | 95.3 | 95.0 | 93.6 | 92.5 | 92.2 | 89.4 | 90.3 | 91.0 | 91.5 | 92.8 | 94.2 | 95.2 |
| | -0.3 | 0.1 | 0.4 | 0.4 | 0.7 | 3.7 | 3.2 | 3.6 | 3.5 | 3.1 | 2.3 | 1.7 |
| | *Informa Fundamental Forecast Minus Seasonal Price Index Forecast* | | | | | | | | | | | |

# USDA 12 City Whole Broilers

26-Week History
5-year Average
Year Ago
Monthly Forecast
Weekly Forecast
100
95
90
85
80
75
70
3/2/12
4/2/12
5/2/12
6/2/12
7/2/12
8/2/12
9/2/12
10/2/12
11/2/12
12/2/12
1/2/13
2/2/13

**Weekly Prices**

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-20 | 80.1 | 83.9 | 4.8% |
| Jul-27 | 79.8 | 81.9 | 2.6% |
| Aug-3 | 80.0 | 79.9 | -0.1% |
| Aug-10 | 80.6 | 80.5 | -0.1% |
| Aug-17 | 83.1 | 83.2 | 0.1% |
| Aug-24 | 81.2 | 85.6 | 5.3% |
| Aug-31 | 78.7 | 86.3 | 9.6% |
| Sep-7 | 78.0 | 85.3 | 9.4% |
| Sep-14 | 76.0 | 84.3 | 11.0% |
| Sep-21 | 72.7 | 81.8 | 12.5% |
| Sep-28 | 72.4 | 80.8 | 11.6% |
| Oct-5 | 72.3 | 80.3 | 11.1% |

**Monthly Cash Prices and Informa Fundamental Forecast**

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011/12 | 80.7 | 74.8 | 73.8 | 76.8 | 80.2 | 81.7 | 86.2 | 93.2 | 85.0 | 87.2 | 85.3 | 82.9 |
| 2012/13 | 83.1 | 83.0 | 79.6 | 81.3 | 82.3 | 85.3 | 86.6 | 91.9 | 88.3 | 91.0 | 90.4 | 88.2 |
| 5 Yr Avg. | 79.4 | 77.8 | 74.7 | 76.1 | 77.0 | 79.4 | 80.4 | 83.2 | 81.0 | 84.1 | 84.6 | 83.4 |

**Seasonal Price Index Forecast**

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012/13 | 85.6 | 84.2 | 81.1 | 81.9 | 82.4 | 82.7 | 84.1 | 85.1 | 84.1 | 86.9 | 88.7 | 88.6 |
| | -2.5 | -1.2 | -1.6 | -0.5 | -0.1 | 2.6 | 2.5 | 6.8 | 4.2 | 4.0 | 1.7 | -0.4 |
| | *Informa Fundamental Forecast Minus Seasonal Price Index Forecast* | | | | | | | | | | | |

5

© by Informa Economics, Inc.

SA36

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rabo_000119781

## White Meat and Wings

The upcoming Labor Day holiday has given white meat prices a jolt with boneless skinless chicken breasts in the Northeast soaring past $1.50/lb this past week while tenders have climbed into the mid-$1.60s. Informa believes both markets should have a little more upside left over the next couple of weeks; the question now is how much downside each has on the backside of the holiday weekend. Boneless skinless chicken breast prices bottomed out just below $1.20/lb last fall while tenders managed to hold up in the mid-$1.20s. Per capita broiler meat supplies in the US are expected to be up 3%-4% from year-ago during the October-December quarter, which at least raises the possibility that both b/s chicken breasts and tenders could slip below those year-ago levels; however, Informa is much more bullish on white meat demand to finish out 2012 and expects b/s chicken breasts to maintain a posture in the low to mid-$1.30s while tenders are expected to hold up in the mid-$1.40s. Boneless skinless chicken breast prices are expected to finish 2012 at an annual average of $1.37/lb, which would represent a 10% increase from last year. Thanks to fairly strong movement into the QSR segment of foodservice and a little help from record high wing prices, which have made them attractive as a "boneless wing" substitute, tenders are projected to finish this year at an annual average of $1.59/lb, which would represent a 20% increase from last year. Both are expected to be even strong in 2013 with average annual price increases projected of between 5% and 15%, although a collapse in meat protein availability over the next 12-18 months means the risk is that price increases could be much higher than that.

### USDA Boneless Skinless Breast Meat, NE

*Weekly Prices*

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-20 | 117.0 | 139.1 | 18.9% |
| Jul-27 | 123.4 | 138.0 | 11.8% |
| Aug-3 | 123.1 | 135.5 | 10.0% |
| Aug-10 | 123.5 | 137.0 | 10.9% |
| Aug-17 | 128.8 | 143.5 | 11.4% |
| Aug-24 | 134.5 | 151.5 | 12.6% |
| Aug-31 | 136.5 | 157.0 | 15.0% |
| Sep-7 | 135.5 | 159.0 | 17.4% |
| Sep-14 | 137.2 | 155.3 | 13.2% |
| Sep-21 | 127.9 | 152.5 | 19.2% |
| Sep-28 | 122.0 | 148.3 | 21.5% |
| Oct-5 | 122.0 | 145.1 | 18.9% |

*Monthly Cash Prices and Informa Fundamental Forecast*

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011/12 | 128.7 | 130.8 | 121.0 | 121.3 | 126.2 | 130.0 | 123.3 | 133.3 | 135.9 | 145.3 | 138.1 | 137.8 |
| 2012/13 | 144.9 | 153.8 | 139.4 | 133.3 | 132.7 | 140.7 | 142.1 | 154.7 | 159.7 | 165.4 | 157.0 | 156.3 |
| 5 Yr Avg. | 143.0 | 138.5 | 121.5 | 116.5 | 118.8 | 124.5 | 129.6 | 137.6 | 141.3 | 148.0 | 140.8 | 140.1 |

*Seasonal Price Index Forecast*

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012/13 | 151.5 | 144.6 | 126.3 | 119.4 | 122.9 | 128.7 | 138.7 | 145.7 | 150.0 | 158.0 | 156.6 | 155.0 |
| | -6.6 | 9.2 | 13.1 | 13.9 | 9.8 | 12.0 | 3.3 | 9.0 | 9.7 | 7.4 | 0.4 | 1.3 |
| | *Informa Fundamental Forecast Minus Seasonal Price Index Forecast* | | | | | | | | | | | |

© by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# USDA Tenders, NE

**Weekly Prices**

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-20 | 114.9 | 149.1 | 29.7% |
| Jul-27 | 118.1 | 152.0 | 28.7% |
| Aug-3 | 124.8 | 152.4 | 22.1% |
| Aug-10 | 126.0 | 154.3 | 22.5% |
| Aug-17 | 131.2 | 159.0 | 21.2% |
| Aug-24 | 134.9 | 166.5 | 23.5% |
| Aug-31 | 139.5 | **167.8** | **20.3%** |
| Sep-7 | 139.8 | **170.9** | **22.2%** |
| Sep-14 | 138.9 | **172.7** | **24.3%** |
| Sep-21 | 133.8 | **168.5** | **25.9%** |
| Sep-28 | 126.2 | **164.3** | **30.1%** |
| Oct-5 | 123.7 | **161.9** | **30.9%** |

### Monthly Cash Prices and Informa Fundamental Forecast

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2011/12** | 130.5 | 135.0 | 124.9 | 132.2 | 145.3 | 156.0 | 146.8 | 160.8 | 173.7 | 184.2 | 153.0 | 148.5 |
| **2012/13** | **160.0** | **169.1** | **156.0** | **147.1** | **147.8** | **157.6** | **156.9** | **173.1** | **188.5** | **190.1** | **167.8** | **163.8** |
| **5 Yr Avg.** | 143.8 | 146.1 | 125.1 | 119.1 | 123.2 | 132.0 | 138.0 | 146.1 | 154.3 | 156.4 | 143.2 | 140.1 |

### Seasonal Price Index Forecast

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2012/13** | **166.5** | **170.7** | **144.9** | **133.7** | **137.8** | **140.6** | **154.7** | **168.4** | **178.1** | **174.4** | **164.6** | **162.6** |
| | **-6.5** | **-1.6** | **11.1** | **13.4** | **10.0** | **17.0** | **2.2** | **4.7** | **10.4** | **15.7** | **3.1** | **1.3** |
| | *Informa Fundamental Forecast Minus Seasonal Price Index Forecast* | | | | | | | | | | | |

# USDA Wings, NE

**Weekly Prices**

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-20 | 95.1 | 184.9 | 94.4% |
| Jul-27 | 95.2 | 184.4 | 93.6% |
| Aug-3 | 94.1 | 185.8 | 97.4% |
| Aug-10 | 94.8 | 185.6 | 95.9% |
| Aug-17 | 96.7 | 185.9 | 92.3% |
| Aug-24 | 98.2 | 186.6 | 90.0% |
| Aug-31 | 101.1 | **186.9** | **85.0%** |
| Sep-7 | 98.9 | **187.1** | **89.1%** |
| Sep-14 | 107.8 | **186.4** | **73.0%** |
| Sep-21 | 113.2 | **187.1** | **65.2%** |
| Sep-28 | 116.0 | **185.2** | **59.6%** |
| Oct-5 | 117.7 | **184.7** | **56.9%** |

### Monthly Cash Prices and Informa Fundamental Forecast

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2011/12** | 96.7 | 108.8 | 119.8 | 128.3 | 150.9 | 183.3 | 182.8 | 180.8 | 179.5 | 176.1 | 180.4 | 184.5 |
| **2012/13** | **186.2** | **186.5** | **181.9** | **175.8** | **179.5** | **177.3** | **169.1** | **157.7** | **154.8** | **148.7** | **152.7** | **158.4** |
| **5 Yr Avg.** | 117.1 | 122.0 | 126.9 | 126.4 | 132.2 | 146.5 | 144.7 | 132.6 | 126.7 | 122.3 | 124.2 | 127.7 |

### Seasonal Price Index Forecast

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2012/13** | **186.6** | **200.5** | **200.0** | **195.4** | **207.2** | **221.1** | **219.6** | **198.9** | **187.1** | **181.0** | **180.5** | **183.7** |
| | **-0.4** | **-14.1** | **-18.1** | **-19.7** | **-27.7** | **-43.8** | **-50.5** | **-41.2** | **-32.2** | **-32.2** | **-27.8** | **-25.3** |
| | *Informa Fundamental Forecast Minus Seasonal Price Index Forecast* | | | | | | | | | | | |

© by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Dark Meat

Leg quarter prices in the Northeast firmed up this past week to an average of more than 51 cents/lb, and there were quotes late in the week pouring in at more than 52 cents/ls, possibly signaling even higher prices the next couple of weeks. It's the highest leg quarter prices have been since late June. Four years ago around this time of year, leg quarters rallied to an all-time high of nearly 57 cents/lb. Informa projects the market will stop just short of that level this year. Back in 2008, a trade dispute with Russia cratered the leg quarter market from a record high to less than 30 cents/lb by year's end. Barring anything like that happening again, Informa expects leg quarters to persist at very high levels this fall.

Even with a projected slowdown in exports next year, production cuts in the industry coupled with population growth will be enough to lower per capita availability of broiler meat to its lowest level in 12 years. Factor in cutbacks in domestic beef and pork production, and Informa believes broiler dark meat prices will set new record highs in 2013. Leg quarters are expected to approach 60 cents/lb next summer and average close to 55 cents/lb overall next year. Boneless skinless thigh meat could hit $1.50/lb next spring or summer and is projected to average $1.39/lb overall in 2013.

### USDA Leg Quarters, NE

***Weekly Prices***

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-20 | 44.2 | 48.7 | 10.2% |
| Jul-27 | 44.8 | 48.9 | 9.2% |
| Aug-3 | 45.5 | 48.6 | 7.0% |
| Aug-10 | 47.8 | 49.0 | 2.6% |
| Aug-17 | 51.3 | 49.2 | -4.1% |
| Aug-24 | 53.2 | 51.2 | -3.8% |
| Aug-31 | 53.0 | **55.3** | **4.3%** |
| Sep-7 | 53.2 | **55.1** | **3.7%** |
| Sep-14 | 52.8 | **54.2** | **2.7%** |
| Sep-21 | 53.0 | **53.2** | **0.5%** |
| Sep-28 | 53.5 | **51.7** | **-3.4%** |
| Oct-5 | 53.0 | **51.4** | **-3.1%** |

***Monthly Cash Prices and Informa Fundamental Forecast***

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2011/12** | 49.8 | 53.1 | 52.3 | 51.9 | 52.3 | 52.9 | 52.6 | 53.2 | 53.2 | 53.1 | 52.0 | 48.8 |
| **2012/13** | **50.7** | **53.6** | **50.1** | **49.3** | **49.1** | **50.3** | **50.7** | **52.7** | **54.8** | **57.4** | **56.9** | **53.1** |
| **5 Yr Avg.** | 47.2 | 47.1 | 44.4 | 39.5 | 39.1 | 40.4 | 41.1 | 42.3 | 44.2 | 47.2 | 47.7 | 45.7 |

***Seasonal Price Index Forecast***

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2012/13** | **51.2** | **50.6** | **47.8** | **42.6** | **42.2** | **39.9** | **42.1** | **41.4** | **43.0** | **47.3** | **50.0** | **50.2** |
| | **-0.5** | **3.0** | **2.2** | **6.7** | **6.9** | **10.4** | **8.6** | **11.3** | **11.8** | **10.1** | **6.9** | **2.8** |
| | *Informa Fundamental Forecast Minus Seasonal Price Index Forecast* | | | | | | | | | | | |

© by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

PW12-33
24-Aug-12

## USDA Drums, NE

26-Week History
5-year Average
Year Ago
Monthly Forecast
Weekly Forecast
85
80
75
70
65
60
55
50
3/2/12
4/2/12
5/2/12
6/2/12
7/2/12
8/2/12
9/2/12
10/2/12
11/2/12
12/2/12
1/2/13
2/2/13

*Weekly Prices*

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-20 | 63.8 | 74.7 | 17.0% |
| Jul-27 | 67.2 | 74.0 | 10.1% |
| Aug-3 | 66.4 | 71.9 | 8.2% |
| Aug-10 | 65.6 | 73.7 | 12.4% |
| Aug-17 | 69.1 | 72.7 | 5.3% |
| Aug-24 | 71.7 | 74.4 | 3.9% |
| Aug-31 | 70.9 | **74.0** | **4.4%** |
| Sep-7 | 71.1 | **72.5** | **1.9%** |
| Sep-14 | 71.1 | **71.7** | **0.9%** |
| Sep-21 | 72.0 | **72.0** | **0.1%** |
| Sep-28 | 71.3 | **71.0** | **-0.5%** |
| Oct-5 | 71.8 | **70.3** | **-2.1%** |

### *Monthly Cash Prices and Informa Fundamental Forecast*

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2011/12** | 68.6 | 71.4 | 71.3 | 68.2 | 69.7 | 70.7 | 68.3 | 72.4 | 69.5 | 73.6 | 73.9 | 72.3 |
| **2012/13** | **73.3** | **71.8** | **70.5** | **68.5** | **69.4** | **73.2** | **72.8** | **75.8** | **76.0** | **80.7** | **81.4** | **79.3** |
| **5 Yr Avg.** | 65.4 | 65.5 | 64.1 | 58.6 | 57.1 | 59.7 | 60.2 | 61.7 | 62.2 | 66.1 | 67.2 | 66.1 |

### *Seasonal Price Index Forecast*

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2012/13** | **74.4** | **73.9** | **70.1** | **64.2** | **63.1** | **61.8** | **64.5** | **63.3** | **64.2** | **70.0** | **74.6** | **75.8** |
| | **-1.1** | **-2.1** | **0.3** | **4.2** | **6.3** | **11.4** | **8.4** | **12.5** | **11.8** | **10.7** | **6.7** | **3.5** |
| | *Informa Fundamental Forecast Minus Seasonal Price Index Forecast* | | | | | | | | | | | |

---

## USDA Boneless Skinless Thigh Meat, NE

26-Week History
5-year Average
Year Ago
Monthly Forecast
Weekly Forecast
145
140
135
130
125
120
115
110
105
3/2/12
4/2/12
5/2/12
6/2/12
7/2/12
8/2/12
9/2/12
10/2/12
11/2/12
12/2/12
1/2/13
2/2/13

*Weekly Prices*

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-20 | 120.1 | 128.8 | 7.2% |
| Jul-27 | 120.0 | 129.3 | 7.7% |
| Aug-3 | 122.7 | 128.9 | 5.0% |
| Aug-10 | 126.1 | 127.7 | 1.3% |
| Aug-17 | 130.0 | 127.9 | -1.6% |
| Aug-24 | 131.5 | 127.1 | -3.3% |
| Aug-31 | 132.5 | **131.7** | **-0.6%** |
| Sep-7 | 131.4 | **132.7** | **1.0%** |
| Sep-14 | 133.9 | **132.1** | **-1.3%** |
| Sep-21 | 135.1 | **132.4** | **-2.0%** |
| Sep-28 | 132.8 | **131.4** | **-1.0%** |
| Oct-5 | 135.5 | **131.2** | **-3.2%** |

### *Monthly Cash Prices and Informa Fundamental Forecast*

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2011/12** | 128.1 | 133.2 | 134.7 | 128.0 | 125.1 | 125.4 | 124.7 | 132.5 | 135.8 | 138.3 | 130.8 | 128.8 |
| **2012/13** | **128.7** | **132.2** | **129.1** | **123.4** | **123.7** | **129.3** | **128.9** | **137.4** | **143.7** | **147.0** | **143.9** | **139.0** |
| **5 Yr Avg.** | 115.9 | 117.3 | 114.9 | 109.0 | 107.7 | 110.7 | 111.1 | 116.1 | 120.5 | 123.5 | 122.2 | 119.0 |

### *Seasonal Price Index Forecast*

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2012/13** | **127.1** | **130.8** | **128.8** | **121.8** | **121.3** | **121.0** | **126.1** | **127.0** | **128.2** | **131.9** | **133.3** | **129.0** |
| | **1.5** | **1.3** | **0.3** | **1.5** | **2.4** | **8.3** | **2.8** | **10.4** | **15.6** | **15.1** | **10.6** | **10.0** |
| | *Informa Fundamental Forecast Minus Seasonal Price Index Forecast* | | | | | | | | | | | |

9

© by Informa Economics, Inc.

SA40

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rabo_0000119785

- ***Turkey egg sets were down 4.9% from year-ago during the week ending August 18th, the largest year-over-year decline in egg sets since February. Over the past six weeks, however, turkey egg sets are still running 1.7% ahead of last year's pace.***

- ***Whole turkey stocks were reported at 304 million pounds at the end of July, up from 287 million pounds last year and the 5-year (07-11) average of 297 million pounds.***

- ***Frozen 12-14# hens and 16-18# toms in the East and Midwest are currently sitting at $1.12/lb, but the heavier 20-22# toms have pushed ahead and now sit at $1.15/lb, the result of increasing numbers of larger-weight birds now going into de-boning and further processing.***

## Turkey Overview and Comments

According to USDA's latest *Cold Storage* report, whole bird inventories totaled 304 million pounds at the end of July, which was up from 287 million pounds last year and the 5-year (07-11) average of 297 million pounds. Stocks have climbed steadily since bottoming out at 50 million pounds at the end of November last year, which is fairly standard. Inventories should continue to build through August and possibly September before drawing down sharply during the fall holiday season. Informa expected whole bird stocks to be closer to 320 million pounds at the end of July, but product movement has been stronger-than-expected while production has been lighter-than-expected as a result of the blistering summer heat causing higher mortality rates on US turkey farms. Informa still believes enough production is coming back online over the next several weeks to cause an early break in frozen turkey prices. Currently in the low to mid-$1.10s, frozen whole birds could back off at least a nickel between early October and the end of November. Whole bird stocks are projected to bottom out at 72 million pounds at the end of November this year, which would be the largest end-of-month total for that particular month since 2009.

This copyrighted material is intended for the use of clients of Informa Economics, Inc., only and may not be reproduced or electronically transmitted to other companies or individuals, whole or in part, without the prior written permission of Informa Economics, Inc. The information contained herein is believed to be reliable and the views expressed within this document reflect judgments at this time and are subject to change without notice. Informa Economics, Inc., does not guarantee that the information contained herein is accurate or complete and it should not be relied upon as such.

© by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Turkey Production and Supplies

There's been a sharp drop-off in turkey hatchery production the past couple of weeks. This could be an early signal that producers are incredibly skittish over the present feed cost situation and want to slow things down a bit by the end of the year. Then again, it's not unusual for there to be some "noise" in the weekly data, and the abrupt decline could prove to be an anomaly. There were fewer than 6.3 million turkey eggs placed in incubators during the week ending August 18th, which was down 4.9% from the same week last year. It represented the largest year-over-year decline in egg sets since the first week of February this year, which is another week that appears to be misplaced judging by the pace in surrounding weeks. Over the past six weeks, turkey egg sets are now up a much more modest 1.7% from the same time period last year. On a year-to-date basis, turkey egg sets are up 2.6% from last year. Poult placements totaled 5.4 million for the week, down 0.6% from last year, and placements are up only 1.5% from year-ago over the past six weeks. The heat has abated somewhat, but elevated mortality rates from June and July are still having an effect on slaughter, which is down 0.9% from last year over the past six weeks. Bird weights are up 1.2% from year-ago over the past six weeks to help offset the lost tonnage, but that translates into a meager 0.3% increase in ready-to-cook turkey production over the past six weeks. Informa projects RTC turkey production in the US from September through December to be 2.02 billion pounds, which would represent a 3.2% increase from the same time period last year.

## UB Weekly and USDA Monthly Poult Placements

**Poult Placements, Million Head**

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-14 | 5.96 | 6.15 | 3.1% |
| Jul-21 | 5.64 | 5.82 | 3.1% |
| Jul-28 | 5.71 | 5.74 | 0.5% |
| Aug-4 | 5.56 | 5.72 | 2.9% |
| Aug-11 | 5.52 | 5.51 | -0.3% |
| Aug-18 | 5.45 | 5.42 | -0.6% |
| Aug-25 | 5.16 | **5.41** | **4.9%** |
| Sep-1 | 5.07 | **5.36** | **5.8%** |
| Sep-8 | 4.62 | **4.65** | **0.7%** |
| Sep-15 | 5.34 | **5.06** | **-5.3%** |
| Sep-22 | 5.19 | **5.20** | **0.2%** |
| Sep-29 | 4.89 | **5.07** | **3.8%** |

**USDA Monthly Poults Placed, Million Head**

| | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2011/12** | 24.9 | 23.9 | 22.3 | 21.4 | 22.1 | 23.9 | 23.6 | 22.9 | 25.1 | 24.7 | 25.1 | 24.9 |
| **2012/13** | **25.2** | **23.4** | **21.6** | **21.6** | **21.6** | **22.5** | **23.8** | **22.7** | **24.5** | **24.6** | **24.7** | **24.6** |
| **5 Yr Avg.** | 25.9 | 24.1 | 22.3 | 22.3 | 22.2 | 23.2 | 23.7 | 22.6 | 24.4 | 24.5 | 24.6 | 24.5 |

© by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Average Live Weights

### Live Weights, Pounds

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-14 | 28.93 | 29.01 | 0.3% |
| Jul-21 | 28.71 | 30.16 | 5.1% |
| Jul-28 | 29.54 | 29.71 | 0.6% |
| Aug-4 | 28.84 | 28.80 | -0.1% |
| Aug-11 | 28.59 | 29.10 | 1.8% |
| Aug-18 | 29.23 | 29.12 | -0.4% |
| Aug-25 | 28.02 | **28.56** | **1.9%** |
| Sep-1 | 28.56 | **29.13** | **2.0%** |
| Sep-8 | 28.62 | **29.11** | **1.7%** |
| Sep-15 | 29.15 | **29.66** | **1.7%** |
| Sep-22 | 29.75 | **30.29** | **1.8%** |
| Sep-29 | 29.19 | **29.72** | **1.8%** |

### Monthly Average Live Weights, Pounds

| | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2011/12** | 29.07 | 28.51 | 29.08 | 28.32 | 28.02 | 30.26 | 30.94 | 30.79 | 30.60 | 30.18 | 29.84 | 30.03 |
| **2012/13** | **29.64** | **29.13** | **29.65** | **29.44** | **28.94** | **30.84** | **31.72** | **31.24** | **30.81** | **30.76** | **30.56** | **30.14** |
| **5 Yr Avg.** | 28.53 | 28.03 | 28.54 | 28.34 | 27.85 | 29.70 | 30.63 | 30.17 | 29.75 | 29.70 | 29.51 | 29.11 |

# RTC Turkey Production

### Production, Million Pounds

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-14 | 107.7 | 98.7 | -8.4% |
| Jul-21 | 104.3 | 114.2 | 9.5% |
| Jul-28 | 102.6 | 104.9 | 2.2% |
| Aug-4 | 103.5 | 107.5 | 3.9% |
| Aug-11 | 108.3 | 106.6 | -1.6% |
| Aug-18 | 107.7 | 104.2 | -3.2% |
| Aug-25 | 99.8 | **103.2** | **3.3%** |
| Sep-1 | 100.9 | **104.8** | **3.9%** |
| Sep-8 | 89.6 | **94.0** | **5.0%** |
| Sep-15 | 109.8 | **115.6** | **5.2%** |
| Sep-22 | 104.0 | **109.4** | **5.2%** |
| Sep-29 | 109.0 | **114.4** | **5.0%** |

### Monthly RTC Young Turkey Production, Million Pounds

| | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2011/12** | 446 | 499 | 471 | 522 | 509 | 457 | 475 | 465 | 500 | 475 | 517 | 504 |
| **2012/13** | **498** | **515** | **446** | **612** | **517** | **445** | **500** | **434** | **470** | **506** | **496** | **500** |
| **5 Yr Avg.** | 487 | 492 | 473 | 542 | 507 | 463 | 473 | 453 | 488 | 474 | 483 | 503 |

© by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Whole Turkeys

Frozen 12-14# hens and 16-18# toms in the East and Midwest are holding steady at around $1.12/lb, but the heavier 20-22# toms have pushed forward and now carry a fairy solid premium to the lighter birds at around $1.15/lb. This is primarily a function of increasing numbers of larger-weight birds being diverted away from whole bird product lines and into the de-boning and further processing channel for parts and pieces. As much value as the cutout coughed up earlier this year, there was a growing incentive for producers to shift some of their focus back to the whole bird side, but with turkey breast and thigh meat prices rallying of late, the incentive isn't quite as strong anymore.

Fresh whole turkey prices improved slightly in early August but have been stuck at $1.22/lb the past couple of weeks. Informa expects both frozen and fresh whole bird prices to keep firming up over the next few weeks but stop well short of last year's record high prices. With production expected to be up from year-ago and inventories on the heavier end, spot prices for whole birds should break lower a little earlier than usual. Whole turkeys in cold storage totaled 304 million pounds at the end of July. That compares to 287 million pounds last year and the 5-year (07-11) average of 297 million pounds. Informa was expecting whole bird stocks to be closer to 320 million pounds at the end of July, but with better-than-expected product movement and smaller-than-expected production due to the extreme heat, additional inventory gains simply didn't materialize.

### UB 12-14# Frozen Hens, East

*Weekly Prices*

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-20 | 105.2 | 110.0 | 4.6% |
| Jul-27 | 106.0 | 110.6 | 4.3% |
| Aug-3 | 106.8 | 111.0 | 3.9% |
| Aug-10 | 107.0 | 111.6 | 4.3% |
| Aug-17 | 107.6 | 112.0 | 4.1% |
| Aug-24 | 108.8 | 112.0 | 2.9% |
| Aug-31 | 109.0 | **113.0** | **3.7%** |
| Sep-7 | 109.5 | **113.0** | **3.2%** |
| Sep-14 | 110.6 | **114.0** | **3.1%** |
| Sep-21 | 111.4 | **114.0** | **2.3%** |
| Sep-28 | 112.8 | **114.0** | **1.1%** |
| Oct-5 | 114.0 | **114.0** | **0.0%** |

*Monthly Cash Prices and Informa Fundamental Forecast*

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2011/12** | 107.7 | 111.0 | 115.6 | 118.6 | 110.5 | 103.8 | 104.0 | 107.6 | 109.9 | 110.0 | 110.0 | 110.2 |
| **2012/13** | **111.9** | **113.8** | **111.6** | **107.0** | **101.0** | **95.7** | **94.1** | **94.1** | **96.3** | **98.2** | **100.5** | **101.6** |
| **5 Yr Avg.** | 94.6 | 97.4 | 99.5 | 100.0 | 91.5 | 84.1 | 85.5 | 88.3 | 90.7 | 93.0 | 95.6 | 97.0 |

*Seasonal Price Index Forecast*

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2012/13** | **112.0** | **116.2** | **120.6** | **123.1** | **112.7** | **96.4** | **96.6** | **98.2** | **100.7** | **103.5** | **107.0** | **109.4** |
| | **-0.1** | **-2.4** | **-9.0** | **-16.1** | **-11.7** | **-0.7** | **-2.5** | **-4.0** | **-4.3** | **-5.3** | **-6.5** | **-7.7** |
| | *Informa Fundamental Forecast Minus Seasonal Price Index Forecast* | | | | | | | | | | | |

© by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

PW12-33
24-Aug-12

# UB 16-22# Frozen Toms, East

26-Week History
5-year Average
Year Ago
Monthly Forecast
Weekly Forecast
125
120
115
110
105
100
95
90
85
80
75
3/2/12
4/2/12
5/2/12
6/2/12
7/2/12
8/2/12
9/2/12
10/2/12
11/2/12
12/2/12
1/2/13
2/2/13

### Weekly Prices

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-20 | 106.2 | 111.0 | 4.5% |
| Jul-27 | 107.0 | 111.4 | 4.1% |
| Aug-3 | 107.8 | 112.0 | 3.9% |
| Aug-10 | 108.0 | 112.6 | 4.3% |
| Aug-17 | 108.6 | 113.0 | 4.1% |
| Aug-24 | 109.8 | 113.5 | 3.4% |
| Aug-31 | 110.0 | 115.0 | 4.5% |
| Sep-7 | 110.5 | 115.0 | 4.1% |
| Sep-14 | 111.6 | 116.0 | 3.9% |
| Sep-21 | 112.4 | 116.0 | 3.2% |
| Sep-28 | 113.8 | 116.0 | 1.9% |
| Oct-5 | 115.0 | 116.0 | 0.9% |

### Monthly Cash Prices and Informa Fundamental Forecast

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011/12 | 108.7 | 112.0 | 115.9 | 118.6 | 110.5 | 103.8 | 104.0 | 107.7 | 109.9 | 110.6 | 111.0 | 111.2 |
| 2012/13 | 113.2 | 115.8 | 113.6 | 109.0 | 100.9 | 95.6 | 94.0 | 94.1 | 96.3 | 98.4 | 101.1 | 102.2 |
| 5 Yr Avg. | 94.6 | 97.0 | 99.4 | 99.9 | 91.4 | 84.1 | 85.5 | 88.3 | 90.7 | 93.1 | 96.0 | 97.4 |

### Seasonal Price Index Forecast

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012/13 | 113.5 | 116.9 | 121.3 | 123.6 | 112.1 | 96.7 | 97.3 | 98.9 | 101.7 | 104.9 | 108.8 | 111.1 |
| | -0.3 | -1.2 | -7.7 | -14.6 | -11.3 | -1.0 | -3.3 | -4.8 | -5.4 | -6.5 | -7.7 | -8.9 |
| | *Informa Fundamental Forecast Minus Seasonal Price Index Forecast* | | | | | | | | | | | |

# UB 16-24# Fresh Toms, East

26-Week History
5-year Average
Year Ago
Monthly Forecast
Weekly Forecast
140
135
130
125
120
115
110
105
100
95
90
3/2/12
4/2/12
5/2/12
6/2/12
7/2/12
8/2/12
9/2/12
10/2/12
11/2/12
12/2/12
1/2/13
2/2/13

### Weekly Prices

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-20 | 111.0 | 118.0 | 6.3% |
| Jul-27 | 113.0 | 118.4 | 4.8% |
| Aug-3 | 115.2 | 119.4 | 3.6% |
| Aug-10 | 117.0 | 121.2 | 3.6% |
| Aug-17 | 118.6 | 122.0 | 2.9% |
| Aug-24 | 119.0 | 122.0 | 2.5% |
| Aug-31 | 121.4 | 124.0 | 2.1% |
| Sep-7 | 123.5 | 124.0 | 0.4% |
| Sep-14 | 124.0 | 126.0 | 1.6% |
| Sep-21 | 124.4 | 126.0 | 1.3% |
| Sep-28 | 125.0 | 126.0 | 0.8% |
| Oct-5 | 125.8 | 126.0 | 0.2% |

### Monthly Cash Prices and Informa Fundamental Forecast

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011/12 | 117.8 | 124.1 | 128.1 | 135.9 | 132.8 | 113.8 | 108.2 | 113.0 | 118.0 | 118.0 | 118.0 | 118.2 |
| 2012/13 | 121.7 | 125.5 | 123.6 | 120.0 | 117.6 | 111.4 | 105.3 | 104.2 | 107.7 | 108.2 | 109.5 | 110.6 |
| 5 Yr Avg. | 103.6 | 108.2 | 111.4 | 115.5 | 113.1 | 101.1 | 96.7 | 97.0 | 99.9 | 100.9 | 102.7 | 104.4 |

### Seasonal Price Index Forecast

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012/13 | 122.0 | 126.9 | 131.8 | 139.3 | 137.2 | 115.3 | 110.2 | 108.8 | 111.4 | 113.2 | 115.9 | 118.3 |
| | -0.3 | -1.4 | -8.2 | -19.3 | -19.6 | -3.9 | -5.0 | -4.7 | -3.7 | -5.0 | -6.4 | -7.7 |
| | *Informa Fundamental Forecast Minus Seasonal Price Index Forecast* | | | | | | | | | | | |

14
SA45

© by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rabo_0000119790

## White Meat and Wings

Fresh tom boneless skinless breast meat prices remain on a tear and jumped another dime this past week to $2.17/lb. The frozen market remains well behind and improved only 3 cents this past week and now sits at $1.83/lb. Based on past seasonal trends, turkey breast prices should have a little more upside but should start leveling off soon. Informa has raised expectations slightly for fresh tom b/s breast meat this fall and expects spot prices to peak closer to $2.30/lb. The market should be headed lower again by late November or early December and is expected to slip back below $2.00/lb by early next year.

The wing complex was relatively stable this past week with frozen wing meat prices down just a penny to 84 cents/lb while frozen whole wings remained at 46 cents/lb. Informa believes wings are a fairly good buy at current levels, and it's possible that this is the cheapest that wings or wing meat prices will get until at least the end of next year. Wing meat prices are expected to improve from current levels and maintain a floor of at least 90 cents/lb in 2013. The same is true for whole wings, which are expected to hold above 50 cents/lb next year.

## UB Fresh Tom Breast Meat

*Weekly Prices*

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-20 | 250.0 | 181.2 | -27.5% |
| Jul-27 | 250.0 | 182.6 | -27.0% |
| Aug-3 | 250.0 | 188.6 | -24.6% |
| Aug-10 | 250.4 | 194.8 | -22.2% |
| Aug-17 | 256.0 | 204.0 | -20.3% |
| Aug-24 | 262.4 | 215.0 | -18.1% |
| Aug-31 | 265.0 | 220.0 | -17.0% |
| Sep-7 | 266.5 | 225.0 | -15.6% |
| Sep-14 | 267.0 | 225.0 | -15.7% |
| Sep-21 | 267.0 | 230.0 | -13.9% |
| Sep-28 | 267.0 | 230.0 | -13.9% |
| Oct-5 | 267.0 | 230.0 | -13.9% |

*Monthly Cash Prices and Informa Fundamental Forecast*

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011/12 | 256.0 | 266.7 | 267.2 | 269.0 | 258.3 | 230.2 | 209.2 | 208.0 | 199.9 | 191.8 | 184.3 | 181.5 |
| 2012/13 | 204.5 | 227.5 | 230.0 | 226.3 | 213.3 | 186.8 | 172.6 | 174.5 | 178.6 | 180.6 | 184.1 | 185.5 |
| 5 Yr Avg. | 221.5 | 230.0 | 227.9 | 217.3 | 205.0 | 188.3 | 177.7 | 179.6 | 184.8 | 189.4 | 195.6 | 197.8 |

*Seasonal Price Index Forecast*

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012/13 | 215.0 | 237.2 | 227.3 | 213.1 | 201.3 | 168.6 | 160.7 | 168.2 | 176.1 | 182.0 | 191.1 | 200.1 |
| | -10.5 | -9.7 | 2.7 | 13.1 | 12.0 | 18.2 | 11.8 | 6.3 | 2.4 | -1.4 | -7.0 | -14.7 |

*Informa Fundamental Forecast Minus Seasonal Price Index Forecast*

© by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rabo_0000119791

# UB Fresh Tenderloins, Destrapped

**Weekly Prices**

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-20 | 223.0 | 183.0 | -17.9% |
| Jul-27 | 221.2 | 183.0 | -17.3% |
| Aug-3 | 224.4 | 183.8 | -18.1% |
| Aug-10 | 225.4 | 185.0 | -17.9% |
| Aug-17 | 229.8 | 187.0 | -18.6% |
| Aug-24 | 236.8 | 189.4 | -20.0% |
| Aug-31 | 240.0 | 192.0 | -20.0% |
| Sep-7 | 240.0 | 192.0 | -20.0% |
| Sep-14 | 240.0 | 194.0 | -19.2% |
| Sep-21 | 240.0 | 194.0 | -19.2% |
| Sep-28 | 240.0 | 196.0 | -18.3% |
| Oct-5 | 240.0 | 196.0 | -18.3% |

### Monthly Cash Prices and Informa Fundamental Forecast

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011/12 | 230.5 | 240.0 | 240.0 | 240.0 | 234.3 | 206.3 | 188.1 | 188.0 | 188.0 | 187.7 | 184.7 | 183.0 |
| 2012/13 | 187.4 | 194.0 | 194.8 | 188.5 | 185.1 | 174.6 | 162.8 | 162.7 | 165.8 | 169.2 | 172.7 | 174.6 |
| 5 Yr Avg. | 202.0 | 205.4 | 205.8 | 194.6 | 187.6 | 178.3 | 172.0 | 172.8 | 176.0 | 180.5 | 186.0 | 189.1 |

### Seasonal Price Index Forecast

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012/13 | 189.4 | 202.4 | 195.4 | 184.6 | 176.9 | 157.2 | 156.7 | 162.8 | 167.5 | 171.6 | 176.8 | 181.4 |
| | -2.0 | -8.4 | -0.6 | 3.9 | 8.2 | 17.4 | 6.1 | -0.1 | -1.7 | -2.3 | -4.1 | -6.8 |

*Informa Fundamental Forecast Minus Seasonal Price Index Forecast*

# UB Frozen Whole Wings

**Weekly Prices**

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-20 | 81.2 | 46.0 | -43.3% |
| Jul-27 | 81.0 | 46.0 | -43.2% |
| Aug-3 | 81.0 | 46.0 | -43.2% |
| Aug-10 | 81.0 | 46.0 | -43.2% |
| Aug-17 | 81.0 | 46.0 | -43.2% |
| Aug-24 | 81.0 | 46.0 | -43.2% |
| Aug-31 | 81.0 | 46.0 | -43.2% |
| Sep-7 | 81.0 | 46.0 | -43.2% |
| Sep-14 | 81.0 | 49.0 | -39.5% |
| Sep-21 | 81.4 | 49.0 | -39.8% |
| Sep-28 | 86.6 | 49.0 | -43.4% |
| Oct-5 | 91.0 | 52.0 | -42.9% |

26-Week History
5-year Average
Year Ago
Monthly Forecast
Weekly Forecast

### Monthly Cash Prices and Informa Fundamental Forecast

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011/12 | 81.0 | 82.4 | 92.2 | 94.0 | 87.4 | 76.1 | 70.2 | 61.7 | 60.7 | 56.2 | 48.3 | 46.0 |
| 2012/13 | 46.0 | 48.3 | 53.2 | 57.3 | 58.1 | 60.7 | 57.1 | 54.8 | 55.9 | 55.3 | 52.8 | 50.1 |
| 5 Yr Avg. | 60.9 | 65.0 | 70.0 | 72.0 | 70.0 | 64.2 | 62.0 | 61.6 | 62.9 | 64.9 | 64.8 | 59.8 |

### Seasonal Price Index Forecast

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012/13 | 46.0 | 50.9 | 54.1 | 54.8 | 52.1 | 43.2 | 41.6 | 42.1 | 42.4 | 43.7 | 45.1 | 43.6 |
| | 0.0 | -2.6 | -0.9 | 2.4 | 6.1 | 17.5 | 15.6 | 12.7 | 13.5 | 11.6 | 7.7 | 6.5 |

*Informa Fundamental Forecast Minus Seasonal Price Index Forecast*

© by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Dark Meat and MDT

Buyers haven't been able to satiate their appetite for turkey thigh meat and continue to bid the market higher. Spot prices for both frozen and fresh product improved another 4 cents this past week and now sit at $1.09/lb. Informa expected this market to rally heading into the late summer and early fall time period, but it's safe to say that prices have also bounced back much quicker than expected. As recently as June, export business was strong, and turkey thighs make up a significant portion of product going into that channel. There's still plenty of buzz in domestic channels as well over increased use of thigh meat as a raw material for ground turkey products. Larger supplies this fall should keep prices from getting anywhere near last year's high of $1.47/lb, but it wouldn't be a surprise to see the market back in the $1.20/lb area later this year.

Despite the run up in turkey thigh meat prices, drum prices remain stuck in neutral. Frozen and fresh tom drums are still sitting at 58 and 54 cents/lb, respectively. Frozen hen drums were also steady at 54 cents/lb this past week, and it wasn't that long ago that hen drums were actually under a bit of pressure. Informa is still mildly bullish on drum prices over the next few months as the highest prices of the year are typically in the fall, specifically in November.

## UB Fresh Thigh Meat

*Weekly Prices*

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-20 | 135.0 | 89.2 | -33.9% |
| Jul-27 | 135.0 | 92.0 | -31.9% |
| Aug-3 | 135.0 | 96.2 | -28.7% |
| Aug-10 | 135.0 | 97.4 | -27.9% |
| Aug-17 | 135.0 | 103.4 | -23.4% |
| Aug-24 | 135.0 | 107.8 | -20.1% |
| Aug-31 | 135.0 | 111.0 | -17.8% |
| Sep-7 | 135.0 | 111.0 | -17.8% |
| Sep-14 | 135.0 | 113.0 | -16.3% |
| Sep-21 | 135.0 | 113.0 | -16.3% |
| Sep-28 | 135.4 | 115.0 | -15.1% |
| Oct-5 | 136.0 | 115.0 | -15.4% |

*Monthly Cash Prices and Informa Fundamental Forecast*

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011/12 | 135.0 | 135.1 | 139.6 | 147.0 | 147.0 | 147.0 | 146.9 | 143.7 | 131.2 | 107.2 | 89.8 | 88.1 |
| 2012/13 | 103.2 | 113.0 | 116.6 | 117.0 | 118.0 | 117.2 | 117.2 | 116.1 | 111.4 | 101.7 | 94.2 | 93.0 |
| 5 Yr Avg. | 106.6 | 109.6 | 113.8 | 117.1 | 118.4 | 119.5 | 119.4 | 118.6 | 116.2 | 110.9 | 106.1 | 105.1 |

*Seasonal Price Index Forecast*

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012/13 | 107.8 | 115.4 | 120.5 | 122.5 | 123.0 | 113.4 | 112.6 | 110.7 | 109.7 | 108.3 | 105.7 | 105.4 |
| | -4.6 | -2.4 | -3.9 | -5.5 | -4.9 | 3.8 | 4.6 | 5.3 | 1.7 | -6.6 | -11.5 | -12.4 |
| | *Informa Fundamental Forecast Minus Seasonal Price Index Forecast* | | | | | | | | | | | |

© by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## UB Tom Drums, East

**Weekly Prices**

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-20 | 81.6 | 58.0 | -28.9% |
| Jul-27 | 83.0 | 58.0 | -30.1% |
| Aug-3 | 84.6 | 58.0 | -31.4% |
| Aug-10 | 85.4 | 58.0 | -32.1% |
| Aug-17 | 87.2 | 58.0 | -33.5% |
| Aug-24 | 88.0 | 58.0 | -34.1% |
| Aug-31 | 88.0 | 58.0 | -34.1% |
| Sep-7 | 88.0 | 58.0 | -34.1% |
| Sep-14 | 88.0 | 58.0 | -34.1% |
| Sep-21 | 88.4 | 58.0 | -34.4% |
| Sep-28 | 90.0 | 58.0 | -35.6% |
| Oct-5 | 92.2 | 58.0 | -37.1% |

**Monthly Cash Prices and Informa Fundamental Forecast**

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011/12 | 86.5 | 88.6 | 94.2 | 96.7 | 79.8 | 77.0 | 75.0 | 73.5 | 73.0 | 72.9 | 63.6 | 58.0 |
| 2012/13 | 58.0 | 58.0 | 61.6 | 64.0 | 63.0 | 62.6 | 63.2 | 63.8 | 64.7 | 65.0 | 61.5 | 58.2 |
| 5 Yr Avg. | 65.1 | 66.6 | 68.0 | 68.7 | 65.6 | 65.3 | 66.2 | 66.6 | 67.9 | 68.6 | 66.8 | 63.8 |

**Seasonal Price Index Forecast**

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012/13 | 58.0 | 62.0 | 63.4 | 63.0 | 60.6 | 54.9 | 58.1 | 58.9 | 57.0 | 57.5 | 58.6 | 57.5 |
| | 0.0 | -4.0 | -1.8 | 1.0 | 2.5 | 7.7 | 5.0 | 4.9 | 7.7 | 7.6 | 2.9 | 0.7 |
| | *Informa Fundamental Forecast Minus Seasonal Price Index Forecast* | | | | | | | | | | | |

## UB Fresh MDT, <20% Fat, Some Skin

**Weekly Prices**

| | 2011 | 2012 | % chg |
|---|---|---|---|
| Jul-20 | 31.0 | 40.0 | 29.0% |
| Jul-27 | 31.0 | 39.6 | 27.7% |
| Aug-3 | 32.6 | 38.0 | 16.6% |
| Aug-10 | 34.6 | 38.0 | 9.8% |
| Aug-17 | 36.6 | 38.0 | 3.8% |
| Aug-24 | 37.0 | 38.0 | 2.7% |
| Aug-31 | 37.0 | 37.0 | 0.0% |
| Sep-7 | 37.0 | 37.0 | 0.0% |
| Sep-14 | 37.0 | 37.0 | 0.0% |
| Sep-21 | 37.0 | 37.0 | 0.0% |
| Sep-28 | 35.6 | 37.0 | 3.9% |
| Oct-5 | 33.2 | 34.0 | 2.4% |

**Monthly Cash Prices and Informa Fundamental Forecast**

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011/12 | 35.4 | 36.7 | 33.0 | 33.0 | 33.0 | 33.0 | 33.0 | 33.0 | 33.0 | 36.5 | 39.2 | 39.7 |
| 2012/13 | 37.8 | 37.0 | 34.0 | 31.0 | 29.9 | 27.1 | 28.3 | 32.3 | 34.7 | 39.4 | 40.5 | 35.8 |
| 5 Yr Avg. | 27.6 | 27.7 | 26.3 | 24.7 | 23.8 | 23.7 | 25.1 | 29.4 | 32.9 | 39.1 | 39.0 | 32.0 |

**Seasonal Price Index Forecast**

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012/13 | 38.0 | 38.6 | 37.7 | 34.3 | 32.9 | 31.2 | 34.2 | 40.1 | 44.5 | 54.1 | 51.3 | 40.1 |
| | -0.2 | -1.6 | -3.7 | -3.3 | -3.0 | -4.1 | -5.9 | -7.9 | -9.8 | -14.7 | -10.9 | -4.3 |
| | *Informa Fundamental Forecast Minus Seasonal Price Index Forecast* | | | | | | | | | | | |

© by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Rabo_0000119794

| | Aug-12 | Sep-12 | Oct-12 | Nov-12 | Dec-12 | Jan-13 | Feb-13 | Mar-13 | Apr-13 | May-13 | Jun-13 | Jul-13 | 2012 Annual | 2013 Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***Broilers*** | | | | | | | | | | | | | | |
| Chicks Hatched | 758 | 727 | 723 | 696 | 756 | 740 | 657 | 752 | 724 | 749 | 733 | 736 | 8,927 | 8,654 |
| Average Live Weights | 5.73 | 5.83 | 5.89 | 5.88 | 5.84 | 5.80 | 5.76 | 5.77 | 5.79 | 5.82 | 5.78 | 5.74 | 5.83 | 5.81 |
| RTC Broiler Production | 3,148 | 2,792 | 3,495 | 2,906 | 2,825 | 3,129 | 2,638 | 2,820 | 3,039 | 3,014 | 2,867 | 3,156 | 36,869 | 35,528 |
| Monday Georgia Dock Weighted Average | 94.0 | 93.9 | 93.1 | 92.4 | 92.1 | 92.2 | 92.6 | 93.5 | 94.0 | 94.8 | 95.5 | 95.7 | 92.5 | 94.5 |
| Wednesday Georgia Dock | 95.0 | 95.1 | 94.0 | 92.9 | 92.9 | 93.1 | 93.5 | 94.6 | 95.1 | 95.9 | 96.5 | 96.9 | 93.4 | 95.6 |
| 12 City Whole Broilers | 83.1 | 83.0 | 79.6 | 81.3 | 82.3 | 85.3 | 86.6 | 91.9 | 88.3 | 91.0 | 90.4 | 88.2 | 84.2 | 87.1 |
| USDA Boneless Skinless Breast Meat, NE | 144.9 | 153.8 | 139.4 | 133.3 | 132.7 | 140.7 | 142.1 | 154.7 | 159.7 | 165.4 | 157.0 | 156.3 | 137.3 | 153.3 |
| USDA Tenders, NE | 160.0 | 169.1 | 156.0 | 147.1 | 147.8 | 157.6 | 156.9 | 173.1 | 188.5 | 190.1 | 167.8 | 163.8 | 158.6 | 169.7 |
| USDA Wings, NE | 186.2 | 186.5 | 181.9 | 175.8 | 179.5 | 177.3 | 169.1 | 157.7 | 154.8 | 148.7 | 152.7 | 158.4 | 181.4 | 164.6 |
| USDA Leg Quarters, NE | 50.7 | 53.6 | 50.1 | 49.3 | 49.1 | 50.3 | 50.7 | 52.7 | 54.8 | 57.4 | 56.9 | 53.1 | 51.5 | 54.7 |
| USDA Drums, NE | 73.3 | 71.8 | 70.5 | 68.5 | 69.4 | 73.2 | 72.8 | 75.8 | 76.0 | 80.7 | 81.4 | 79.3 | 71.2 | 78.1 |
| USDA Boneless Skinless Thigh Meat, NE | 128.7 | 132.2 | 129.1 | 123.4 | 123.7 | 129.3 | 128.9 | 137.4 | 143.7 | 147.0 | 143.9 | 139.0 | 129.4 | 139.0 |
| UB Fresh MDC, 15-20% Fat, Some Skin | 26.6 | 26.0 | 26.0 | 26.0 | 26.9 | 27.7 | 26.6 | 27.9 | 28.4 | 29.3 | 28.9 | 28.1 | 27.3 | 28.0 |
| ***Turkeys*** | | | | | | | | | | | | | | |
| Poult Placements | 23.4 | 21.6 | 21.6 | 21.6 | 22.5 | 23.8 | 22.7 | 24.5 | 24.6 | 24.7 | 24.6 | 25.7 | 282.1 | 282.7 |
| Average Live Weights | 29.1 | 29.6 | 29.4 | 28.9 | 30.8 | 31.7 | 31.2 | 30.8 | 30.8 | 30.6 | 30.1 | 29.8 | 30.00 | 30.36 |
| RTC Young Turkey Production | 514.5 | 446.3 | 612.4 | 517.2 | 445.5 | 499.6 | 434.5 | 470.2 | 505.6 | 496.4 | 499.7 | 531.3 | 5,969 | 6,021 |
| UB 12-14# Frozen Hens, East | 111.9 | 113.8 | 111.6 | 107.0 | 101.0 | 95.7 | 94.1 | 94.1 | 96.3 | 98.2 | 100.5 | 101.6 | 108.4 | 100.5 |
| UB 16-22# Frozen Toms, East | 113.2 | 115.8 | 113.6 | 109.0 | 100.9 | 95.6 | 94.0 | 94.1 | 96.3 | 98.4 | 101.1 | 102.2 | 109.2 | 100.8 |
| UB 16-24# Fresh Toms, East | 121.7 | 125.5 | 123.6 | 120.0 | 117.6 | 111.4 | 105.3 | 104.2 | 107.7 | 108.2 | 109.5 | 110.6 | 118.0 | 113.1 |
| UB Fresh Tom Breast Meat | 204.5 | 227.5 | 230.0 | 226.3 | 213.3 | 186.8 | 172.6 | 174.5 | 178.6 | 180.6 | 184.1 | 185.5 | 208.9 | 192.7 |
| UB Fresh Tenderloins, Destrapped | 187.4 | 194.0 | 194.8 | 188.5 | 185.1 | 174.6 | 162.8 | 162.7 | 165.8 | 169.2 | 172.7 | 174.6 | 189.6 | 174.7 |
| UB Frozen Whole Wings | 46.0 | 48.3 | 53.2 | 57.3 | 58.1 | 60.7 | 57.1 | 54.8 | 55.9 | 55.3 | 52.8 | 50.1 | 56.8 | 56.0 |
| UB Fresh Thigh Meat | 103.2 | 113.0 | 116.6 | 117.0 | 118.0 | 117.2 | 117.2 | 116.1 | 111.4 | 101.7 | 94.2 | 93.0 | 118.5 | 107.3 |
| UB Tom Drums, East | 58.0 | 58.0 | 61.6 | 64.0 | 63.0 | 62.6 | 63.2 | 63.8 | 64.7 | 65.0 | 61.5 | 58.2 | 66.5 | 62.3 |
| UB Fresh MDT, < 20% Fat, Some Skin | 37.8 | 37.0 | 34.0 | 31.0 | 29.9 | 27.1 | 28.3 | 32.3 | 34.7 | 39.4 | 40.5 | 35.8 | 34.8 | 33.6 |

© Informa Economics, Inc.
8/24/2012

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# How the Informa Fundamental Price Forecast was Changed This Week

(Green indicates the forecast was raised, red indicates the forecast was lowered)

## Monthly Forecast Changes

| | Aug-12 | Sep-12 | Oct-12 | Nov-12 | Dec-12 | Jan-13 | Feb-13 | Mar-13 | Apr-13 | May-13 | Jun-13 | Jul-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***Broilers*** | | | | | | | | | | | | |
| Monday Georgia Dock Weighted Average | 0.19 | 0.88 | 1.00 | 0.53 | - | - | - | - | - | - | - | - |
| Wednesday Georgia Dock | - | 0.19 | 0.25 | 0.14 | - | - | - | - | - | - | - | - |
| 12 City Whole Broilers | 0.09 | - | - | 0.17 | - | - | - | - | - | - | - | - |
| USDA Boneless Skinless Breast Meat, NE | 1.00 | - | - | 3.00 | - | - | - | - | - | - | - | - |
| USDA Tenders, NE | - | - | 1.00 | 3.00 | - | - | - | - | - | - | - | - |
| USDA Wings, NE | - | (1.00) | - | (1.00) | - | - | - | - | - | - | - | - |
| USDA Leg Quarters, NE | - | - | - | - | - | - | - | - | - | - | - | - |
| USDA Drums, NE | - | - | - | (1.00) | - | - | - | - | - | - | - | - |
| USDA Boneless Skinless Thigh Meat, NE | - | - | - | (2.00) | - | - | - | - | - | - | - | - |
| ***Turkeys*** | | | | | | | | | | | | |
| UB 12-14# Frozen Hens, East | - | (1.00) | (1.00) | (1.00) | - | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 |
| UB 16-22# Frozen Toms, East | - | - | - | - | - | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 |
| UB 16-24# Fresh Toms, East | (1.00) | (2.00) | - | - | - | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 |
| UB Fresh Tom Breast Meat | 2.00 | 8.00 | 3.00 | 2.00 | 3.00 | (9.00) | (3.00) | (3.00) | (3.00) | (3.00) | (3.00) | (3.00) |
| UB Fresh Tenderloins, Destrapped | 1.00 | 2.00 | - | (5.00) | (2.00) | (12.00) | (6.00) | (6.00) | (7.00) | (7.00) | (7.00) | (7.00) |
| UB Frozen Whole Wings | - | - | - | - | - | - | - | - | - | - | - | - |
| UB Fresh Thigh Meat | 1.00 | 2.00 | 5.00 | 5.00 | 6.00 | 7.00 | 7.00 | 7.00 | 6.00 | 6.00 | 6.00 | 6.00 |
| UB Tom Drums, East | - | - | - | - | - | - | - | - | - | - | - | - |
| UB Fresh MDT, < 20% Fat, Some Skin | - | 2.00 | 2.00 | 2.00 | 1.00 | - | - | - | - | - | - | - |

## Weekly Forecast Changes

| | 08/31/12 | 09/07/12 | 09/14/12 | 09/21/12 | 09/28/12 |
|---|---|---|---|---|---|
| ***Broilers*** | | | | | |
| Monday Georgia Dock Weighted Average | 0.50 | 0.50 | 1.00 | 1.00 | 1.00 |
| Wednesday Georgia Dock | - | - | 0.25 | 0.25 | 0.25 |
| 12 City Whole Broilers | - | - | - | - | - |
| USDA Boneless Skinless Breast Meat, NE | - | - | - | - | - |
| USDA Tenders, NE | - | - | - | - | - |
| USDA Wings, NE | - | - | (2.00) | - | - |
| USDA Leg Quarters, NE | - | - | - | - | - |
| USDA Drums, NE | - | - | - | - | - |
| USDA Boneless Skinless Thigh Meat, NE | - | - | - | - | - |
| ***Turkeys*** | | | | | |
| UB 12-14# Frozen Hens, East | (1.00) | (1.00) | (1.00) | (1.00) | (1.00) |
| UB 16-22# Frozen Toms, East | - | - | - | - | - |
| UB 16-24# Fresh Toms, East | (2.00) | (2.00) | (2.00) | (2.00) | (2.00) |
| UB Fresh Tom Breast Meat | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 |
| UB Fresh Tenderloins, Destrapped | 3.00 | 1.00 | 3.00 | 1.00 | 3.00 |
| UB Frozen Whole Wings | - | - | - | - | - |
| UB Fresh Thigh Meat | 3.00 | 1.00 | 3.00 | 1.00 | 3.00 |
| UB Tom Drums, East | - | - | - | - | - |
| UB Fresh MDT, < 20% Fat, Some Skin | - | - | 2.00 | 2.00 | 2.00 |

**Dow Jones Retail Feature Prices and % Change From Last Year**

| | Beef | % Y/Y | Pork | % Y/Y | Chicken | % Y/Y |
|---|---|---|---|---|---|---|
| 7/6/2012 | **4.57** | 10.4% | **2.89** | 0.3% | **1.77** | 1.1% |
| 7/13/2012 | **4.65** | 15.4% | **3.30** | 20.0% | **1.81** | 16.8% |
| 7/20/2012 | **4.44** | 8.3% | **2.78** | -9.4% | **1.91** | 4.4% |
| 7/27/2012 | **4.49** | 4.7% | **2.93** | -3.0% | **1.93** | 22.9% |
| 8/3/2012 | **4.36** | 2.3% | **2.81** | 0.4% | **1.82** | 9.0% |
| 8/10/2012 | **4.46** | 6.2% | **3.02** | 4.9% | **1.76** | -5.9% |
| 8/17/2012 | **4.22** | 4.2% | **2.88** | -5.6% | **1.77** | 3.5% |
| 8/24/2012 | **4.35** | 3.3% | **2.76** | -13.2% | **1.80** | 15.4% |

© Informa Economics
8/24/2012

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Exhibit 7
# (ECF No. 4876-11)

**From:** Donegan, M (Micki) [/O=RABOBANKINTERNATIONAL/OU=AMERICA/CN=RECIPIENTS/CN=DONEGANM]
**Sent:** 9/22/2008 5:26:49 PM
**To:** McMahon, JP (John) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=McMahonJ]; Reece, IS (Ian) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=ReeceI]
**CC:** English, KD (Kimberly) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=EnglishK]
**Subject:** FW: Your presentation of Thursday!
**Attachments:** trendsep08 for Micki.ppt; Feed costs up.doc

Hi John and Ian,
This is from a presentation made by Mike Donohue at AgriStats. Aerostats provides information to the processing industry. RI is not eligible for their monthly reports as we are not a processor. However, we do get information on an "informal basis" from numerous clients. Mike made a presentation last week and I asked him for some data. I have attached some slides he sent me, as well as an article on the presentation in today's wattpoultrynew.com, which is an email I get daily. Gives you some perspective when you see the word Billion (yes Billion) in relation to the increase in feed costs the last two years. Happy Monday!

Regards,
Micki

*Micki Donegan, CFA*
*Executive Director*
*Rabobank International*
*work - 404.870.8004*
*fax - 404.870.8025*

1180 Peachtree Street, Suite 2200 , Atlanta, GA 30309
General Phone: (404) 870-8000

---

**From:** Donegan, M (Micki)
**Sent:** Monday, September 22, 2008 12:02 PM
**To:** English, KD (Kimberly)
**Cc:** Beard, R (Richard); Johnson, PR (Phylana); Weststrate, AC (Adriaan)
**Subject:** FW: Your presentation of Thursday!

FYI,
As noted, he asked we keep in-house, which of course we are doing!
Kimberly the chart on the feed costs and increase in live costs as well as the 100 week increase in feed ($7bln !!!! for the industry) might give everyone perspective. Maybe the title of your presentation should be something like:

Covenant Relief, Need for more money: The $7bln challenge!! ☺

*Micki Donegan, CFA*
*Executive Director*
*Rabobank International*
*work - 404.870.8004*
*fax - 404.870.8025*

1180 Peachtree Street, Suite 2200 , Atlanta, GA 30309
General Phone: (404) 870-8000

---

**From:** Mike Donohue [mailto:mdonohue@agristats.com]
**Sent:** Monday, September 22, 2008 11:01 AM
**To:** Donegan, M (Micki)
**Subject:** RE: Your presentation of Thursday!

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Micki,

Good to hear from you. We may be seeing a small cutback in the industry. Through August live weights were up due to weather conditions but weights were off a little bit last week. We'll see if it's a trend.

Attached are a couple of slides that may help. Please keep them for in house use.

I'll be in DC for the NCC meeting and will look forward to meeting you there.

As to the state of the capital markets I've been investing my free cash in Dairy Queen cash cards. Hawaiian Blizzards are the best.

Stay well and give my best regards to Rick and Adriaan.

Mike

---

**From:** Donegan, M (Micki) [mailto:Michalene.Donegan@rabobank.com]
**Sent:** Monday, September 22, 2008 10:38 AM
**To:** Mike Donohue
**Cc:** Beard, R (Richard); Donegan, M (Micki)
**Subject:** Your presentation of Thursday!

Hi Mike!
Hope you are well. This industry continues to amaze me (and sometimes scare me!!). Every time I hear from someone in the industry, they comment that this is the worst (or like you said, "most challenging") they have ever seen. By itself a challenge and then add in the capital market turmoil. Makes for some long nights!

I was wondering if you had any slides from your presentation that you would be able to share. In particular, the slide on the escalation in feed ($7bln increase in 99 weeks is impressive on any scale) or the increase in live costs. My boss is going to be chatting to our senior credit people and I want to arm her with as much data as possible! Anything you could share would be most appreciated.

Are you going to Washington in a few weeks? Rick, Adriaan and I will be there.
Hope to see you soon,
Micki

*Micki Donegan, CFA*
*Executive Director*
*Rabobank International*

*work - 404.870.8004*
*fax - 404.870.8025*

1180 Peachtree Street, Suite 2200 , Atlanta, GA 30309
General Phone: (404) 870-8000

---

This email (including any attachments to it) is confidential, legally privileged, subject to copyright and is sent for the personal attention of the intended recipient only. If you have received this email in error, please advise us immediately and delete it. You are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Although we have taken reasonable precautions to ensure no viruses are present in this email, we cannot accept responsibility for any loss or damage arising from the viruses in this email or attachments. We exclude any liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided in this email or its attachments, unless that information is subsequently confirmed in writing. If this email contains an offer, that should be considered as an invitation to treat.

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

SA55

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Rabo_0000053825

# Exhibit 8
# (ECF No. 4876-12)

Message

| | |
|---|---|
| **From:** | Eddie Elrod [/O=FIELDALE/OU=CORPORATE/CN=RECIPIENTS/CN=EELROD] |
| **Sent:** | 9/1/2008 1:59:00 PM |
| **To:** | Rick Beard (richard.beard@rabobank.com) [richard.beard@rabobank.com]; Micki Donegan (Donegan, M (Micki)) [Michalene.Donegan@rabobank.com] |
| **CC:** | Tom Hensley [tomhensley@fieldale.com] |
| **Subject:** | FW: Agristats for the Poultry Industry for July 2008 |
| **Attachments:** | 2168_001.pdf |

Rick and Micki **September 1, 2008**

Attached is an advance on the Pre-Tax Profits for the poultry industry.
A couple of things that we see in these numbers:

**Our company** for July = (3.72) adjusted for the life insurance check.

**Single Plant Operations** ( Mar-Jac, Harrison, Amick, Claxton ).
They lost (1.97) / lb. in July compared to a profit of 1.04 in June.

**Multi Plant Operations** – we can see the feed and operations cost increases outpacing price improvements.
The multi plant weighted average for July = (7.12) vs June (1.97)

**All participants** weighted average July (7.02) and June (1.83)

Our Summary:

**Price improvements** will come – Look at the bottom companies for July (10.24) to (26.44) compared to June (3.55) to (6.63)

We are taking a 2nd reduction of 2.5 % head.
7.5% overall reduction fur our company in 2008.
Others in the industry will follow.

Eddie

---

**From:** acctcopier
**Sent:** Monday, September 01, 2008 11:06 AM
**To:** Eddie Elrod
**Subject:** Agristats for the Poultry Industry for July 2008

2168_001.pdf

Highly Confidential – Subject to Protective Order (ECF 202)

# Exhibit 9
# (ECF No. 4876-13)

# Internal Memorandum:

## Private & Confidential

| | | |
|---|---|---|
| To: | NYCC | Andre Blom<br>Ian Reece<br>Henrique Costa |
| | KRM | Ab Gillhaus<br>Wim Borgmeier |
| | GSAM | Arthur Staal |
| | Cor Broekhuyse<br>Bob Bucklin | |
| Cc: | John McMahon<br>Emmanuel Durand<br>Roger Barr<br>Juan Manuel Fernandez<br>Debbie Perkins<br>Eraj Asadi<br>Jeff Bazoian<br>Nan-Dirk Mulder | |
| From: | Adriaan Weststrate<br>Kimberly English<br>Micki Donegan<br>Rick Beard | |
| Date: | October 10, 2008 | |
| RE: | **U.S. Poultry Industry – "The Perfect Storm"** | |

---

We refer to our Memorandum dated August 12, 2008 re. the U.S. Poultry Industry. This Memorandum provides a further update on:

- the deteriorating financial situation in the U.S. Poultry Industry, which is expected to last for the next 6-12 months;
- the need for covenant relief and substantial additional liquidity required by the industry and our U.S. Poultry Clients;

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Rabo_0000054566

- the current situation in the corn and soybean markets, which have substantially improved from our August 12, 2008 Memorandum;
- our best estimate of the expected timing of production cuts and increased pricing in the industry, leading to a return to profitability;
- the situation with each of our U.S. Poultry Clients, including expected amendments and requests for additional liquidity (Appendix 3), as well as an update of our overall U.S. Poultry Exposure as of October 6 (Appendix 2);

For purposes of this Memorandum "U.S. Poultry Industry" refers to the broiler chicken and turkey industries and does not include the egg-laying industry.

## Table of Contents:

- Summary — Page 3
- Broiler Chicken Industry Facts for 2007 — Page 7
- Importance of Corn and Soybean Meal to the Poultry Sector — Page 7
- Escalation of Corn and Soybean Costs — Page 8
- U.S Broiler Production Cost and Profitability — Page 11
- Financial Impact on the Poultry Industry — Page 13
- Production Cutbacks — Page 15
- Export Markets — Page 17
- Update on Exports with Russia — Page 18
- White Meat (B/S Breat Meat) — Page 19
- Competing Meats — Page 20

- *Appendix 1*: Developments in the U.S. Ethanol Sector — Page 22
- *Appendix 2*: Comparable Overview U.S. Poultry Portfolio — Page 25
- *Appendix 3*: Detailed Information for each U.S. Poultry Client — Page 27

## Summary

The U.S. Poultry Industry is currently in a crisis. The industry went from highly profitable operations in the first 9 months of 2007 to the worst performance in its history since Q4/2007. The industry will have record losses in Q3/2008. While we are of the opinion that we have reached the bottom in industry losses, a return to sustained profitability is currently not expected for 6-12 months, depending on further production cutbacks in the industry.

This "perfect poultry storm" is the result of:

- extremely high feed ingredient costs since late 2006 which accelerated in Q4/2007 and spiked in June / July 2008, in part the result from the unanticipated impact of a new market created for corn by the U.S. Energy Policy;
- increased transportation and production costs as a result of higher oil and gas prices;
- continued weak pricing and demand for breast meat, in part the result of excess poultry production and exacerbated by an abundant supply of other proteins with both the U.S. Pork and Beef industries liquidating herds as a result of the high feed costs;
- hedging related losses as a result of the volatility in corn and soybean prices and / or margin calls significantly impacting available liquidity;
- a generally weak U.S. Economy with demand in the foodservice industry down by approximately 2% in the last 12 months (first drop in foodservice demand since 1991) and demand for chicken breast meat in the foodservice industry down by approximately 5%;
- extremely difficult conditions in the Credit Markets in the U.S. Many banks are unwilling or unable to lend as a result of capital constraints, reduced appetite for risk and, in the F&A space, many banks not being familiar enough with the cyclicality of agricultural industries like the U.S. Broiler Industry. This has resulted in unpredictable behavior with respect to amendments and requests for additional liquidity from our clients;

The U.S. Poultry Sector Group currently has 8 broiler chicken clients (out of 45 federally-inspected companies) and 1 turkey client, all of which are experiencing substantial losses which are expected to continue for 6-12 months depending on further production cutbacks. We currently estimate that 4 of our clients (Perdue, House of Raeford, Koch Foods and Fieldale) will require an aggregate of $165 million in additional liquidity from their banks over the next 12 months related to the industry conditions. Perdue has sufficient liquidity as of today but the company wants to ensure it has adequate liquidity in case grain prices escalate again in 2009, forcing its grain subsidiary to make substantial margin calls. The $165 million does not include a possible $50-75 million financing for Keystone to acquire one or more plants from either Pilgrim's Pride or Koch Foods. Keystone is out of capacity for McDonald's, its main customer (90%). The $165 million does also not include approximately $400 million in junior capital required for Pilgrim's Pride and approximately $75 million in junior capital for Koch Foods. The advisors / investment banks for both companies are in advanced discussions with capital market parties to raise these funds. We are currently in discussion with Lazard Freres, the investment bank for PPC, to assume an existing $250 million Securitization Program from

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Rabo_0000054568

Fairway Capital (BMO) as part of an overall recapitalization of the Company, which hopefully can be structured before October 28, the expiry of the current Standstill Agreement.

Sanderson Farms (SAFM), one of only 3 public poultry companies in the U.S.A (besides Tyson and Pilgrim's Pride), announced on October 8 that it had filed a $1 billion shelf registration with the SEC for possible acquisitions in the market. We expect Sanderson Farms to play an active role in either acquiring individual plants, companies or take a majority ownership of a large company. Speculations are that Sanderson Farms might want to make a bid for Pilgrim's Pride.

We anticipate that we will be submitting numerous requests for our clients in the next 9 months and will use and reference this Memorandum, to be updated frequently, as the Industry Overview for our memo's and credit applications. We have engaged Ms. Sue Trudell of Express Market Inc. Analytics ("EMI Analytics") as consultant to Rabobank for the next 6 months with respect to providing detailed industry information, market intelligence, fundamental economic analysis and production and price forecasting modeling (expressmarketsinc.com). The U.S. Poultry Sector Group is also working closely with John McMahon of our NY SAM Group.

Although two of our clients have additional company specific issues (Pilgrim's Pride and Koch Foods) the current problems are industry-wide. The Poultry Industry can adjust to a higher level for feed costs but not fast enough when feed costs increase 37% between Q3/2006 and Q1/2007 and an additional 54% between Q1/2007 and Q2/2008. These increases could not be passed on under existing contracts, which typically are negotiated once a year.

Concurrent with the unprecedented cost increase, chicken production was record high in late 2007 and into 2008. Production of other meats was also increasing, with record total meat production through the last half of 2007 and through the 3rd quarter of 2008. The ability to pass on higher costs was compromised because demand through key profit segments such as foodservice (50% of total domestic chicken consumption) was eroded by consumer reaction to high fuel costs and a deteriorating U.S. economy. In the past, the poultry industry has occasionally experienced brief cost increases in years with poor crops, and short periods when meat demand grew at a slow pace. Never have these events coincided, and none of the individual events were of the scale and duration currently in place.

Had the demand base been stable, the industry would have been in a far better position to pass on escalated costs more quickly, particularly for breast meat which has been the biggest problem area. Or if the demand side was damaged but feed costs not as high, the industry would have been able to adjust without extensive and sustained losses.

The industry needs time to bring production in line with these higher levels of feed costs and be able to increase pricing for its products. In the long run, the cost advantage and consumption preference for chicken relative to other meats will allow the necessary adjustment. <u>It is therefore not a question "if" the industry will return to profitability but rather "when".</u>

As a reaction to the current conditions the industry has started to change the structure of its contracts as much as possible, both with its foodservice and retail customers. Whereas contracts were normally for one year with typically no price adjustments during the contract, almost all of our poultry clients are now reducing the tenor of their contracts as much as possible with most contracts now being for 90 days. When contracts are for longer terms they mostly include 90-day price adjustments based on the price of feed costs as well as fuel surcharges. This will enable the industry to pass increases in feed costs on to their clients more frequently. The industry is currently in its annual contract renewal time and we have been informed that most of our clients have been able to shorten their contracts, include feed costs price adjustments and get better pricing on their new contracts. Although there is significant volatility in the grains and oilseeds markets at present, with corn trading at $4.14 per bushel in October we expect most of our customers to start putting on hedges at these levels which are low compared with recent history. Some of our clients have entered into one year contracts with their top clients with the price of corn hedged for the entire contract. While this eliminates any exposure to rising feed costs, it does require our clients to make margin calls in case corn drops below the contract price. While all margin calls will return to our client at the expiration of the hedge contract, it does require available liquidity to make these payments in the meantime.

We believe the industry has seen its worst quarterly loss in Q3/2008 and expect the industry to show improved results in 2009. Because feed costs have significantly declined in recent weeks, some companies may be able to return to profitability for a period in the summer, although sustained profitability is currently not expected until early 2010. The industry could show substantially better profitability in case of 1) more pronounced production cutbacks in the next

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Rabo_0000054570

3-6 months, 2) foodservice demand returns earlier than expected (partly as a result of substantially lower expected gas prices), 3) feed costs in 2009 are lower than currently projected ($5.13 projected average compared to $4.14 in October, 2008), 4) the industry is able to take higher price increases than expected or 5) a combination of all these factors together. We are very much encouraged by the October 8, 2008 "USDA Broiler Type Eggs Set & Chicks Placed" Report that showed a drop of 11% in eggs set the week ending October 4, indicating a 11% drop in Chicks placed the week of October 25, 2008. In case we see cutbacks of this magnitude for several weeks in a row, our projections as to profitability in 2009 will need to be adjusted upwards.

As the leading Global F&A bank, the U.S. Poultry Sector Group deems it imperative to support our clients through this difficult time based on our knowledge of the industry and our clients. Since opening our first office in the U.S.A Rabobank has never lost money on the U.S. Poultry Industry. We firmly believe that our current portfolio of clients consists of companies that are survivors in this still consolidating industry. However, unpredictable behavior by individual banks in our deals could seriously jeopardize access to liquidity by some of our clients who would have no choice but to file for involuntary Chapter 11 Bankruptcy.

As a result, we anticipate the need to take a leadership role with some of our clients which may include taking a higher than pro-rata share of the requests for additional liquidity. We currently anticipate having to take $85 million in additional exposure out of a total anticipated bank-provided liquidity need of $165 million by 4 of our 9 Poultry Clients. We will submit individual credit applications for each client. As mentioned before, these amounts do not include a possible $50-75 million financing required by Keystone to acquire one or more plants to add to its production capacity for McDonald's.

From our 9 poultry clients, we currently are experiencing increased **stress scenario's** with *Koch Foods* and *Pilgrim's Pride*, both of which require junior capital and are discussed in detail in Appendix 3. In our opinion we can currently categorize our other clients as either **acceptable** (*Tyson, Keystone*), **manageable** (*Fieldale, House of Raeford*) or **supported** by a strong parent or shareholder (*Wayne Farms* by Conti Group and *Butterball* by Smithfield and Maxwell Farms). *Perdue* represents both a poultry and a grain company. We are fully comfortable with Perdue from a risk standpoint and are currently discussing with TCF the renewal of the current documented CPFS commitment of $440 million (current exposure $180 million) to the grain subsidiary of Perdue under newly revised product guidelines and procedures, as further explained in Appendix 3. The U.S. Poultry Sector Group is Agent for Perdue and Wayne Farms, Co-Agent for Keystone and Fieldale and one of the top-5 banks to Tyson and Koch Foods.

Over the period 2002 – YTD 2008, we have earned $47mln in total network income on our U.S. poultry portfolio with above average ROS and RAROC. We expect to earn $9.2 million alone on Perdue in the next 12 months. While no guarantee can be given, the U.S. Poultry Sector Group strongly believes that there is no reason that Rabobank should have to take any write-offs on its poultry portfolio in the U.S.A. during these difficult times, provided our clients have sufficient liquidity to return to profitability, which is not a question of "if" but rather "when".

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Rabo_0000054571

Below we discuss in detail the escalation in feed costs, the financial impact on the U.S. Poultry Industry and our best estimate of the timing for a return to profitability. A full overview of our portfolio and each individual company is attached as Appendix 2 and 3.

## Broiler Chicken Industry Facts for 2007

Number of federally-inspected companies (end of 2007): 45
Number of employees: 350,000
Annual value of shipments (wholesale level): $37.5 Billion
Retail value of products: more than $50 billion
Number of contract growers (farmers): 25,000

## Importance of Corn and Soybean Meal to Poultry Sector

Corn and soybean meal are very important inputs to the U.S. broiler chicken industry. Companies buy large amounts of corn and soybean meal to manufacture feed for the chickens. Chicken feed consists largely (about 85 percent) of these two ingredients.

In the year 2007, broiler chicken companies purchased over 1.3 billion bushels of corn and the meal from about 515 million bushels of soybeans. The broiler chicken industry, by itself, purchases approximately 21.5 per cent of the nation's corn used for feed and over 38 percent of the soybean meal produced. Despite recent developments in the ethanol sector, poultry (broiler chickens, egg-laying chickens, and turkeys primarily) and livestock (cattle and hogs) are still the largest buyers of corn in the nation U.S.A.

For all practical purposes, there is no alternative to the utilization of corn for chicken feed. No other crop with the appropriate nutritional qualities is available in sufficient quantity to be used in place of corn. Some poultry producers have started to use wheat but quantities are very small due to high prices and limited availability in the major chicken producing areas.

Source: USDA

While there has been some research into the use of ethanol byproducts, specifically dried distiller's grains with soluble (DDGS) in place of corn, its use in the poultry industry will be limited as birds are unable to fully digest what nutritional value DDGS may have. DDGS are used in small quantities by some producers, averaging 3% across the entire poultry industry. Some won't use it at all, because there is wide variation in nutritional value even in different batches from the same plant, which can have a significant negative impact on productivity.

Essentially, higher corn and soybean meal prices also pull up costs for alternate feed ingredients. Alternative energy sources to supplement grain include oil and fat, which are usually included in poultry rations at 3% to 5%. Fat went up 65% in 2007 and an additional 65% in 2008. Alternate proteins (other than soybean meal) include meat and bone meal, which is usually included as 3% to 4% of the ration. Those prices are also up, rising 49% in 2007 and 56% in 2008. In addition, other feed ingredients such as supplemental micronutrients, amino acids, and phosphorus have all risen sharply.

Although grain prices have come down from their extreme peaks they are expected to remain at much higher than historical levels for the foreseeable future. Therefore, even if some minor changes can be made to the feed ration formula, the poultry industry will still be dealing with, by historical standards, exceptionally high feed costs. We are also likely to see increased volatility in the markets which will make risk management strategies more difficult to implement.

## Escalation of Corn and Soybean Costs

The U.S. Poultry Industry is experiencing record losses in 2008 primarily as a result of the substantially increased feed cost over the past 24 months.

Many factors are contributing to these higher prices, including: 1) strong global economic growth, thereby increasing demand for U.S. commodities; 2) population growth, leading to increased demand for food; 3) low stock levels of some crops, such as wheat and rice, due to increased demand and adverse weather conditions in key producing regions; 4) the declining value of the dollar; 5) higher energy prices that have increased farm production costs and food processing and distribution costs; 6) changing foreign agricultural policies that insulate countries from higher global prices, although some countries have opened up their markets to alleviate high food prices; 7) increased investment by index funds and other managed investments that are believed to have increased price volatility; and 8) increased production of biofuels, particularly corn-based ethanol.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    Rabo_0000054573



Supported by tight supply and demand conditions, together with the increasing linkage into the energy sector and record-high crude oil prices, corn prices rose in late 2006 and early 2007, to the highest levels seen since the 1995-96 crop year. The industry was able to adjust to this level of cost increase and posted high average profits for most of 2007.

However, instead of subsiding in the following crop year as had been the norm with all past cost spikes, corn prices rose sharply in the first half of 2008 to levels which eclipsed all past price records. In December 2007, the U.S. Congress enacted the Energy Independence and Security Act of 2007 (the "2007 Energy Bill") which mandated 9 billion gallons of renewable food-based bio fuel use in 2008 (nearly doubling the existing Renewable Fuel Standard, "RFS", of 5.4 billion gallons under the 2005 Energy Bill), 10.5 billion in 2009 and 15 billion gallons by 2015. This policy change is believed to have contributed to the significant increase in corn futures from an average of $4.24 in December 2007 to $6.99 in June 2008, an increase of 65% in 6 months. The increased mandate (and higher oil prices) prompted faster construction of new ethanol facilities and increased production at existing ethanol plants.

The drastic shift in corn demand patterns make market prices volatile and susceptible to perceived or real supply side issues. For example, U.S. corn prices exploded in June to over $7.50 per bushel, following severe flooding in the U.S. Midwest with the major producing-states of Iowa, Illinois, Missouri and Indiana all badly affected. At that time, analysts were widely divided as to the subsequent crop prospects and price direction, with some crop analysts expecting corn prices to progress higher to as much as $10 to $12 per bushel. Based on this price direction, some of our clients (including Pilgrim's Pride) unfortunately hedged their corn needs for several months at prices above $6.50 per bushel. In the case of Pilgrim's Pride, this resulted in a Q4 (9/30), 2008 hedging loss of $135mln. Our client Keystone Foods, at the

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Rabo_0000054574

request of their main customer McDonalds, also hedged their feed costs at high price levels and have made $105mln in margin calls as of October 9, 2008 as a result of the lower price of corn. However, in the case of keystone, no hedging losses will be incurred as all cost related to the hedging are for account of McDonalds.

Corn futures declined below $5.00 per bushel at times during August, with an average CBOT price at $5.49 for the month, due to 1) higher than anticipated acreage figures, 2) improved weather in the Corn Belt (allowing crops to recover from the flooding), 3) investors liquidating some of their positions, 4) expectations of slower global economic growth, 5) a stronger dollar, 6) dramatically lower energy prices and 7) ethanol producers being marginally profitable with new capacity being postponed.

Corn prices have continued to slowly decline through September and early October as harvest of the 2008/09 crop commenced. As of October 8, CBOT futures showed corn at $4.14 per bushel. Although down 45% from the high points of June, corn at this level is still close to 66% higher than the $2.50 per bushel price range which was typical for most of the last 10 years. Corn futures may trade lower in the coming days given extreme uncertainty in the financial markets, but markets are not expected to remain below the $4.50 per bushel area for an extended period. EMI Analytics currently expects corn prices to stay well above historic norms throughout 2009, at a $5.13 annual average.

As always, the corn supply/demand balance in the U.S. will continue to be heavily reliant on favorable weather conditions in the 2008/09 season and beyond, a result of tight opening stocks and a forecast increase in demand. In addition, U.S. corn markets will be impacted by global supplies and increasing international demand for grains and food products.

It should be noted that the actual cost of feed grains to the broiler industry is higher than the selling price on grain exchanges. Known as basis, it is the cost to a company in getting grains to a processing plant. While virtually every state produces corn, and broiler companies buy as much corn locally as available, most of the corn has to move by rail from the Midwest to the major broiler producing areas in the South. Thus, the actual cost of corn and other grains charged to the cost of producing a chicken is higher than indicated by CBOT and other trading data. Agri Stats estimates the "basis" cost to average $0.60 per bushel of corn and reached as high as $0.80 per bushel during the flooding in the Midwest when barge and rail transportation were disrupted.

Oilseed prices also increased sharply in all parts of the world in 2007, largely driven by a close link with the energy sector and increased international demand, particularly from China. Reflecting dynamic market conditions, U.S. soybean year ending inventory levels fell by 76% in 2007 - driven lower by a fall in production, robust internal demand and a strong export market. In an effort to attract additional acres, soybeans prices increased significantly in early 2008. Soybean meal futures in particular increased from an average $170 per ton in July 2006 to an average $410 per ton in July 2008, an increase of 141% in two years.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Rabo_0000054575

As with corn, soybean meal markets have been recently lower as harvest approaches, but EMI Analytics forecasts an average of $277 for Oct-Dec 2008 versus $186 in Oct-Dec 2006. For 2009 EMI projects an annual average of $322.

## U.S. Broiler Production Cost and profitability

As a result of these higher grain and oilseed costs, Broiler Feed Costs have increased from about $0.15 per live pound produced in Q4/2006 to about $0.30 in July 2008, a 100% increase in less than 20 months. This is a considerable change from the average feed cost of $0.12 to $0.14 per live pound which was typical for most of the last 10 years.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Rabo_0000054576

In addition to dramatic changes in the feed input sector, broiler producers also have experienced sharply higher costs for fuel, labor, and other production inputs.

The increased costs, driven primarily by feed cost increases, have resulted in a jump in the broiler cost per WOG ("without giblets") from $0.562 per pound in the period range 2005-2006 to an estimated $0.795 for 2008 and projected $0.786 for 2009, an increase of 40% without a sufficient increase in sales price to offset the cost escalation.

Producers were able to offset the first step of cost escalation in 2007, primarily as a result of reduced expansion that had occurred in late 2006 followed by a modest production cut in early 2007. These measures raised average domestic market prices, and strong exports pushed up leg quarters to record levels. The weighted average wholesale sales mix in 2007 was 73.4 cents, up 33.5% from 55 cents average for 2006. However, in late 2007 abundant meat supplies coincided not just with additional cost escalation but also with deteriorating economic conditions which began to reduce movement through key demand channels such as foodservice, which accounts for about 50% of total domestic chicken consumption and a higher proportion of breast meat. EMI Analytics estimates for 2008 vs 2007 show a 6% drop in the average sales mix to 68.8 cents, primarily due to lower breast meat pricing. This reference price is a calculated mix of cut-up parts and whole birds, in a mix matching the "average" company. With the exception of breast meat, the markets for most chicken products are not "low" by historic standards—but they are insufficient to cover the excessively high feed costs and other cost increases.

Poultry companies have not yet been able to increase prices enough to offset feed cost escalation, due to the aforementioned oversupply and soft demand in key profit areas. This has resulted in increasingly unsustainable losses in the industry and the need for increased liquidity from the banks financing the U.S. Poultry Industry. The U.S. Poultry Sector Group expects Q3/08 to show record losses for most companies. The below Chart is an *average* of expected profitability for the industry with some individual companies expected to show either a worse or better performance. The projected losses in the period Q4/08-Q4/09 include the production cuts *currently projected by EMI Analytics*. The October 8, 2008 "USDA Broiler Type Eggs Set & Chicks Placed" Report showed a drop of 11% in eggs set the week ending October 4, indicating a 11% drop in Chicks placed the week of October 25, 2008. In case cutbacks of this magnitude continue for several weeks, projected profitability in 2009 could be substantially better.

## Financial Impact on the Poultry Industry

The most recent data from Agri Stats indicate that during July and August, the industry as a whole was spending about $160 million per week in additional feed ingredient costs, over and above the costs experienced in October 2006. As the peak June costs flowed through the production system (8-10 weeks later due to the feed conversion cycle), the weekly increase has moderated slightly to about $138 million per week of additional costs, industry wide, compared with late 2006.



Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

AGRI STATS
Weekly Additional Cost to the Broiler Industry in
Feed Ingredient Expense October 2006 - August 2008
$180
$160
$140
$120
$100
$80
$60
$40
$20
$0
million
Trend
Oct 06
Jan 07
Apr 07
Jul 07
Oct 07
Jan 08
Apr 08
Jul 08
Oct 08

These estimates do not include cost increases for other inputs. For feed costs alone, the cumulative impact so far has exceeded $7.1 billion in additional cost to the broiler industry. Even taking into account the recent moderation in corn and soybean meal prices, the cumulative impact through the end of 2008 could exceed $9.2 billion.

AGRI STATS
Cumulative additional cost to the broiler industry
in broiler feed ingredient expense
October 2006 - December 2008
Projected total through 2008: $9.2 billion
$10.0
$9.0
$8.0
$7.0
$6.0
$5.0
$4.0
$3.0
$2.0
$1.0
$0.0
Billion Dollars
Oct 06
Dec 06
Feb 07
Apr 07
Jun 07
Aug 07
Oct 07
Dec 07
Feb 08
Apr 08
Jun 08
Aug 08
Oct 08
Dec 08

U.S. Poultry Industry Memorandum - 10/10/2008 Page 14

SA72

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Rabo_0000054579

To illustrate the enormous sensitivity of a price reduction in corn or soybean meal for our customers, below is EMI Analytic's estimate of a 1% reduction in feed and fuel costs for the U.S. chicken industry. A simple 1% reduction for July-September input prices translates in reduced feed costs of $39.5 million and a $4.9 million reduction in fuel costs per quarter.

**Sensitivity Analysis -- July-September Input Pricing**

| Commodity | July-Sept usage | Average Price | 1% change | Cost Impact of 1% change | Total Dollar Impact |
|---|---|---|---|---|---|
| Corn | 432 million bushels | $5.77 / bushel | $.06 / bushel | $.06 / bushel | $24,926,400 |
| Soybean Meal | 4 million tons | $364 / ton | $3.64 / ton | $3.64 / ton | $14,536,704 |
| Natural Gas | 11 million mm BTU | $8.17 / mm BTU | $.08 / mm BTU | $.08 / mm BTU | $901,968 |
| Road Diesel | 45.6 million gallons | $4.34 / gallon | $.04 / gallon | $.04 / gallon | $1,979,040 |
| #2 Heating Oil | 11.5 million gallons | $3.27 / gallon | $.03 / gallon | $.03 / gallon | $376,704 |
| #6 Boiler Fuel | 67 million gallons | $2.39 / gallon | $.02 / gallon | $.02 / gallon | $1,606,080 |
| **Total** | | | | | **$44,326,896** |

## Production Cutbacks

The Broiler Industry had resumed expansion in mid 2007 after a period of production restraint and small cuts assisted profitability. Unfortunately, producers reacted slowly to the continuing escalation in feed costs combined with consumer demand changes associated with high fuel prices and the deteriorating U.S. economic situation. Broiler total live weight production totaled 7% higher in Q1/08, 3% in Q2/08 and 1% in Q3/08. The increases in Q1 and Q2 were likely driven by cheaper feed positions held by many industry participants who did not anticipate the continuing escalation of feed costs after the new RFS was enacted in December 2007 and the weather events in Q2/08 in the Midwest. The 1% increase in Q3/08 was mainly the result of higher live weights as a result of milder weather conditions in the Southeast in Q3/08. Corn was increasing in late 2007 with an average of about $3.74 in Q4/07 and soybean meal averaged $239 in Q4/07, and at these levels most companies would be profitable today. These production increases were totally unsustainable when feed costs hit record highs, but companies were reluctant to reduce production going into the traditionally profitable summer barbecue season.

With record feed costs, industry participants also needed increased pricing. However, poultry prices did not improve in the spring and summer as a result of the increased poultry supply, abundant supply of competing meats, and continuing changes in domestic demand patterns. The industry is finally starting to react with real production cuts forecast by EMI Analytics at 5% in Q4/08 and 4% in Q1/09. Additional cuts averaging 3% are anticipated for the remainder of 2009. This is a conservative estimate and we are encouraged by recent talk of additional cutbacks in the industry.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Rabo_0000054580



*While these levels of voluntary production cuts have never been seen in the industry before,* they are still not likely to be sufficient to return the industry to sustained profitability in 2009, although some companies may be able to return to profitability for some months during the summer. Further cuts will be required, and EMI Analytics and Rabobank estimate that the industry will have to cut production by at least 5% across the entire production mix with a minimum of 10% on white meat, i.e. substantially reducing big bird deboning. There is some indication that the industry is moving in this direction, at least for the winter months. The latest short-term production indicator data released by USDA on October 8 showed broiler eggs set into incubators at 11.5% below year-earlier, which will result in substantially lower production for December than earlier expected.

It should be noted that cutting production is not easily accomplished by the industry. The poultry industry has been accustomed to over 30 years of consistently increasing domestic demand, relatively stable input pricing at far lower levels than the current structure, and consistent profits on an annual basis. While at times these elements saw temporary changes, the deviations were minor and temporary. The management philosophy and decision structure of the current industry developed with these conditions and many have been slow to adjust to the major paradigm shift.

In addition, the vertically integrated structure of the industry inhibits cutbacks. The cost structure of large integrated production complexes is essentially fixed in the short run, with the exception of feed inputs for birds grown for meat production. Breeders, plant facilities, contracts with growers, labor, water, rolling stock, and most other costs will be primarily intact during a cutback, leaving most fixed costs to be spread over fewer produced pounds. If

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Rabo_0000054581

producers are covering variable costs (essentially feed) and contributing to fixed costs, the economic signal is to produce.

Closing a chicken complex is not a viable option except in extremely dire conditions, because a large part of the facility cost would continue to be borne. Ongoing minimum contract obligations for growers alone can total over $2 million per month for a single moderately sized plant.

## Export Markets

Dark meat markets continue to see support from strong export demand. Exports of U.S. broiler products consist primarily of leg cuts, and total broiler meat exports rose 10% in 2007 and an estimated 21% in 2008 to 7.0 billion pounds. Approximately 45% of total U.S. dark meat production will be exported in 2008.

Although the U.S. exports broiler products to approximately 175 separate countries, 10 destinations take 75% of the volume. Over 52% of total shipments go to Russia (32%), China (11%), and Mexico (8%). Large exports with dependence on a handful of key destinations create some benefits and risks for producers.

Benefits are gained with strong exports because the U.S. consumer has a preference for white meat and whole chicken, so exporting the excess dark meat in bulk form improves the relative composition and value of the U.S. supply mix while minimizing added processing costs. The price for exported dark meat is virtually always less than total chicken production costs, but exporting undesired cuts reduces the erosion of prices for the remaining mix.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Risks are present because foreign access can be impacted by political issues or other events, and significant disruptions can quickly push leg quarter prices to low levels. High export volumes have been particularly important to U.S. producers in the last year, when escalating feed costs and low breast meat markets put excessive pressure on operating margins. Leg quarter markets have been setting record highs since early 2007, and for 2008, leg quarters are estimated to average 48 cents per pound, over 16 cents per pound higher than average.

Dark meat markets are projected to remain at the high end of historic ranges through 2009, aided by strong international demand for inexpensive protein and a relatively weak U.S. dollar. Shipments to Russia are projected to decline 12% to 15% as Russia moves to reduce its dependence on imported food, but growth to other market areas is expected to offset the drop.

## Update on Exports with Russia

Russia recently announced new restrictive technical regulations that would essentially end U.S. poultry exports to Russia as of January 1, 2009. After the 2007 audit by Russian inspectors, numerous plants were delisted for export to Russia. Later in the year, a new list was published that eliminated certain plants but added new ones.

Russia met with USTR in Washington on October 8-9. The delegation was headed by Andrey Dolgorukov, Minister-Counselor of the Washington Office of the Trade Representation of the Russian Federation. He was joined by two representatives of the Ministry of Economic Development and Trade and one representative of the Ministry of Agriculture from Russia.

The primary agenda topic was the Memorandum of Understanding (MOU) signed in late July, 2008 by USA Poultry and Egg Export Council (USAPEEC) and the Association of Russian Poultry Market Operators that voluntarily reduced the U.S. quota for 2009 from 932,000 metric tons to 750,000 metric tons with non-binding indications of further reduced U.S. shares of Russia's import quota in 2010-2013. In return for reducing our 2009 quota, the Russian Poultry Market Operators agreed to eliminate the new restrictive technical regulations. Without this MOU the existing agreement regarding the U.S. share of Russia's import quota would have expired at the end of 2009.

The National Chicken Council supported the position taken by USAPEEC in support of a reduction of the 2009 quota to 750,000 metric tons, provided that the U.S. share of Russia's poultry import quota must be at least 75 percent in 2009 and the years 2010-2013. The U.S. Poultry Industry cannot stand an interruption of trade with Russia.

*CONFIDENTIAL:* The Russian delegation proposed a reduction in the total quota for 2009 to 900,000 metric tons (from 932,000 metric tons) with the U.S. share of the total quota being 650,000 metric tons (72 percent). The meeting lasted 2-1/2 hours and adjourned without any negotiations. The Russians did not place any other proposals or information about poultry on



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Rabo_0000054583

the table. Changes in the over quota tariff were proposed for pork, but no changes in the quantity for the pork quota. There were no changes for beef.

In addition, the USTR received a letter from the Veterinary Service/Russian Ministry of Agriculture stating that the Veterinary Service (VPSS) will no longer recognize USDA/Food Safety and Inspection Service's (FSIS) authority to approve plants or certify that corrective measures have been properly taken by U.S. plants and cold storage facilities. VPSS stated in the letter that its action was based on a number of what it considered shortcomings by FSIS. Among the shortcomings were the continual issues of improperly completed export certificates, failure of corrective actions cited during the 2007 audits of U.S. poultry plants, ongoing findings of positive tests for *Salmonella*, poultry with arsenic levels above the permitted Russian standard, and other problems. The VPSS letter was an agenda item for the USTR/USDA meeting in Washington on October 8-9, 2008.

## White Meat (B/S Breast Meat)

While exports will be important, the key to restoring profitability is to improve white meat (B/S Breast) pricing from about $1.14 per pound today to an estimated annual average $1.75 -$2.00 per pound. Given the current demand environment, we believe this can be achieved if deboned breast meat production is cut about 10% by reducing big-bird deboning vs small bird production. If the demand through foodservice fails to start a recovery by next spring, it may take a combination of a longer period of cutting or deeper cuts to get there. EMI Analytics is not currently forecasting such a production cut; therefore, EMI's current forecast indicates peak pricing in the $1.60 per pound range in 2009 as illustrated in the next Chart. Therefore, it is our opinion that substantially more production cuts are required.

## Competing Meats

The goal is to raise pricing on poultry products to levels which cover production costs, but that is difficult to achieve when meat supplies are exceeding demand. Compounding this are abundant supplies of the competing meat proteins and a soft consumer demand segment.

The pork industry expanded rapidly between Q4/07 and Q3/08, resulting in a flood of cheap pork on the market. Although the pork industry is finally starting to reduce its production, declines in 2009 are expected to be modest in the 2% to 3% range, in part because of animals already growing and in part because export demand for pork products remains strong.

Furthermore, the beef industry has been rapidly liquidating its herd, resulting in an increased supply of beef which dominated the 4th of July Holiday and throughout the summer. After an expansion of 4% in the first half of 2008, beef production is starting to show production cuts not seen since 2004. As with pork, declines are expected through much of 2009, but the extent may be limited by the desire of packers to capitalize on renewed market access to key, high value export markets such as Japan and Korea.



We expect the entire protein complex to have substantially reduced production and inventories by earliest Q1/09 but more likely by Q2/09. This should enable a small contra-seasonal rise in poultry prices during the late winter months and more substantial increases by Q2/09. We further anticipate that higher production cuts than currently projected will have to take place in the poultry industry as a result of the unsustainable losses. We will be unable to predict when the industry will return to sustainable profitability until we see production cuts well in excess of those currently projected. However, chicken will always be the price winner over pork and beef. If the industry can maintain its current high prices on leg quarters and maintain its current export volumes of dark meat, we are convinced that the industry can get B/S Breast meat up to around $1.75 per pound, a level sufficient to make the industry marginally profitable based on average corn prices in 2009 averaging $5.13 and leg quarter pricing steady at around $0.48 per pound.

Chicken remains the number-one animal meat protein consumed in the USA, with purchases per capita of nearly 90 pounds per year. Consumer expenditures on chicken are estimated at $140 per person per year. As the increased cost of producing chickens is passed on to consumers, they will be directly impacted. It is impossible to predict or estimate how much this impact will be, but an impact of even 10 percent would amount to $14 per person or $56 for a household of four persons.

## Appendix 1

**Developments in the U.S. Ethanol Sector**

Bio fuels have been a major factor for feed grain and livestock markets, with corn used in ethanol rising from 2.1 billion bushels in 2006/07 to an expected 4.1 billion in 2008/09. This increase in corn for ethanol exceeds the entire expected increase in total corn production over this period. Corn used in ethanol accounted for 12% of total corn use in 2004, 14% in 2005, 19% in 2006, 23% in 2007 and is estimated to increase to 32% in 2008. The market projects a continually tight corn supply and increased demand for the next several years, evidenced in current high cash prices and futures prices that are expected to persist for several years to come.

| EMI Express Markets, Inc. Analytics | | | | | USDA Forecast | USDA Forecast |
|---|---|---|---|---|---|---|
| CORN | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
| Planted (million acres) | 78.6 | 80.9 | 81.8 | 78.3 | 93.6 | 87.0 |
| Harvested | 70.9 | 73.6 | 75.1 | 70.6 | 86.5 | 79.3 |
| Yield (bu./acre) | 142.2 | 160.4 | 148.0 | 149.1 | 151.1 | 152.3 |
| Beginning Stocks (mill bu.) | 1,087 | 958 | 2,114 | 1,967 | 1,304 | 1,576 |
| Production | 10,089 | 11,807 | 11,114 | 10,535 | 13,074 | 12,073 |
| Imports | 14 | 11 | 9 | 10 | 18 | 15 |
| Total Supply | 11,190 | 12,776 | 13,237 | 12,512 | 14,396 | 13,663 |
| Feed and Residual | 5,795 | 6,162 | 6,141 | 5,600 | 6,050 | 5,200 |
| Food, Seed and Industrial | 2,537 | 2,686 | 2,981 | 3,486 | 4,345 | 5,445 |
| Ethanol | 1,168 | 1,323 | 1,603 | 2,115 | 3,000 | 4,100 |
| Total Domestic | 8,332 | 8,848 | 9,122 | 9,086 | 10,395 | 10,645 |
| Exports | 1,900 | 1,814 | 2,147 | 2,125 | 2,425 | 2,000 |
| Total Use | 10,232 | 10,662 | 11,270 | 11,210 | 12,820 | 12,645 |
| Ending Stocks | 958 | 2,114 | 1,967 | 1,304 | 1,576 | 1,018 |
| Fall Average Price | 2.22 | 2.07 | 2.04 | 3.04 | 3.74 | 5.50 |
| STOCKS TO USE | 9.36% | 19.83% | 17.45% | 11.64% | 12.29% | 8.05% |

The U.S. Government has an over 30 year history of aiding the biofuel industry. In 1978 the first Federal supports for use of ethanol blended with gasoline were set at a fixed $0.40 per gallon payment for 1 gallon of ethanol added to 9 gallons of gasoline to make gasohol, now known as "E10". Subsequent programs changed support levels and added usage mandates.

By 2004, corn used in ethanol had increased to a then record high 1.3 billion bushels, partly due to a $0.51 per gallon tax credit, steady gains in ethanol production efficiency, and higher oil prices, spurring investment in ethanol plants. Between 2000 and 2005, corn used in ethanol

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Rabo_0000054587

increased an average of 174 million bushels per year; however, corn production over that period rose by an average of 473 million bushels per year, due entirely to increases in yields per acre. By the end of the 2004 crop year, corn carryover stocks amounted to over 2.1 billion bushels, consistent with long-term average carryover levels. The pace of ethanol expansion began to accelerate during the 2004-2005 period after a report produced by the Energy Policy Development Group advocated increasing energy supplies including renewable energy: bio fuels were going to be a part of any newly enacted national energy policy. The Energy Policy Act of 2005 (the "2005 Energy Bill") initiated unprecedented mandates for ethanol consumption: 4 billion gallons in 2006, 4.7 in 2007 and 5.4 in 2008. Assured of a market and supported by the blender's credit, the ethanol sector began a period of rapid expansion, increasing production from 3.9 billion gallons in 2005 to 6.5 billion gallons in 2007. All these factors contributed to produce a run up of nearly 60% in corn prices, from about $2.22 per bushel in August 2006 to about $3.52 in April 2007.

With the passage of the 2008 Farm Bill, current Federal Law pays a fixed minimum of $0.46 per gallon for all ethanol blended with gasoline. In December 2007, the U.S. Congress enacted the Energy Independence and Security Act of 2007 (the "2007 Energy Bill") which mandated 9 billion gallons of renewable food-based bio fuel use in 2008 (nearly doubling the existing RFS of 5.4 billion gallons under the 2005 Energy Bill), 10.5 billion in 2009 and 15 billion gallons by 2015. Additional Federal mandates for bio fuels raise the total mandate to 36 billion gallons in 2022.

The following chart is a display of the current energy mandate in comparison with the Energy Policy Act of 2005. The new mandate calls for ethanol production sourced from different inputs. Grain based ethanol is mandated to account for 15 billion gallons of ethanol by 2015 and continue at that level. Expansion in other ethanol production methods such as cellulosic, non-cellulosic advanced (sugar based ethanol), and biomass based diesel account for the other methods to reach the 36 billion gallon mandate by 2022.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Rabo_0000054588



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                    Rabo_0000054589

# Exhibit 10
# (ECF No. 4876-14)

**From:** Weststrate, AC (Adriaan) <Adriaan.Weststrate@rabobank.com>
**Sent:** Monday, January 05, 2009 12:17 PM
**To:** Sue Trudell
**Subject:** RE: Poultry Industry Memorandum Bi-Weekly Update 4.doc

Sue,

10AM tomorrow morning works fine !! I will call you.

Adriaan

> Adriaan C. Weststrate
> Managing Director
> Rabobank International
> 1180 Peachtree St
> Suite 2200
> Atlanta, Georgia 30309
> tel: 404 870 8006 cell: 404 229 8910 fax: 404 870 8025
> adriaan.weststrate@rabobank.com
www.rabobank.com

**From:** Sue Trudell [mailto:strudell@emianalytics.com]
**Sent:** Monday, January 05, 2009 12:12 PM
**To:** Weststrate, AC (Adriaan)
**Subject:** RE: Poultry Industry Memorandum Bi-Weekly Update 4.doc

Hi, Adriaan—
Happy New Year! I am increasingly optimistic that this year will be better than 2008 for all of us who care about poultry. (Well, I guess it pretty much HAS to be better than 2008—couldn't be worse!)

I did see the announcement. I'm not completely surprised, as recently we and Agri Stats have been directed toward Leland more and more. I'm particularly pleased to see Donnie Smith's change. I have long felt that Tyson needed one person over all of its chicken sales—it has not been easy for Retail and Foodservice to juggle the recessionary demand changes, because there was no mechanism for communication and coordination among the different sales channels. I knew they were working in that direction and Donnie Smith will be excellent.

Finalizing an update by Friday would work well. The models look much more positive, now that Russia is settled and the production cuts are holding. The supply flock is down enough that it can't be quickly rebuilt, and beef & pork supplies are also tightening. In recent weeks I have heard consistent complaints from second stage processors (those not allied with primaries, like Zartic, Barbour Foods, Brakebush) that they are having to pay more for raw materials. For years these firms have been able to cherry pick the lowest input prices for breast meat etc. and often undercut the primary producers on further processing business. I take consistent complaints about short supplies and higher prices as a good indicator that the reduction in chicken production is working. (But if you have any business with such firms, it may be something to watch.)

Would Tuesday at 10:00 work for you? If not, any time Tuesday afternoon. In the meantime, I'll work on a draft.

Best regards,

HIGHLY CONFIDENTIAL -
SUBJECT TO PROTECTIVE ORDER

AGSTAT-15397127

*Sue*

Sue Trudell
Vice President
EMI Analytics

260-407-2733 office
260-414-3356 cell

strudell@expressmarketsinc.com

---

**From:** Weststrate, AC (Adriaan) [mailto:Adriaan.Weststrate@rabobank.com]
**Sent:** Monday, January 05, 2009 11:49 AM
**To:** Sue Trudell
**Subject:** Poultry Industry Memorandum Bi-Weekly Update 4.doc

Sue,

I hope you had a wonderful Holiday with your family and wish you all the best for 2009.

You probably saw the announcement of TSN that Dick Bond is out !!

I would like to get the 4th Update of our Memorandum out by this Friday afternoon the 9th. Do you think you could draft an update and maybe we can get on a conference call either today or tomorrow to catch up on the latest and greatest in the industry.

I hope to make this a bit of a broader update to lay the basis of the expected recovery in 2009. TSN is now also cutting back, Russia is resolved and hopefully the economic stimulus package of the new government will bring demand back a little.

What is a good time to have a call and do you think Friday is OK to get the 4th update out ?

Regards,
Adriaan

---

This email (including any attachments to it) is confidential, legally privileged, subject to copyright and is sent for the personal attention of the intended recipient only. If you have received this email in error, please advise us immediately and delete it. You are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Although we have taken reasonable precautions to ensure no viruses are present in this email, we cannot accept responsibility for any loss or damage arising from the viruses in this email or attachments. We exclude any liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided in this email or its attachments, unless that information is subsequently confirmed in writing. If this email contains an offer, that should be considered as an invitation to treat.

---

HIGHLY CONFIDENTIAL -
SUBJECT TO PROTECTIVE ORDER

# Exhibit 11
# (ECF No. 4372-5)

**From**: Weststrate, AC (Adriaan) [/O=RABOBANKINTERNATIONAL/OU=AMERICA/CN=RECIPIENTS/CN=WESTSTRATEA]
**Sent**: 11/11/2013 8:41:50 PM
**To**: 'Perdue, Jim' [Jim.Perdue@Perdue.com]
**Subject**: Dinner Meeting

Jim,

I very much enjoyed our dinner in Charlotte and the frank and open way we discussed the business. Please let me know whether you and Mark are able to attend our F&A Dinner in NY on December 5.

I relayed your answer re the issue I brought up at the end of our dinner. I was asked to relay to you that all of the upside of the current strategy would be shared in by Perdue.

Please give my regards to Jan.

With best personal regards,
Adriaan

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Exhibit 12
# (ECF No. 4372-7)

**From**: Weststrate, AC (Adriaan) [/O=RABOBANKINTERNATIONAL/OU=AMERICA/CN=RECIPIENTS/CN=WESTSTRATEA]
**Sent**: 11/19/2013 1:49:57 PM
**To**: 'Bill Lovette' [Bill.Lovette@pilgrims.com]; Wesley Batista [wbatista@jbs.com.br]
**Subject**: RE: JP

Thanks Bill. I think my dinner and your call will start a process of Jim really thinking what is best for P and for the family. Did he mention that he was going to be in NY at the F&A Dinner? He told me last week that he would be unable to be at the dinner on December 5. However, I would certainly try to make him change his mind and meet in NY.

Regards,
Adriaan

Adriaan C. Weststrate
Rabobank International
Managing Director Wholesale Clients Eastern Region
Global Co-Head Animal Protein
1180 Peachtree Street, Suite 2200
Atlanta, Georgia 30309
USA
adriaan.weststrate@rabobank.com
(404) 870-8006 (work)
(404) 229-8910 (cell)

-----Original Message-----
From: Bill Lovette [mailto:Bill.Lovette@pilgrims.com]
Sent: Tuesday, November 19, 2013 7:51 AM
To: Weststrate, AC (Adriaan); Wesley Batista
Subject: JP

I had a phone conversation with Jim this morning and he has a board meeting this week and will not be available for dinner. I reiterated our interest and he maintains the message he gave to you Adriaan, they are getting their house in order.
Still planning on seeing him in New York first week December.

Bill

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Exhibit 13
# (ECF No. 4372-8)

# FINAL TRANSCRIPT

Thomson StreetEvents℠

## PPC - Pilgrims Pride Corp at Jefferies & Co. Global Consumer Conference

Event Date/Time: Jun. 21. 2011 / 6:20PM GMT

THOMSON REUTERS

©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PILGRIMS-0002555910

FINAL TRANSCRIPT

Jun. 21. 2011 / 6:20PM, PPC - Pilgrims Pride Corp at Jefferies & Co. Global Consumer Conference

## CORPORATE PARTICIPANTS

**Bill Lovette**
*Pilgrim's Pride Corporation - President & CEO*

**Gary Rhodes**
*Pilgrim's Pride Corporation - VP, Corporate Communications & IR*

## CONFERENCE CALL PARTICIPANTS

**Jeff Farmer**
*Jefferies & Company - Analyst*

## PRESENTATION

**Jeff Farmer** - *Jefferies & Company - Analyst*

Good afternoon, everyone. My name is Jeff Farmer. I am Jefferies' food and beverage analyst. The next presenting company is Pilgrim's Pride, the second-largest chicken company in the US. Here to tell us more about the significant changes the Company has seen over the last two years, efforts to drive sustainable cost savings in Pilgrim's partnership with JBS is Bill Lovette, President and CEO. With that, I will turn it over to Bill.

---

**Bill Lovette** - *Pilgrim's Pride Corporation - President & CEO*

Thank you, Jeff and I appreciate everyone being here this afternoon. I look forward to telling you more about Pilgrim's Pride. So our presentation will contain forward-looking statements. Some of the things that we say may materially differ from our actual results. I will refer you to the Risk Factors section of our SEC filings to learn more about that.

Okay, so if you look at a summary of Pilgrim's investment highlights, we are a much different company today than that company that went into Chapter 11 bankruptcy in 2008 and emerged out of bankruptcy as well. We are now owned -- 67% of our stock, that is, is owned by JBS, the largest Brazilian meat company in the world and I will talk more about the synergies and advantages that that gives us in a few minutes.

We are a market-driven producer. We have a new management team and we are financially stronger with a more prudent capital structure than we were obviously before we went into bankruptcy.

We've also -- I think one of the biggest changes that has been made at Pilgrim's in the last two to three years is our leaner structure and we have taken out a lot of SG&A that I will talk a little bit more about in the last -- we have taken it out in the last two years. We have consolidated our headquarters with JBS in Greeley, Colorado and that has that continues to create shared synergies going forward.

So Pilgrim's Pride today, one of the benefits that we gain from being a part of JBS is global distribution. That has been a strong point of JBS for a number of years. And I can tell you that it has opened a lot of markets for us that otherwise would not have been available or as easily tapped into as we have now.

If you look at the last 12 months, our sales were $7.1 billion, adjusted EBITDA the last 12 months of 5.1% or just over $367 million. We have 42,000 team members in the US and Mexico. We operate facilities in 12 states, Puerto Rico and Mexico. And we export to 95 countries, as I have said, with the assistance of JBS. Market cap of just under $1 billion, $1.5 billion of debt and I've stated before, the JBS USA owns a little bit over two-thirds of our stock.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

THOMSON REUTERS

©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PILGRIMS-0002555911

We are the number two player globally in the chicken industry, as Jeff commented, with approximately 17% share behind Tyson at 22% share. 90% of our sales are produced from chickens in the US with 10% or 9% actually produced in Mexico.

We are a vertically integrated company, meaning that we operate throughout all points in the supply chain from the breeder stock, into the hatcheries, feed mill. We operate 40 hatcheries, 32 feed mills. We have 4100 family farmers that we contract with to grow our chickens and we haul them to our plants across the US, Puerto Rico and Mexico and then sell product into diverse channels. We think our diversity from a market segment helps us as we are not beholden to any one specific market segment. So we have good balance and I think I will show you a slide that depicts that later between food service and retail.

We are also diversified from a geographic point of view. Most of you have heard probably by now about the terrible storms that went throughout the state of Alabama in April and we were affected by those storms. The good news is, even though we had some damage at our operations in Alabama, we didn't miss a beat in terms of servicing our customers from other locations. And that is one reason this geographic diversity helps us. You can see that our operations are spread throughout the Southeast, primarily up into the Virginias and out west in Texas. Three plants in Mexico and one of the only vertically integrated operators on the island of Puerto Rico.

From a sales mix standpoint I mentioned earlier, we are equally dispersed in retail and food service, and about 41% export, comprises about 10% of our sales and commodity under 8% of our sales. We have gradually, but surely been able to improve our mix and we continue to focus on mix improvement where we position our products into a higher value and more profitable margin business over time.

One of the big changes since I have been with the Company -- I joined the Company in January having spent my entire really life and certainly career in the chicken business. One of the things that I changed as of April 25 was whereas Pilgrim's before was managed centrally from a corporate office and the mix primarily was managed from a centralized perspective, we put the business into business units along customer segments -- retail, fresh food service, commercial and prepared foods. We now have a general manager in charge of each of these businesses.

I continued to ask the question when I first got to Pilgrim's -- who owns the mix and who owns the cost of that mix and who owns the profitability of that mix in a given location? And I noticed when I asked that question, I got a lot of blank stares and it was pretty evident that no one owned the mix, no one owned the profitability of that mix in a given location until it got to me, the CEO. And having been in the business for a while, I knew that that was not the optimal arrangement.

So we realigned our organization and drove accountability much deeper in the organization. And each one of these business units does operate from an independent P&L standpoint. We have given those managers complete autonomy to design their mix to the most profitable level and I can tell you we are already seeing results of that realignment as we speak. The downside of this type of arrangement could be internal competition and I am well aware of that risk. And so we also have processes and procedures and methodologies in place such that we do keep our production coordinated, but again the big value from this is driving that responsibility and accountability for the margin way deeper into the organization.

So from an improvement standpoint, we have talked about this numerous times in public forums about our $400 million improvement plan. This plan was really hatched before I got there, no pun intended, but started out as a $200 million improvement plan that was put in place in Q4 of 2010. About $50 million was realized in 2004 and so we believe or we believed, as we entered 2011, that we could capture an incremental $350 million of cost savings and throughput improvements and efficiency improvements in the business.

I would tell you we had a rough first quarter as it relates to this program due to some inclement weather, due to lack of export demand, pricing pressure and inventory liquidation, which we have widely discussed. But since the end of the first quarter, I would tell you we are very pleased with the pace of the improvements that we are seeing out of this activity. And we know we have a good story to tell with regard to this plan.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PILGRIMS-0002555912

Our goal is to be at an annualized run rate of the $400 million by the end of this year, and we are confident that we can be there and we believe that somewhere between $200 million, $250 million or so of this money will be realized in the current fiscal year.

Some of the drivers that are on the screen, conversion to manual breast deboning as opposed to automated deboning that the Company got itself into four or five years ago is a big contributor to that. We found when we convert to manual breast deboning, we realize over a 1% yield improvement, which is huge financially for us. Improvement in meat block utilization is another big contributor and we have also made some capital projects to improve our further processing equipment as well.

So also margin expansion through other cost-savings initiatives. In 2008, 2009, the Company did close or sell 10 plants, roughly 20% of its production or about 5% of total industry production. We get asked a lot of questions recently about chicken supplies and I think Pilgrim is looked to to be the leader in reducing supply. And I would tell you that we have demonstrated we have done our part in the past. I would tell you that we have adopted a new forward-looking modeling and forecasting system where we marry our demand with supply. And we have made adjustments in our footprint recently to get that in better balance so as not to continue to build inventory.

We reopened a former idled plant in Douglas, Georgia in January of this year. I can tell you, having been there, it is a nice plant, a great plant. It is going to be one of the most competitive plants I think in the industry and we are proud to have Douglas back in the family.

I talked earlier about some overhead initiatives. We continue to reduce cold storage warehouses. We are at 21 now as opposed to starting at 51. By the end of the summer, we will get that down to 17. We have negotiated many of our professional service contracts and fees and as I mentioned, we consolidated our headquarters in with JBS USA.

From an overhead initiative reduction plan, you can look back at 2007 and see that we were spending nearly $360 million in SG&A. We are at a run rate this year and we are confident we will be at under $200 million or around $200 million in SG&A savings, about $156 million since 2007.

A number of initiatives have been put in place to accomplish this, a reduction in nearly 900 corporate staff, reducing the outside services, closing the headquarters in Pittsburg, Texas and then integrating many administrative functions with JBS USA.

Along that line, some of the activities that we have engaged in to do that, you can see on the screen, 458 of those 900 were corporate positions eliminated in 2010. We combined our purchasing power in reducing supplier and logistics expense as well. And aside from the $156 million that we saved in Pilgrim's SG&A, we share savings of roughly $200 million with JBS USA by combining a lot of these functions.

So we have a strong customer base. Pilgrim's has built a great business over the years in the food service business with great diversity both in chain accounts and broad line distributors. And you can see the names up there. We have also got a great business in the retail side of the business with Wal-Mart being our largest customer in total.

As I said before, one of the things that I have noticed in coming to Pilgrim's and seeing the JBS influence is it gives us a much stronger global perspective. We have entered markets in the Middle East and Africa, Southeast Asia that I don't believe would have been as easily penetrated were it not for the presence of JBS already in those markets and we continue to have benefits of some of those export sales as a result.

One of the issues that, if you follow the chicken business, you know is weighting on our industry is soaring feed cost. In the first quarter alone, our feed cost was over $188 million more than the same period in 2010. We have taken steps to cover ourselves on the upside, 100% on corn and 50% on soybean meal for the rest of the year. And we continue to have conversations with our customers about the idea of sharing this cost risk as we go forward in our sales contracts in the future.

THOMSON REUTERS

©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PILGRIMS-0002555913

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

FINAL TRANSCRIPT

Jun. 21. 2011 / 6:20PM, PPC - Pilgrims Pride Corp at Jefferies & Co. Global Consumer Conference

So if you think about the chicken business, it has been a tough business this year as we have spent most of the year in one of these downcycles that we seem to spend every three to five years in. Feed costs have gone up proportionally much more than chicken pricing. I would tell you that we are surprised that chicken pricing has not gotten a lift due to the competitive nature of beef and pork being at a relatively high price and we think there has been a fundamental lack of demand perhaps in all protein and chicken has just not been able to get out of a burdensome supply and cold storage in terms of taking pricing up.

I would tell you that we are now seeing reductions in egg sets and chick placements as we go forward and we believe that, through the rest of this year, we will see reductions in the supply of chicken produced in the order of 4% to 6% by the time we get into Q4.

So, as a summary of the investment highlights, again, Pilgrim's is a much different company. We are leaner, more agile. We think we have great benefit of being a partner with JBS and an affiliation with JBS. I went over the financials earlier. We are excited about the $400 million cost reduction plan and the progress that we are now making with regard to that plan. We continue to be able to take advantage of our synergies with JBS to the order of sharing $220 million or so for the year. So with that, I will open the floor to questions.

---

## QUESTIONS AND ANSWERS

**Unidentified Audience Member**

(Inaudible - microphone inaccessible)

---

**Bill Lovette** - *Pilgrim's Pride Corporation - President & CEO*

So the question is are we seeing our competitors act rationally in the same manner we are. That is hard to say. I can only tell you what we see in the numbers and albeit having taken too long, we are finally seeing now, I think for the last four or five weeks, 3% reduction in egg sets. Again, we have reason to believe that that is going to carry on into Q3 and Q4. And we will end up the year with something on the order of 4%, 5%, 6% or more reduction in egg sets.

The industry has not made money, I don't believe, in a single week of this year and so that is not sustainable from an industry perspective. And I think it is for that reason and for the volatility that we see in the ingredients markets, we don't believe that the industry will continue to produce more chickens. As a matter of fact, we believe it will produce less chicken. We do have burdensome cold storage inventories relative to recent history and we believe that there needs to be a reduction in cold storage inventories as well to get pricing where seasonally it ought to be right now. Jeff?

---

**Jeff Farmer** - *Jefferies & Company - Analyst*

Following up on the cold storage part of that, so I think total chicken (inaudible) 18% chicken breasts, plus 32% (inaudible), if you look at the fact that (inaudible) production (inaudible), how long would it take to burn off that (inaudible)? What's sort of the case study there (inaudible)?

---

**Bill Lovette** - *Pilgrim's Pride Corporation - President & CEO*

So the question is how long will it take to burn off enough inventory to make a meaningful effect on price I believe is what Jeff was getting at. If we look back at recent history, the good news is we are coming into the season where chicken consumption typically goes up, summer grilling season and whatnot. It has taken as much as six months or so in other periods of time to whittle down 60 to 80 million pounds of total inventory, and it may take that long this time.

4

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

SA95

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PILGRIMS-0002555914

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

FINAL TRANSCRIPT

Jun. 21. 2011 / 6:20PM, PPC - Pilgrims Pride Corp at Jefferies & Co. Global Consumer Conference

I know the sooner that we get to production cuts that are meaningful and stay in place than the shorter period of time it is obviously going to take to do that. But I think through the rest of this calendar year would be my guess, Jeff.

---

**Unidentified Audience Member**

(Inaudible - microphone inaccessible)

---

**Bill Lovette** - *Pilgrim's Pride Corporation - President & CEO*

So the question is why does JBS not own 100% of the stock as opposed to 67%. When the acquisition was first contemplated, as I understand it, there were some issues whereby the Pilgrim's family wanted to retain an ownership piece and they did, and there was also -- Gary, you correct me if I am not correct about this -- but there is a standstill agreement in place whereby JBS really cannot just buy stock in the open market until sometime in January of 2012 as a part of a previously contemplated IPO of JBS USA. That is primarily the reasons right now. Anything to add, Gary?

---

**Gary Rhodes** - *Pilgrim's Pride Corporation - VP, Corporate Communications & IR*

No.

---

**Bill Lovette** - *Pilgrim's Pride Corporation - President & CEO*

Okay.

---

**Unidentified Audience Member**

(Inaudible - microphone inaccessible)

---

**Bill Lovette** - *Pilgrim's Pride Corporation - President & CEO*

Well, I would tell you that I don't think any specific customer channel is necessarily immune to price increases. And again, the question was is there any specific customer channel that we believe will receive price increases. Yes, I think it is going to speak to the health of that specific channel. There are various channels in the food service business that are enjoying more healthy traffic than others, QSR, some of the fast casual chains are doing better than some of the casual dining chains and family dining chains.

And I think we recognize that the restaurant business is competitive. We have had a lot of conversations with our customers in all the channels and they understand that the current risk-sharing borne by the chicken industry is not sustainable. So they understand the need to share some of that risk and volatility. We have had some great conversations with our customers who have fixed prices, but who have agreed to give us more in price even though we have a negotiated contract.

We expect that we will continue to have those conversations as the year goes by and we expect that, next year, we are not going to have as much fixed-price business in our portfolio as we have historically had. And I believe that because customers have been willing to have a conversation about sharing some of that risk and moving that pricing in shorter timeframes. Jeff?

---

**Jeff Farmer** - *Jefferies & Company - Analyst*

(Inaudible - microphone inaccessible)

5

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

THOMSON REUTERS

©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

SA96

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PILGRIMS-0002555915

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

FINAL TRANSCRIPT

Jun. 21. 2011 / 6:20PM, PPC - Pilgrims Pride Corp at Jefferies & Co. Global Consumer Conference

**Bill Lovette** - *Pilgrim's Pride Corporation - President & CEO*

Okay, so the question is around our credit facility covenants. We -- specifically I think you mentioned the senior leverage covenants. At the end of Q1, we were in compliance with all of our covenants. We have a great relationship with our banks. They understand our business model, they understand our Company, they understand our new management team and I think they are comfortable with our strategy.

We also have the support of JBS as well in that regard. We have an agreement in our facility whereby JBS can loan us up to $100 million that can count as EBITDA as a backstop. And I would tell you that we are comfortable as we look forward that we are going to be able to move through this year without those covenants being materially a negative issue for us.

---

**Jeff Farmer** - *Jefferies & Company - Analyst*

(inaudible) follow-up (inaudible) fairly materially from (inaudible). As you've had conversations with investors, what have they expressed to you about what they (inaudible) company is and in terms of (inaudible), would you believe (inaudible) the shares right now (inaudible)?

---

**Bill Lovette** - *Pilgrim's Pride Corporation - President & CEO*

Well, so the question is to what we owe the shares being off in the recent weeks in terms of value. And I would tell you a lot -- we have gotten a lot of questions about the question you just asked and that is about the covenants. We have gotten a lot of questions about the fundamentals of the chicken business going forward and will there be supply and demand rationalization.

I would tell you that we don't today have a liquidity issue and I think some parties have assumed that we would in the future. We don't believe that is going to be the case. We are actively managing our balance sheet. We are making sure that we manage our liquidity in the most responsible way. And like I said, we are working with JBS as we always have. We continue to have a great relationship with our banks. They understand our business and our strategy and our management team and we believe that, over the short period of time, other folks will understand that as well and be comfortable with the Company and our financial position going forward.

---

**Jeff Farmer** - *Jefferies & Company - Analyst*

Just one last one. Can you talk about -- historically, you have (inaudible) inventory (inaudible)?

---

**Bill Lovette** - *Pilgrim's Pride Corporation - President & CEO*

Yes, I think so. I think since we have seen -- gotten into spring and late spring and early summer, we have seen that supply begin to go down. I would expect that we will see a seasonal lift in demand like we usually do in the summertime and a commensurate rise in prices. Will they be as high as we expected earlier in the year? Maybe not, but still we expect to see an increase in demand and price. Thank you very much.

---

**Jeff Farmer** - *Jefferies & Company - Analyst*

Can I sneak one more in?

---

6

THOMSON REUTERS

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

SA97

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PILGRIMS-0002555916

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

FINAL TRANSCRIPT

Jun. 21. 2011 / 6:20PM, PPC - Pilgrims Pride Corp at Jefferies & Co. Global Consumer Conference

**Bill Lovette** - *Pilgrim's Pride Corporation - President & CEO*

Sure, Jeff.

---

**Jeff Farmer** - *Jefferies & Company - Analyst*

(inaudible) (audio ended in progress)

---

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2011, Thomson Reuters. All Rights Reserved.

7

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

SA98

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PILGRIMS-0002555917

# Exhibit 14
# (ECF No. 4372-9)

**From:** Weststrate, AC (Adriaan) [/O=RABOBANKINTERNATIONAL/OU=AMERICA/CN=RECIPIENTS/CN=WESTSTRATEA]
**Sent:** 6/22/2011 9:38:55 PM
**To:** 'Jackson, Don' [Don.Jackson@jbssa.com]; bill.lovette@pilgrimspride.com
**Subject:** Congratulations

Don and Bill,

Stock up 15% - we should ask Bill to talk more often about the industry!!

Congrats on getting the amendment done. Until 12/31/12 no more covenant worries. That only leaves Corn and Supply to worry about.

Regards,
Adriaan

**Adriaan C. Weststrate**
Managing Director Wholesale Clients Eastern Region
Global Co-Head Animal Protein
1180 Peachtree Street, Suite 2200
Atlanta, Georgia 30309
USA
adriaan.weststrate@rabobank.com
(404) 870-8006 (work)
(404) 229-8910 (cell)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Exhibit 15
# (ECF No. 4372-10)

**From:** Weststrate, AC (Adriaan) [/O=RABOBANKINTERNATIONAL/OU=AMERICA/CN=RECIPIENTS/CN=WESTSTRATEA]
**Sent:** 9/15/2011 12:22:04 AM
**To:** 'Jackson, Don' [Don.Jackson@jbssa.com]
**Subject:** RE: NAAAB global round table session - introductory remarks

Don,
Hope you and Teresa had a good time. Thanks for attending. If you don't mind I would like to follow up with you re a meeting of stakeholders to brainstorm about ways to improve the way the industry prices it's products. I also would like your help in drafting an article I would like to publish under Rabobank's name regarding this issue.
Best regards,
Adriaan

Sent with Good (www.good.com)

-----Original Message-----
**From:** Jackson, Don [Don.Jackson@jbssa.com]
**Sent:** Wednesday, September 14, 2011 11:12 AM Eastern Standard Time
**To:** Cordingley, B (Bill); Weststrate, AC (Adriaan); Kloosterman, AM (Lex)
**Cc:** Bucklin, RS (Robert); Carole Brookins; Patros, T (Toula)
**Subject:** Re: NAAAB global round table session - introductory remarks

Thank you so much for the opportunity to be a member of the NAAAB. The meeting was excellent, the speakers world class, the location fantastic. And the chance to exchange ideas with the other members the most valuable benefit of all.

Sorry for my early departure.

Thanks,

Don Jackson

On Sep 9, 2011, at 4:14 PM, "Cordingley, B (Bill)" <Bill.Cordingley@rabobank.com> wrote:

> Dear Don
>
> At next weeks NAAAB meeting we will hold a round table discussion on Wednesday morning that will address four key topics.
>
> 1. Globalization
>
> 2. Volatility
>
> 3. Sustainability
>
> 4. Ownership structures, capital and Rabobank's role
>
> I write to request you play an important role in the round table as one of the nominated speakers. Your role will to be to prepare 3-5 minutes of informal (from your seat with no slides or audiovisual) opening remarks on one of the 4 topic areas. You will be introduced by Carole Brookins (moderator) to present your remarks to help kick off the discussion on each topic. Carole will then lead the group through a discussion on the issues and ensure all perspectives are drawn out from the advisory board members. Each topic area will have approximately 30 minutes allotted with 10 minutes for the nominated speakers and the balance for open

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

discussion.
>
> The attached document gives an overview of the round table including the topic area we have nominated for you. It also lists a number of issues and questions under each topic that you might like to consider in preparing your thoughts. There is no need to cover all of the questions outlined, just the few you feel are most relevant and important.
>
> We are looking forward to a stimulating discussion and appreciate you making the effort to make the round table a success. If there is any reason you are unable to do this please let me know.
>
> I look forward to seeing you next week at the NAAAB meeting.
>
> Kind regards
>
> Bill Cordingley
> Managing Director
> Head of Food & Agribusiness Research and Advisory
> Americas region
>
> Rabobank International
> Food & Agribusiness Research and Advisory
> 245 Park Avenue, L36
> New York, NY 10167 USA
> Phone: + 1 212 808 6838
> Mob: + 1 347 556 0525
> E-mail: Bill.Cordingley@Rabobank.com<mailto:erin.fitzpatrick@rabobank.com>
> Website: http://www.rabobankamerica.com/far
>
> ______________________________
> This email (including any attachments to it) is confidential, legally privileged, subject to copyright and is sent for the personal attention of the intended recipient only. If you have received this email in error, please advise us immediately and delete it. You are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Although we have taken reasonable precautions to ensure no viruses are present in this email, we cannot accept responsibility for any loss or damage arising from the viruses in this email or attachments. We exclude any liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided in this email or its attachments, unless that information is subsequently confirmed in writing. If this email contains an offer, that should be considered as an invitation to treat.
> ______________________________
> <NAAAB2011_RoundTable.pptx>

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Exhibit 16
# (ECF No. 4372-11)



Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

Rabobank

Rabobank Outlook

February 2008

Adriaan Weststrate

***Rabobank International***

SA105

OKFoods_0000001575

Rabobank

# Contents

Section 1: Global economy

Section 2: Global meat demand

Section 3: Beef sector

Section 4: Pork sector

Section 5: Outlook



Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

Rabobank

# Global economy

3

*Rabobank International*

SA107

OKFoods_0000001577

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

# Growth in the global economy is expected to slow, partly due to the credit crisis in the U.S.

Rabobank

| | GDP Growth (y-o-y) | | | Inflation (y-o-y) | | |
|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2006 | 2007 | 2008 |
| United States | 2.9 | 2.1 | 1.6 | 3.2 | 4.1 | 2.8 |
| Eurozone | 2.9 | 2.7 | 1.8 | 2.2 | 2.1 | 2.5 |
| Japan | 2.4 | 1.8 | 1.8 | 0.2 | 0.0 | 0.4 |
| United Kingdom | 3.1 | 2.8 | 1.6 | 2.3 | 2.3 | 2.0 |
| China | 11.1 | 11.5 | 10.3 | 1.5 | 4.5 | 3.0 |
| World | 5.3 | 5.0 | 4.3 | | | |

Source: Rabobank International

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

# Consumer and business confidence in Europe has been negatively affected by increased food and energy costs...

Rabobank

Eurozone - Consumer confidence and PMI
2.5
-2.5
-7.5
-12.5
-17.5
-22.5
Index
65.0
62.5
60.0
57.5
55.0
52.5
50.0
47.5
45.0
Index
98
99
00
01
02
03
04
05
06
07
DG ECFIN, Consumer Surveys, Consumer confidence indicator
Business Surveys, PMI, Whole Economy, Composite, total
Source: Reuters EcoWin

5

*Rabobank International*

**SA109**

OKFoods_0000001579

# … which combined with the impact of past monetary tightening & the strength of the Euro will slow earnings growth in 2008

Rabobank

| | Yearly | | | Quarterly 2007/2008 | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | Q3/07 | Q4/07 | Q1/08 | Q2/08 |
| GDP | 2.9 | 2.7 | 1.8 | 0.8 | 0.4 | 0.3 | 0.4 |
| Consumption | 1.9 | 1.5 | 1.9 | 0.5 | 0.4 | 0.4 | 0.5 |
| Investment | 5.2 | 4.8 | 2.0 | 1.2 | 0.6 | 0.4 | 0.3 |
| Government | 1.9 | 2.1 | 1.9 | 0.6 | 0.5 | 0.5 | 0.5 |
| Trade | 0.2 | 0.3 | -0.2 | -0.1 | -0.1 | -0.1 | -0.1 |
| Inventories | 0.1 | 0.0 | 0.0 | 0.2 | 0.0 | 0.0 | 0.0 |
| CPI (%y-o-y) | 2.2 | 2.1 | 2.5 | | | | |
| Unemp. %rate | 8.3 | 7.4 | 7.2 | | | | |

Source: Rabobank International

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

# European Central Bank is expected to move towards 'risk management light'

Rabobank

ECB Refi rate and headline inflation
Percent
5.0
4.0
3.0
2.0
1.0
0.0
99
00
01
02
03
04
05
06
07
08
Policy Rates, ECB Minimum Bid Rate, EUR
Eurostat, Consumer Prices, All Items, CP00, Total, Index
Source: Reuters EcoWin

7

Rabobank International

SA111

OKFoods_0000001581

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

Rabobank

# Japan – Pessimism overdone

Tankan diffusion indices sentiment:
manufacturing
non-manufacturing
60
50
40
30
20
10
0
-10
-20
-30
-40
-50
-60
90
91
92
93
94
95
96
97
98
99
00
01
02
03
04
05
06
07

Source: CEIC Data, Rabobank International

8

*Rabobank International*

SA112

OKFoods_0000001582



Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

Rabobank

# China – Tightening to see moderation

8
6
4
2
0
-2
-4
24
22
20
18
16
14
12
10
1997
1998
1999
2000
2001
2002
2003
2004
2005
2006
2007
2008
China: consumer prices (yoy change, %, lhs)
China: money supply - M2 (yoy change, %, +12 months, rhs)

Source: CEIC Data, Rabobank International

9

*Rabobank International*

**SA113**

OKFoods_0000001583



Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

Rabobank

# Meat demand

10

*Rabobank International*

SA114

OKFoods_0000001584

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

# Income and population growth will continue to be key drivers of increased food consumption

Rabobank

Income and population growth in selected countries
2.0%
1.5%
1.0%
0.5%
0.0%
-0.5%
-1.0%
CAGR population (05-10)
0%
2%
4%
6%
8%
10%
12%
Brazil
India
China
US
Mexico
Argentina
France
Italy
Japan
Germany
Russia
Income growth (07)

Size of bubble = 2006 population

Source: UN, IMF, Rabobank

*Rabobank International*

11

SA115

OKFoods_0000001585

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

# Globally, meat consumption is forecast to increase by more than 2% pa between 2005 and 2015

Rabobank

Global meat demand
million tonnes
350,000
300,000
250,000
200,000
150,000
100,000
50,000
0
1985
1995
2005
2015f
Beef
Pork
Poultry
Sheepmeat

Source: FAPRI, Rabobank

- Demand growth will come from economic growth combined with population growth
- Meat consumption to increase from 50 to 56 kg per capita between 2005 and 2015
- Poultry continues to take stomach share away from beef, albeit at a reduced speed, but pork is also gaining due to increasing demand in China

12

***Rabobank International***

SA116

OKFoods_0000001586



# Demand for meat will drive trade in meat

- 17% production increase in the next decade will lead to a 28% increase in trade
- Market access restrictions persist
- Increase in meat imports
  - Japan
  - South Korea
  - Russia
  - Mexico
  - China
- Low USD benefits U.S. exporters

Source: FAPRI, Rabobank





Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

Rabobank

# Beef sector

14

Rabobank International

SA118

OKFoods_0000001588

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

# Mature markets dominate beef consumption but volume growth is expected to come from China and South America

Rabobank

Beef consumption selected countries, 2006-2010f
16,000
14,000
12,000
10,000
8,000
6,000
4,000
2,000
0
CAGR 1.3%
CAGR 2.0%
CAGR 4.7%
CAGR 1.9%
U.S.
Argentina
Brazil
Canada
China
EU
Japan
Mexico
Russia
South Korea
2006
2010f

Source: FAPRI, Rabobank

15

Rabobank International

SA119

OKFoods_0000001589



# U.S. consumers love their hamburgers

## Share of U.S. consumption by cuts

Source: USDA, Rabobank

- In 2007 the U.S. beef sector experienced record retail prices but still achieved record per capita expenditure
- In the face of ongoing high retail prices consumers are likely to trade down to cheaper cuts before they reduce the amount of beef they consume
- Beef is facing increasing competition from poultry in the foodservice channel

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

# Regaining market access and increasing beef exports will be important for the U.S. beef industry

Rabobank

Global beef exports, 2007e vs 2002
175%
8%
52%
-70%
-27%
8%
-41%
Brazil
Australia
Argentina
EU
Canada
New Zealand
U.S.

*Source: USDA, Rabobank*
*e = estimate*

- Brazil has emerged as the largest beef exporter in the world
- EU has moved from being a net exporter to net importer of beef
- U.S. is slowly regaining access to major export markets although export restrictions still persist
- In 2007 the U.S. exported 5.5% of its beef production

17

***Rabobank International***

SA121

OKFoods_0000001591



Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

Rabobank

# Pork sector

18

Rabobank International

SA122

OKFoods_0000001592

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

# China will continue to drive pork consumption as consumption will be relatively stable in developed countries

Rabobank

Pork consumption selected countries, 2006-2010f
'000 tonnes
60,000
50,000
40,000
30,000
20,000
10,000
0
CAGR 2.0%
U.S.
Brazil
Canada
China
EU
Japan
Mexico
Russia
2006
2010f

*Source: FAPRI, Rabobank*

19

***Rabobank International***

**SA123**

OKFoods_0000001593

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

# Global pork production is dominated by China, responsible for more than half of world production

Rabobank

Pork production in selected countries, 2007e ('000 tonnes)
2,980
1,850
47,000
22,040
1,880
9,877
1,832
Brazil
Canada
China
EU-27
Russia
U.S.
Vietnam

- Industrialized production is universal in North America and Europe and quickly being implemented in South America and even parts of Asia
- Production practices facing increasing scrutiny from an environmental perspective

*Source: USDA, Rabobank*
*e = estimate*

20

***Rabobank International***

SA124

OKFoods_0000001594

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

# Disease, high feed costs & structural changes impacted pork production in China in 2007

Rabobank

???
Chinese hog production, 2001 - 2008f
600
500
400
300
200
100
0
million head
10%
5%
0%
-5%
-10%
-15%
-20%
-25%
2001
2002
2003
2004
2005
2006
2007e
2008f
inventory
change yoy

Source: China Meat Association, Rabobank estimates

21

*Rabobank International*

SA125

OKFoods_0000001595

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

# The U.S. pork sector has had 16 years of record pork exports

Rabobank

Global pork exports, 2007e vs 2002
88%
21%
20%
28%
43%
U.S.
Brazil
Canada
EU
China

- EU remains the world's largest pork exporter
- Canadian industry going through significant restructuring
- U.S. supply could outgrow exports in 2008 which would result in lower prices
- China could shift from being a net exporter to net importer; predominantly for low value cuts (at least over the short term)

*Source: USDA, Rabobank*
*e = estimate*

22

***Rabobank International***

**SA126**

OKFoods_0000001596



Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

Rabobank

# Outlook

23

*Rabobank International*

SA127

OKFoods_0000001597

# Considerations for the U.S. poultry industry

Rabobank

- Economic slowdown will hit beef and pork harder than poultry
- Gaining additional market share in the U.S. will be difficult (record growth years are behind us)
- Export opportunities will be strongest in developing markets, but competition will be intense
- U.S. continues to have a feed cost advantage (as long as it is a net exporter of corn)
- Production discipline is paramount

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

# Long term wildcards for the global meat industry

Rabobank

- Market access
- Sustainable access to grain and water
- Animal disease
- Competition between meats
- Consumer preferences
- Global economic conditions

25

*Rabobank International*

SA129

OKFoods_0000001599



Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

# Rabobank International…

Rabobank

"The premier food and agribusiness bank in the United States"™

26

*Rabobank International*

SA130

OKFoods_0000001600

# Exhibit 17
# (ECF No. 4372-12)

**From:** Weststrate, AC (Adriaan) [/O=RABOBANKINTERNATIONAL/OU=AMERICA/CN=RECIPIENTS/CN=WESTSTRATEA]
**Sent:** 11/21/2011 10:18:53 PM
**To:** 'William Roenigk' [WRoenigk@chickenusa.org]
**CC:** Nelson, DC (David) (FAR) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NelsonDC]; 'Mike Brown' [mbrown@chickenusa.org]
**Subject:** RE: Your Grandfather's Chicken Industry: Not

Bill,

Thank you so much for your "honest" comments! We will definitely include these. If David or I have some further questions we will call you.

Have a great Thanksgiving!

Adriaan

Sent with Good (www.good.com)

-----Original Message-----
**From:** William Roenigk [WRoenigk@chickenusa.org]
**Sent:** Monday, November 21, 2011 03:01 PM Eastern Standard Time
**To:** Weststrate, AC (Adriaan)
**Cc:** Nelson, DC (David) (FAR); Mike Brown
**Subject:** Your Grandfather's Chicken Industry: Not

You asked for my "honest feedback" and comments on the report that you will provide to Rabobank's clients when you meet in New York City next month. I realize you had to use the word "honest" because I am inside the Beltway. However, I try to give you my honest assessment for all my communications to you. I appreciate the opportunity to provide comments. Permit me to note the following:

- You suggest the report is "deliberately negative." I suggest it has the usual "Adriaan-level" of concern and caution, and not really overly negative. Your production adjustment for 2012 is about a 5 percent decrease. My adjustment is a 4 percent decrease compared to USDA's unrealistic decrease of 1.7 percent. Eventually, USDA will get closer to my number or even your number.
- Perhaps, the most important change I can suggest involves your take on the proposed GIPSA rule. In the last week or so the situation has changed about 180°. It looked like the final rule would place a heavy Draconian burden on the way the chicken industry has done business, especially with the contract growers, for five decades. Although there is need to be prudent and diligent until the new, reformed GIPSA proposal is actually available in December, I have many, if not every, reason(s) to believe the industry will continue to conduct business as it has for five decades. USDA has agreed to not go beyond what Congress directed in the 2008 Farm Bill. Some new GIPSA rules have already been enacted in the last year or two, but the industry has learned to live with the new rules with only small, manageable adaptions to regular business. The bottom line is that I suggest a re-write of the references to the proposed GIPSA and acknowledge that while certain changes may be forthcoming the required changes should be quite livable for the most part, including ceasing operations at complexes when necessary.
- I agree the industry needs to become more export-oriented, but wonder if a small whole bird is the answer.
- I agree the U.S. government does not provide the level of support found in competing countries. The EU may be the exception but France and Germany are not competitive, anymore.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

- Lack of beef supplies will be a great help to the chicken market through at least 2015, but, I agree, over-playing that card can be costly. If coarsely-ground chicken doesn't make some in-roads into the ground beef market in the next 2-3 years, the golden opportunity will be gone, may be for a long time.
- Demand for chicken has not stagnated. Per capita consumption has fallen and will continue to fall in 2012. Ron Plain/University of Missouri has chicken demand up (+2.7%) this year compared with the previous 12-months.
- Your concern about boneless/skinless breast meat compared with leg meat is legitimate. B/S thigh meat is now most often priced higher at the wholesale level than b/s breast meat. The geneticists have not completed their re-figuration of the broilers to get more breast meat.
- Regarding profitability, I understand your reasoning to call for a 7-8 percent cut-back on production. However, a 4-5 percent adjustment should be sufficient if there is an adequate corn crop in2012. I realize that is a big "if."
- Risk management is an interesting questions. You can pay someone to assume the risk if there is a futures market, you can assume the risk yourself or you can split the difference with contracts with your major customers. It is difficult for me to see a futures contract for any chicken parts/products.
- Consolidation is also an interesting question. Ten companies in ten years is highly unlikely, but the loss of one or two players per year even when the industry becomes profitable in 2012 and beyond will continue to be the pace.

If the above comments are helpful, please consider them. I suggest the most helpful comment is to re-write the narrative on the proposed GIPSA rule to bring the report up-to-date. The other comments are the usual give-and-take about the world of chicken.

My Oldsmobile was not the same as my grandfather's Oldsmobile. And, he is gone and so is my Oldsmobile and the whole Oldsmobile name. I don't think that will happen to the chicken industry.
Call me if you need to discuss. Regards.

William P. Roenigk
Senior Vice President
National Chicken Council
1015 15th Street, NW, Suite 930
Washington, DC 20005
202-296-2622 ext. 118
202-295-4005 (fax)
wroenigk@chickenusa.org
www.nationalchicken.com

This e-mail and any files transmitted with it are confidential and intended solely for the use of the addressee(s) or, in the case of a member of the National Chicken Council, that member company. If you have received this e-mail in error please notify the sender and your organization's e-mail manager and delete the message and any attachments from your system. Please note that any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the Council. Finally, the recipient should check this e-mail and any attachments for the presence of viruses. The Council accepts no liability for any damage caused by any virus transmitted by this e-mail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Exhibit 18
# (ECF No. 4372-2)

**From:** Sue Trudell [strudell@emianalytics.com]
**Sent:** 8/7/2008 3:09:54 PM
**To:** Weststrate, AC (Adriaan) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=WeststrateA]
**Subject:** RE: Poultry Slides
**Attachments:** B-S Breast Meat Ests..doc; Whole Broiler Cut Ests..doc; MethodSummaryWholeDemand.doc; Wing Meat Ests..doc; MethodSummaryWingDemand.doc; Methodology Summary for LQ.doc; LQ Ests Prod Cuts.doc; Methodology Summary for Per Capita B.doc

Hi, Adriaan—
Hmm, Atlanta. But northern Indiana is so much FUN in the winter! ☺

I also am apprehensive on the mentality change. Yes, corn and beans are down some---but we do not think it will keep going down and there is so much that can go wrong! And most producers would not make money even with $4 corn, which nobody is suggesting we'll get. Also, we see basis estimates edging higher, so the lower cost on the CBOT isn't getting fully transmitted to the mills making the feed. It is something they could hedge against, but so many of our producers still say "if corn goes up it goes up for everyone" and don't analyze it. I suppose it would also be difficult to tell producers to hedge NOW, when they would feel they were locking in a loss. Probably less of a loss than if they don't! But still, tough to consider.

Eric has updated his corn and meal forecasts, and I will update the slides you listed below, and send them to you. I've also attached some Word docs you may find of interest.

I have been asked by several producers to estimate market impacts of various production cuts. I didn't want the estimates passed around without the bullet points listing assumptions and variable factors, which is why I assembled them the way I did. I've done breast meat, wings, leg quarters, and whole birds.

Each cut has two documents—one summarizing the analysis, and one with the background methodology. I tried to keep them as short as possible so there are many inherent assumptions and factors which are not listed. And, much depends on how much of a cut, how quickly, and which types of products are cut (big bird, small bird). Hopefully, they will help with considering various scenarios.

I've sent them to two producers. My cover email pointed out that with the assumptions as outlined, and all other things equal, the average producer would not make money at any point in 2009 unless cuts of 6% or more were made and maintained. That assumes more of the cuts are in big-bird deboning than other areas, which would pull down breast meat supplies at a higher rate.

Please look these over when you have a chance, and I would love to hear your comments or suggestions. And, if there are any of these charts you would like dropped into powerpoint, let me know and I'll get them to you.

I will update the slides listed below and get them to you; it will likely be early afternoon. I'm not sure they will help calm the credit folks down! It looks dismal unless broiler producers cut more and stick with it, or foodservice recovers, or costs are a lot lower, or other meats drop more than we think, or some combination thereof.

After I get them to you and you've had a chance to look things over, perhaps we could set a time for tomorrow morning to discuss? Any time in the morning works from my end.

Take care,

*Sue*

Sue Trudell
Vice President
EMI Analytics

260-407-2733 office
260-414-3356 cell

strudell@expressmarketsinc.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** Weststrate, AC (Adriaan) [mailto:Adriaan.Weststrate@rabobank.com]
**Sent:** Thursday, August 07, 2008 9:45 AM
**To:** Sue Trudell
**Subject:** RE: Poultry Slides

Good morning Sue,

If you ever want to live in Atlanta and work for Rabobank, just give the word !!

Thanks so much for your email. With corn now flirting with $5.00 levels, things have changed mentally so much for most producers that I am afraid the sense of urgency in cutting production is rapidly fading. I fully agree with you that even with $4 corn they would not make money at today's B/S price and I am really afraid of the vulnerability we have on the export side, both volume wise but especially price wise.

Since the market keeps changing so much and so quickly, my internal memo (trying to calm the credit folks down) is out of date by the time the ink is dry. If possible, I would like to ask you one more time to provide me with the updated slides (reflecting the latest numbers for corn, soymeal, production cuts etc.) for:
- CBOT Corn Futures
- CBOT Soybean Meal Futures
- Broiler Feed Cost per Live Pound
- US Broiler Average Profitability Index
- Quarterly Broiler Total Live Weight Production
- Weekly Broiler RTC Production
- EMI Leg Quarter, fresh
- EMI B/S Breast, Unsized, fresh
- Quarterly Pork Production
- Weekly Sow Slaughter
- Quarterly Beef Production

Sue, if there are any other slides you think even better drive the message home that we better fasten our seat belts over the next 12 months, please let me know.

Sue, if you have time maybe we can have a call together to exchange some info and talk about what we can do to make sure the industry "gets it".

Regards,
Adriaan

> **Adriaan C. Weststrate**
> Managing Director
> **Rabobank International**
> **1180 Peachtree St**
> **Suite 2200**
> **Atlanta, Georgia 30309**
> tel: 404 870 8006 cell: 404 229 8910 fax: 404 870 8025

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Exhibit 19
# (ECF No. 4372-3)

**From:** Sue Trudell [strudell@emianalytics.com]
**Sent:** 8/4/2008 8:42:56 PM
**To:** Weststrate, AC (Adriaan) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=WeststrateA]
**Subject:** RE: Poultry Slides
**Attachments:** NCC Outlook 7-08 compressed.ppt

Hi, Adriaan—
I've attached the presentation I used at NCC in case you haven't seen it. You are welcome to use this and any else of our material, however you would like! The presentation went very well, considering all I had was bad news. I tried to get the point across to the buyers that they would have to pay more for chicken, and that their producers are in financial distress. I hope the producers got the message to cut! I couldn't be totally blatant about it, particularly as it was at NCC.

The recent drops in corn and meal are good, it is better than $8.00 corn was. However, our guys wouldn't be making money with $3.00 corn right now! And we don't think well keep dropping or get anywhere near that low.

Eric has been updating feed cost projections, but is out of the office today due to a family death and won't be updating the text until tomorrow. We will rerun the cost section with the new data as soon as that's done. I'll rerun the cost slides and send to you, as soon as I know Eric is done with his adjustments. I'm afraid the drop in feed has been more than offset by extremely weak breast meat. (Did you know we are at record-low for August spot markets for breast meat?) He adjusted the corn & meal down in the short run, but then he had been expecting a drop-back from the June highs in his earlier projections. We just got it a little more quickly than he'd expected, and we're not convinced it will keep heading lower.

I agree we need to see more cuts. A few weeks of egg sets down 3% to 4% is a good start, but this will be slaughter post Labor Day when the seasonal demand changes to a lower preference for chicken. Chicken production usually drops in the fall and so do prices. I truly don't think 4% below year-ago is enough, unless they stick with it for many months. I would love to see 6%-8% for a while! And lighter weight in the deboning birds—we could get more of a cut in breast meat if they cut weights in addition to cutting head count. That's what it would take to get us back in the black, and even then not until spring.

I'm assuming down 5% in the first quarter of 2009 (compared with the big increase this year) and then down 2% to 3% for the rest of the year. Considering the poor demand in foodservice channels, that won't get the "average" company into profits at all in 2009. Unless foodservice, which has been the big area of increase for years, bounces back awfully quickly.

Now, we have increased concern about holding up the dark meat. You've seen the stories on lower volumes to Russia next year? It isn't final but it is an indicator that we can't be certain on the same volumes to Russia. Just think what the balance sheets would look like with leg quarters at 40 cents vs 50+ cents! I'm not saying that's my forecast for next year, but it is a definite risk.

I'm not very optimistic that our producers will make the level of cuts needed to shorten the correction. And if we do see strong cuts in chick placement data for a while, one or more producers may believe they don't have to stick with it because others are cutting.

My estimates indicate we need a 15% cut in b/s breast meat production to get to a $1.90 average (higher in summer, lower in winter). With foodservice sales of breast meat down, it may take more than 15%.

I just put in a calendar reminder on the slide updates—please let me know which ones would be of greatest interest. And of course, if there is something from a different presentation you would like updated, that is fine too.

Have a good day,

*Sue*

Sue Trudell
Vice President
EMI Analytics

260-407-2733 office
260-414-3356 cell

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

strudell@expressmarketsinc.com

---

**From:** Weststrate, AC (Adriaan) [mailto:Adriaan.Weststrate@rabobank.com]
**Sent:** Monday, August 04, 2008 3:30 PM
**To:** Sue Trudell
**Subject:** Poultry Slides

Sue,

It still doesn't look like we are getting some "real" cutbacks. How was your presentation ? I still have not submitted our internal memo in view of the recent changes in the prices of corn and soymeal, which fortunately will add some earnings to our clients. However, I remain extremely negative on the outlook for the next 12 months.

Sue, when will you have your updated slides available showing the drop in feed costs over the past 2 weeks ? Could I ask you one more time if I could use them for my memo ?

Thanks so much in advance.

Adriaan

> **Adriaan C. Weststrate**
> Managing Director
> **Rabobank International**
> **1180 Peachtree St**
> **Suite 2200**
> **Atlanta, Georgia 30309**
> tel: 404 870 8006 cell: 404 229 8910 fax: 404 870 8025
> adriaan.weststrate@rabobank.com
**www.rabobank.com**

---

This email (including any attachments to it) is confidential, legally privileged, subject to copyright and is sent for the personal attention of the intended recipient only. If you have received this email in error, please advise us immediately and delete it. You are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Although we have taken reasonable precautions to ensure no viruses are present in this email, we cannot accept responsibility for any loss or damage arising from the viruses in this email or attachments. We exclude any liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided in this email or its attachments, unless that information is subsequently confirmed in writing. If this email contains an offer, that should be considered as an invitation to treat.

---

# Exhibit 20
# (ECF No. 4372-4)

**From:** Weststrate, AC (Adriaan) [/O=RABOBANKINTERNATIONAL/OU=AMERICA/CN=RECIPIENTS/CN=WESTSTRATEA]
**Sent:** 10/1/2008 10:05:35 PM
**To:** 'strudell@emianalytics.com' [strudell@emianalytics.com]
**Subject:** Re: updated document

Sue,

Could you prepare one copy as you would want to see the final, I.e incl all the charts etc and incl your additional comments where you deem necessary ? The main question we need to answer is whether, how and when we feel the industry will start to show improving results and start being profitable again (2010?). We need to built a case here. I will call you tomorrow from DC. Thanks for all your help. I would like for you to join me in NY soon to present this memorandum to our senior credit people. Maybe we have to do a trip to Holland.
Adriaan

---

**From:** Sue Trudell
**To:** Weststrate, AC (Adriaan)
**Sent:** Wed Oct 01 17:08:14 2008
**Subject:** updated document
Hi, Adriaan—
I hope things went well today. If they pay attention, it could be a pivotal week for the industry.

The attached memo has my edits and suggestions. Where I had a comment versus an actual edit, I put it as [[SBT-- then the comment.

I copied updated charts into the attached powerpoint file—I did NOT replace the ones in the document. I included a few additional charts because I thought you might prefer one over another at certain spots.

I also put in the updated weekly hatch table & charts, from today's report, at the end of the other powerpoint charts. If anyone is disappointed that last week's minus 8% in egg sets wasn't repeated this week, you can remind them that the minus 8% will be Thanksgiving week which falls a little differently in the calendar this year.

A couple of thoughts—I think the concurrence of several events is what has made this so bad. The runaway feed costs, and I personally hold ethanol to blame for the "straw that broke the camel's back". I know there are other contributors but I do not think they would have had as harsh or as long-lasting an impact.

The second factor is that we had record production of every type of meat at the same time as the feed costs. It would have been easier if the cycles hadn't converged.

The third is the entire consumer angle. If it were not for high gas prices, housing crisis, developing financial issues, and poor consumer confidence, we would not have been struggling with all three at the same time. We're used to foodservice increasing its white meat chicken volume 4% or more a year—NOT a sudden drop of movement through that channel. That's been a profit darling for everyone, and suddenly it's gone right when we have a huge cost runup. If demand had been even flat, I think we could have worked through it far more quickly. Getting white meat in balance with demand is critical to passing on the higher costs. Whether that's cutting production, recover in demand (I'm not holding my breath on that), or a combination of both.

I had another thought but did not know where it might fit. The industry has demonstrated it can execute restraint and cut production—once in its history as a fully integrated industry, but then it was never necessary before. They took production flat in late 2006, then a small cut early 2007. The good thing is it is fairly recent, and essentially the same management is in place. The bad thing is it took them 6 months to get moving in that direction.

Adriaan, I hope I covered what you need. I know I have probably missed something or generated more questions than answers. And of course, discussions and events of the past week may have changed some of your needs as well. Please let me know whatever you need, and I'll get it. I'm in the office until the 13th (then I go to Tyson with an Agri Stats review). And my cell is below, please do not hesitate.

Take care,

*Sue*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Rabo_0000054089

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

Sue Trudell
Vice President
EMI Analytics

260-407-2733 office
260-414-3356 cell

strudell@expressmarketsinc.com

SA142

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Rabo_0000054090

# Exhibit 21
# (ECF No. 4876-4)

**From:** Weststrate, AC (Adriaan) [/O=RABOBANKINTERNATIONAL/OU=AMERICA/CN=RECIPIENTS/CN=WESTSTRATEA]
**Sent:** 8/4/2014 4:00:21 PM
**To:** 'Perdue, Jim' [Jim.Perdue@Perdue.com]
**Subject:** RE: Personal & Confidential

Jim,

I am afraid you mis-interpreted my email. I and Rabobank are very excited about all the progress being made and our assessment of Perdue is favorable. The SNC is a government body that rates syndicated facilities. They visit once a year for their audits. We did literally everything we could for them to change their opinion and rating but unfortunately were unsuccessful. This is not Rabobank putting a rating on Perdue. We were very disappointed in not being able to change their mind. I tried to explain the reasons they gave us for their rating. I have no problem in you sharing my email with your TEAM but please be advised that we are not even allowed to share the rating with the client. Only the banks are informed. We did inform Mark of the rating however in view of the refinancing later in the year.

Best regards,
Adriaan

**Adriaan C. Weststrate**
Rabobank International
Managing Director Wholesale Clients Eastern Region
Global Co-Head Animal Protein
1180 Peachtree Street, Suite 2200
Atlanta, Georgia 30309
USA
adriaan.weststrate@rabobank.com
(404) 870-8006 (work)
(404) 229-8910 (cell)

---

**From:** Perdue, Jim [mailto:Jim.Perdue@Perdue.com]
**Sent:** Monday, August 04, 2014 11:43 AM
**To:** Weststrate, AC (Adriaan)
**Subject:** RE: Personal & Confidential

Adriaan,

Before you and I take this any further, I need to share your information with my TEAM (5 senior members) and our board about your concerns with the facility. Let me know if you have a concern with that. I believe in " total transparency" with discussions like this. I am disappointed in your assessment of Perdue at this time. We have made more changes in strategy over the past 2 years than anyone in the industry in an effort to get to "blue waters" and I think we are making tremendous progress toward that end as we are becoming the go-to company when it comes to natural, ABF, organic, etc. protein (why do you think Chik-fil-A announced their ABF initiative?). The purpose, of course, is to prepare our business for the next downturn in poultry prices (which will happen) and/or increase in input costs (which will happen). I'd be happy to discuss this with you and hope that, at some point, you become as excited as we are in this strategy.

jim

---

**From:** Weststrate, AC (Adriaan) [mailto:Adriaan.Weststrate@rabobank.com]
**Sent:** Monday, August 04, 2014 11:04 AM
**To:** Perdue, Jim

**Subject:** Personal & Confidential
**Importance:** High

Jim,

Sorry I missed your call on Friday. I was in the air most of that day travelling back from Mexico. It is absolutely not necessary to make a separate trip to Atlanta or anywhere else to have dinner together. I can meet you in Salisbury. I just thought in case you had to be somewhere in the South, I could meet you there.

Jim, the purpose of the dinner is simply to spend some time together to talk about Perdue, the poultry industry in general, the outlook and the new consolidation wave we see coming in the next 12 months. I prefer to do this just between us versus a larger audience.

As you know, Perdue represents one of Rabobank's largest exposures, including the SIP Facility, in the US Poultry industry and we were very disappointed that the Shared National Credit (SNC) again classified Perdue as "Substandard" in their last review this past May. For an account that is rated Substandard and represents one of our largest exposures, I just would like for us to talk more regularly. I talk to the CEO's of all of our poultry clients frequently and would like to have that same dialogue with you.

Regarding the SNC Classification, while it is technically possible to ask for a midterm review in November, we will likely have Perdue at Substandard again until May / June of next year, which will definitely not benefit the refinancing of the Credit Facilities we are planning for Q4 of 2014.

One, but not the only, reason for the SNC to classify Perdue as Substandard is the fact that they look at the total leverage, including the SIP Facility and Securitization Facility, which results in Perdue being highly levered. In addition, they keep mentioning the low Fixed Charge Coverage Ratio (FCCR) and the low equity ratio. Given the growth plans of Agribusiness, the SIP debt will have to increase further and while you and I know that this is trade debt, the SNC includes it in their total leverage calculation. Furthermore, they always look at 12/31 numbers, at which point SIP outstanding is typically the highest.

Jim, as I have mentioned several times, a permanent solution to this issue is to explore having standalone facilities for Perdue Farms and Perdue Agribusiness, something I would like to explore again with you at dinner. Rabobank could possibly put some Subordinated Debt in the Poultry Company, which would result in both companies being rated a "Pass" for the SNC. Agribusiness would likely never be substandard again, with a substantial benefit in SIP pricing.

Jim, I know your answer but Wesley Batista again approached me personally with the request to deliver the following confidential message to you: JBS / PPC are actively exploring various acquisition opportunities in the US. Their absolute #1 choice would be to explore a combination with Perdue Farms. They are willing to put a substantial valuation on the company, considering future earnings potential and not just look at the current performance or last few years performance. They are open to discuss any conditions you might have and are prepared to structure something that fully addresses the wishes of the Perdue family. All Wesley is asking for is for him and Bill Lovette to have the opportunity to have a meeting with you to personally discuss this. If after the meeting you have no interest in exploring anything with them, he promised me that he would move on and take Perdue Farms permanently off their list. They can only do one more sizeable acquisition. Jim, I want to make it very clear to you that Rabobank or I do not in any way represent JBS / PPC and we have absolutely not been retained by them as an advisor. On the contrary, Rabobank is totally on Perdue's side and that is where our loyalty is. Wesley simply knows that I have a close relationship with you and asked me to pass this message on since he was unable to get in touch with you. I am simply the messenger.

Hopefully we can find a date to have dinner. I am in the office all of this week in case you would like to talk first.

With best personal regards,

Adriaan

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Adriaan C. Weststrate**
Rabobank International
Managing Director Wholesale Clients Eastern Region
Global Co-Head Animal Protein
1180 Peachtree Street, Suite 2200
Atlanta, Georgia 30309
USA
adriaan.weststrate@rabobank.com
(404) 870-8006 (work)
(404) 229-8910 (cell)

---

This email (including any attachments to it) is confidential, legally privileged, subject to copyright and is sent for the personal attention of the intended recipient only. If you have received this email in error, please advise us immediately and delete it. You are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Although we have taken reasonable precautions to ensure no viruses are present in this email, we cannot accept responsibility for any loss or damage arising from the viruses in this email or attachments. We exclude any liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided in this email or its attachments, unless that information is subsequently confirmed in writing.

---

This communication, including attachments, may contain confidential, privileged, copyrighted or other legally protected information. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please immediately re-send this communication to the sender and delete the original message and any copy of it, including all attachments, from your computer system.

# Exhibit 22
# (ECF No. 4876-5)

**From:** Weststrate, AC (Adriaan) [/O=RABOBANKINTERNATIONAL/OU=AMERICA/CN=RECIPIENTS/CN=WESTSTRATEA]
**Sent:** 10/7/2011 3:50:44 PM
**To:** 'markam@kochfoods.com' [markam@kochfoods.com]
**Subject:** Re: Forwarded Item from Meatingplace.com

I totally agree with you and can promise you that the banks are not going to be there in 6 months if this doesn't change!!
Enjoy your weekend. Good seeing you in DC.
Adriaan

---

**From**: Kaminsky, Mark [mailto:markam@kochfoods.com]
**Sent**: Friday, October 07, 2011 10:27 AM
**To**: Weststrate, AC (Adriaan)
**Subject**: FW: Forwarded Item from Meatingplace.com

probably not "exciting", but if we as an industry can't figure it out in the next six months, I believe there is real carnage that will occur.

---

**From:** brumac@kochfoods.com [mailto:brumac@kochfoods.com]
**Sent:** Friday, October 07, 2011 8:19 AM
**To:** Kaminsky, Mark
**Subject:** Forwarded Item from Meatingplace.com

**Daily News** item from Meatingplace.com

**This item was sent to you by:** bruce (brumac@kochfoods.com)
**Message from sender:** you are famous now

Industry News - AM

Chicken companies cope in 'new paradigm'

By Tom Johnston on 10/7/2011

WASHINGTON D.C. — A lingering economic slump. Stubborn unemployment rates. Government-mandated policy that diverts corn to ethanol production. Increasing input costs. Decreasing per-capita protein consumption.

Throw these together, to name a number of challenges that have hit the chicken industry this year, and you have what a panel of industry leaders here this week at the National Chicken Council's 57th Annual Conference called "a new paradigm."

Unlike in 2008, for example, grain prices have not only increased but also have remained up, helping to keep the industry unprofitable in 2011. Clint Rivers, president of foodservice and supply chain for Perdue Farms, noted that the diversion of 40 percent of the nation's corn crop to ethanol production has catapulted costs nearly 65 percent in the last three years.

"Today the stakes are much higher. The results can be felt much quicker," Rivers said.

He and fellow panelists Bill Andersen, senior vice president of Keystone Foods, Mike Helgeson, CEO of GNP Company, and Mark Kaminsky, COO/CFO of Koch Foods, said the industry is accustomed to cycles, but not one quite like the latest, and companies are going to need to adjust. Discipline on the supply side was one suggestion. Getting better prices from retailers was another.

"Chicken companies are positioned for cycles, but no one has unlimited cash to extend beyond the next six months," Kaminsky said.

The panelists said they expected the market to begin to improve next year and perhaps fully recover 18 months from now. Some of the optimism comes from comparing the value proposition of chicken compared with beef and pork, with prices for each of the latter expected to continue to rise. Another source is the industry's success in diversifying its

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

export markets with rising incomes.

Copyright © 2011 Marketing & Technology Group

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Rabo_0000097103

# Exhibit 23

# (ECF No. 4372-1)

**From:** Weststrate, AC (Adriaan) [/O=RABOBANKINTERNATIONAL/OU=AMERICA/CN=RECIPIENTS/CN=WESTSTRATEA]
**Sent:** 10/17/2011 12:59:33 PM
**To:** Gilbert, S (Stephen) (Atlanta) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GilbertST]; Donegan, M (Micki) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=DoneganM]; Nelson, DC (David) (FAR) [/O=RABOBANKINTERNATIONAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NelsonDC]; English, K (Kimberly) [/O=RABOBANKINTERNATIONAL/OU=America/cn=Recipients/cn=EnglishK]
**Subject:** RE: Chicken industry report

David,

I started this weekend but have not finished. It needs a lot of work. I want this to come from the "banker's perspective", i.e. the banks are getting reluctant to finance an industry that is not "your grandfather's industry anymore".

There are the issues over which the industry has no control: high and volatile feed costs as a result of global demand exceeding global supply, US ethanol policy and speculative positions, US government policy towards industrial food production and the family farm (PPC's fine of 26mln for closing a plant!! – GIPSA etc.), demand decline (is this all recession related or is there something more structural happening with demographics?), US immigration policies (lack of available labor). These are just some of the issues where the industry has no control. We need to stress again that it is not the level of feed cost that is the issue, IT IS THE VOLATILITY!! If corn was 7.00-7.50 for 24 months. Everyone would be profitable ASSUMING supply and demand are in balance. Since the industry can only hedge one side of their business (excl locking in a profit under a long term fixed rate / fixed volume contract), taking the wrong feed position will kill you.

Why are the beef and pork guys profitable? Why are they able to pass on their increased costs to retail and food service? As Don has said: their relationship with and pricing to their customers is totally different. The poultry guys need to learn from this!!! (This needs to discussed with Don e.a.).

So what are the issues the industry has control over: production first of all. Is this an industry of "build it and they will come", "produce it and someone will buy it"? All bs breast meat is sold, but at what price? The Big Bird Deboning segment is a run-away train that has wrecked the supply side with huge increases in white meat pounds produced! WHY? AgriStats is all about production efficiencies, running as much pounds through your plant as possible, having the lowest cost per pound than anyone else!!! WHAT ABOUT PROFIT?? Sales people in plants / companies are paid based on VOLUME, NOT PROFIT!!!!! That is under their control! We need a change in mind set from pounds produced / sold to profit generated. This industry is all about keeping your plants fully running and your growers all employed vs running a "BUSINESS", where profitability is all that counts. Contract terms are under the control of the industry! We need a different model where the retail and food service start to share in the volatility and level of feed costs. The industry cannot continue to run this as their grandfathers business, i.e. on a cash accounting basis! We have control over generating new export markets and we have been successful in this but could be much more successful (talk about the Brazil model). We do not produce FOR the export markets but merely end up exporting what is left in the USA.

We need to go into the affect two major downturns in 3 years have on the balance sheets of most companies. We need to make a statement what we think cutbacks need to be to get sustainable profitability. The overall conclusion should be that the banks might not be able to continue to support an industry that is relying on the banks to keep them alive every 3 years.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

David, this is a lot of rambling but you get the idea. Don and Eileen both have volunteered to pre-read our piece and provide comments.

Adriaan

---

**From:** Gilbert, S (Stephen) (Atlanta)
**Sent:** Monday, October 17, 2011 8:23 AM
**To:** Donegan, M (Micki); Nelson, DC (David) (FAR); Weststrate, AC (Adriaan); English, K (Kimberly)
**Subject:** RE: Chicken industry report

I added a few mark-ups to Micki's version.

Steve Gilbert
Vice President, Credit Analyst
Office: 404-870-8012
Mobile: 404-713-5355
steve.gilbert@rabobank.com

---

**From:** Donegan, M (Micki)
**Sent:** Sunday, October 16, 2011 9:45 PM
**To:** Nelson, DC (David) (FAR); Weststrate, AC (Adriaan); Gilbert, S (Stephen) (Atlanta); English, K (Kimberly)
**Subject:** RE: Chicken industry report

Hi Dave,
Thanks very much for this. I have done a quick read through and made some edits. If you want to look at them accept/reject or whatever that is great. I know ACW was talking about making some very provocative comments on banking (and support) so if they are inputted prior to me leaving for the airport tomorrow afternoon I will take an updated copy for review.
Thanks again.
Micki

---

**From:** Nelson, DC (David) (FAR)
**Sent:** Wednesday, October 12, 2011 3:11 PM
**To:** Weststrate, AC (Adriaan); Donegan, M (Micki); Gilbert, S (Stephen) (Atlanta); English, K (Kimberly)
**Subject:** Chicken industry report

Adriaan, Micki, Stephen, Kimberly:
Here is a draft of where I am as of now on the chicken report. There is clearly some cleaning up to do. I'd love to hear your comments.
Thanks,
Dave

David C Nelson
Global Strategist FAR
Managing Director

**Rabobank International**
Food & Agribusiness Research and Advisory
123 North Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 408-8210

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Case: 22-1858 Document: 32 Filed: 10/21/2022 Pages: 167

(312) 408-8540 Fax
(312) 623-5448 Mobile
David.C.Nelson@rabobank.com

SA153

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Rabo_0000097341

# Exhibit 24
# (ECF No. 4372-13)

**Random Thoughts on the Industry January 31, 2012**

**I attended the International Poultry Exposition in Atlanta last week, lucky enough I guess to participate in 32 of the last 33 of these events, always a good opportunity to see friends and compare thoughts on the state of the industry and a whole lot of other things with shared interests (Patriots in the Super Bowl?).**

**The leaders and staff of the IPE work hard to offer programs that will interest visitors both on the show floor and in the meeting rooms that surround the exhibition space, programs that cover scientific, technical and economic topics. You can't catch all of them but those I was able to see were exceptional and others I heard of I'm sorry I missed.**

**There was a two day program on 'sustainability', a word that is sometimes tough for a company to define but a word that resonates with consumers. Speakers from a several poultry producers gave examples of their efforts under the sustainability umbrella including recycling programs, efforts to reduce energy consumption etc. At a second session Jim Perdue and Mike Helgeson spoke with conviction of their organization's work in finding better solutions to protect the environment and to reduce emissions while sharing a panel with representatives of the EPA and the Environmental Defense Fund.**

**IPE offered a program titled 'Charting the Future'. Jeff Simmons, President of Elanco Animal Health gave a rousing talk on making safe, affordable and abundant food a global reality. He spoke of shared values across a range of consumer choices while showing the need to make sure that the rapidly growing population outside the U.S. has access to good nutrition and the basics of life.**

**Jim Paulsen of Wells Capital covered current economic trends in the U.S. and instead of the common 'doom and gloom' presentations we usually hear he covered the natural progression of recoveries from recessions and how, historically speaking at least, we are still in the recovery phase and progressing at about the same rate of improvement as every recovery since 1971.**

**Adrian Weststrate and David Nelson of Rabobank shared their thoughts on trends in the global protein markets with Adrian offering a**

CONFIDENTIAL -
SUBJECT TO PROTECTIVE ORDER

**bankers perspective on how the U.S. poultry industry responds to the challenges of higher feed prices and lower returns with cautions to the industry that it's getting more and more difficult to finance operations without some structural reform of the industry.**

**Dr. Elizabeth Hagan, Under Secretary for Food Safety of the FSIS discussed the ongoing need for better inspection programs to continue reducing consumers exposures to food borne illnesses, a view shared by the industry although there may be disagreements on how to achieve these goals.**

**Toward the end of this program the audience dwindled some and missed good presentations by Dr. Doug Britton of Georgia Tech, Yvonne Vizzier Thaxton of the University of Arkansas and Dr. Don Conner of Auburn University.**

**Dr. Britton, an expert on automation in the industry shared his thoughts on evolutionary change in the industry and how we may be at a crossroads in poultry production that will require more rapid change in order to meet current challenges.**

**Dr. Thaxton spoke about confronting common perceptions on how we treat livestock and poultry and how best to inform others of the efforts the industry makes to handle birds humanely and properly.**

**Dr. Conner finished the program by showing how poultry extension programs have changed over the last three decades and the need for industry and the universities to work together to achieve common goals.**

**There were a host of other programs I wished I could have attended but time ran out. The weather was good and attendance on the show floor seemed to stay strong at least through the second day of the program. I'm ready for Atlanta in 2013.**

CONFIDENTIAL -
SUBJECT TO PROTECTIVE ORDER

AGSTAT-15495442

# Exhibit 25
# (ECF No. 4876-7)

# Revised Q4 Forecast

# Implications on Covenants

# Informal Meeting- What we heard

- No amendments for lack of performance, however, carve outs would be considered for restructuring events
- Sale of major asset needs bank approval
- Proceeds must be applied to reduce credit availability
- Suggest major presentation Bank Meeting in May

# What banks want to hear

- Cut kill,…don’t increase weight
- Walk away from bad business
- How will you be different from other companies?

Need to rebuild credibility

# Audit Issues

- Need strong Q4 12 and Q1 13 to support FY 13 Plan
- FY13 Plan needs to cover covenants with room to spare
- New covenant requirement in September must also be met by plan

Slide on September issue.